UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| Respondent, | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No: 9:18-CR-80076-012 |
| | ) | USM No: 17483-104 |
| | ) | |
| | ). | |
| Kevious Jackson | ) | |
| Movant | ) | |
| | ) | |
| _____ | / | |

FILED BY _cos_ D.C.

JUL 02 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**Motion for Compassionate Release due to
Extraordinary and Compelling Circumstances
Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)**

Now comes, movant Kevious Jackson, in the above styled case moves this court for a reduction of sentence through the First Step Act of 2018's Compassionate Release for Extraordinary and Compelling circumstances pursuant to title **U.S.C. § 3582(c)(1)(A)(i)**. Movant is submitting this motion Pro Se. He humble asks this court to contrue this motion liberally. **Haines v. Kerner, 404 U.S. 519. 520 (1970)**

<u>INTRODUCTION</u>

Movant was sentenced to 56 months and 5 years probation for a violation of 21 U.S.C. 841 Conspiracy to possess with intent to distribute 500 grams or more of cocaine.

1. Movant suffers with hypertension, asthma, high cholesterol and has been hospitalized due to these conditions. COVID-19 is more easily transmitted and has a prevalent community spread. Movant is vulnerable to COVID-19 pandemic. Dr. Anthony Fauci stated a second wave of the new Corona Virus is "inevitable".

2. Movant also asserts that the B.O.P is not adequately equipped or prepared to safely and effectively manage the COVID-19 pandemic. Movant is not able to abide by the CDC guidelines for COVID-19. Movant is possibly being exposed to a death sentence due to circumstances beyond his control, circumstances that can dramatically improve with a compassionate release.

3. Lastly, movant presents a persuasive case for compassionate release based on an exceptional body of work done in a remarkably short time. Augmenting an already phenomenal claim for compassionate release is a release plan that will allow the movant the honor of atoning for actions that reach far beyond the instant case. But a plan that never the less places special attention on the instant case, to help other addicts and mentally ill people.

For the reasons stated above, the court should exercise its discretion under § 3582(c)(1)(A)(i) to grant the movant compassionate release to serve the remainder of his sentence on probation or supervised release, which ever the court deems proper.

## BACKGROUND

### 1. CRIME AND SENTENCING.

The movant accepted full responsibility and pled guilty to the crimes of 21 U.S.C. 841. The charge stemmed from movant to conspire with co-defendants to distribute cocaine. Movant expressed a commitment to bettering himself and expressed remorse verbally.

### 2. FIRST STEP ACT OF 2018

On December 21, 2018, the President signed the First Step Act into law. Among other criminal justice reforms, congress amended 18 U.S.C. § 3852(c)(1)(A)(i) to provide the sentencing judge jurisdiction to

consider a defense motion for reduction of sentence based on extraordinary and compelling reasons whenever "the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf," or after "the lapse of 30 days from receipt of such request by the warden of the defendants facility, whichever is earlier." First Step Act of 2018, § 603(b)(, Pub.L. 115-391, 132 Stat. 5194, 5239(Dec. 21, 2018)

### 3. INSTITUTIONAL REQUEST FOR COMPASSIONATE RELEASE.

Movant submitted a petition to the warden on 5/1/2020 requesting that a motion be filed on the movants behalf due to "extraordinary and compelling circumstances" that was denied.(EXHIBIT 1) Movant has filed and appeal to his denial for a reduction of sentence.(EXHIBIT 2) Movant asks this court to accept the COVID-19 pandemic as a situation warranting an "equitable toll" in regards to "exhausting all administrative remedies" for filing a motion with the courts in a timely manner.

### ARGUMENT

After the First Step Act, movant can now come directly to the court to request compassionate release. In determining whether "extraordinary and compelling reasons" justify movant's compassionate release, the court is not limited to the reasons specifically identified in subsection (A), (B), or (C) of the application note 1 of the U.S.S.G. §1B1.13. Rather, the court can determine whether an extraordinary and compelling reason other than, or in combination with movants age, medical conditions, or family circumstances warrants sentencing relief. U.S.S.G §1B1.13, App.N.1(D). The many mitigating factors presented in this case, including movants role and the case was non-violent. Rehabilitative

potential, superb conduct while incarcerated, health conditions, movants release plans and family are not to be overshadowed by the once in a lifetime COVID-19 pandemic coupled with BOP's inadequate action plan which makes them unable to safely manage COVID-19. All of the above listed factors constitute extraordinary and compelling reasons that provide the court with power to grant compassionate release pursuant to § 3582(c)(1)(A)(i). Which will fix the 3553(A) sentencing disparity movant incurred.

1. The court has the authority to grant movants motion for compassionate release based on "extraordinary and compelling reasons." Section 3582(c)(1)(A)(i) vest this court with authority to determine whether an extraordinary and compelling reasons other than, or in combination with a persons age, medical conditions, or family circumstances merit sentencing relief U.S.S.G. 1B1.13. App.N.1(D) such reasons clearly exist in this case.

A. Congress did not limit "extraordinary and compelling reasons" to a specific, enumerated set of circumstances.

The compassionate release statue was enacted more than three decades ago as part of an effort to overhaul the federal sentencing system by requiring determinate sentencing and eliminating parole. See S.Rep.No. 98-225, @ 52-54(1983). Congress believed that "sentencing should be within the province of the judiciary." and that the parole system improperly usurped the judiciary's role. Id. Parole, however, provided a measure of sentencing review. Congress recognized that there "may be unusual cases in which an eventful reduction in the length of a term of imprisonment is justified by changed circumstances." Id @ 55. Accordingly, several sentence adjustment provision, including compassionate release, were enacted to account for those circumstances.

The compassionate release statue was intended to create a safety valve which "keeps the sentencing power in the judiciary where it belongs, yet permits later review of sentence in particular compelling situations." Id. @ 121: See also, U.S.S.G § 1B1.13, App.N.4 (Stating that "[t]he court is in a unique position to determine whether the circumstances warrant a reduction (and, if so, the amount of the reduction)"and" encourgae[ing]" the filing of a motion for compassionate release where defendant "meets any of the circumstances set forth in [the] Application note')

As amended by the First Step Act, the aim of the compassionate release statute can no longer fall victim to the BOP's inaction. See, United States v. Bucci, 409F Supp. 3d. 1, 2(D.Mass. Sept. 16, 2019). By granting defendants direct access to the court, the First Step Act returns the ability to grant relief where it belongs: the courts. Section 3582(c)(1)(A) empowers the sentencing court to grant compassionate release if it finds that "extraordinary and compelling reasons warrant such a reduction." Congress has not defined what constitutes an extraordinary and compelling reason. The only substantive statutory limitations are that rehabilitation, standing alone, is not sufficient. 18 U.S.C. § 994(t), and that a reduction must be "consistent with the applicable policy statements issued by the commission." 18 U.S.C. § 3582(c)(1)(A).

The sentencing commission's policy statement is clear that extraordinary and compelling reasons are not restricted to finite circumstances. The policy statement contains four provisions that dilineate extraordinary and compelling, including age, medical reasons, family circumstances, and a catchall provision. See, U.S.S.G. §1B1.13, App.N.1. The catchall provision, entitled "other reasons," broadly

encompass "an extraordinary and compelling reason other than, or in combination with" a persons age, medical conditions, or family circumstances. Id. @ 1(D). While the catchall provision contemplates that such other reasons be determined by the Director of the Bureau of Prisons, the policy statement's deference to the Bureau of Prisons regarding the procedure and standards for compassionate release is outmoded and irreconcilable with the text and purpose of the amended statute, which "trumps the guidelines". Dorsey v. United States, 567 U.S. 260, 266(2019). Indeed, the commission has not updated § 1B1.13 since the enactment of the First Step Act because it lacks the quorum necessary to amend the guidelines. See United States v. Cantu-Rivera, No.H-89-204.2019 WL 2578272, @ *2n.1(S.D. Tex, June. 24, 2019). Accordingly those portions of the policy statement limiting the determination of the other circumstances warranting compassionate release to the discretion of the Director of the Bureau of Prisons to "no longer explain an appropriate use" of § 3582(c)(1)(A) and must be read out, as the conflict with the statute. See e.g., United States v. Cantu, No. 1:05-CR-458-1 WL 2498923, @ *3-4 (S.D. Tex. June. 17, 2019) (Vesting the Director of the Bureau of Prisons with authority to determine whether appropriate use of sentence-modification provisions and is thus not part of the applicable policy statement binding the courts") ; See also, United States v. Ebbers, F. Supp. 3d , 2020 WL 91399, @ *4n.6(S.D.N.Y. Jan. 8, 2020)("[T]he First Step Act reduced the BOP's control over compassionate release and vested greater discretion with court's deferring to the BOP would seem to frustrate that purpose.") Considering the First Step Act's objective to increase the use of compassionate release and the means taken to do so by weakening the Bureau of Prisons' determination of what constitutes other

"extraordinary and compelling reasons" meriting release and has broad discretions to decide in the first instances whether such reasons justify sentencing relief.

**B. EXTRAORDINARY AND COMPELLING REASONS WARRANTING GRANTING MOVANTS COMPASSIONATE RELEASE.**

Just as judges around the country have done, the court should find extraordinary and compelling reasons exist for the movant's compassionate release based on a combination of factors:

1. Movant's medical conditions place him at high risk for sever COVID-19 symptoms, or death. See the CDC plan on Hypertension and Asthma. Movant is a chronic care patient.(EXHIBIT 3)

2. The BOP is inadequate to safely manage the COVID-19 pandemic. Bop's COVID-19 action plan was announced on March 13, 2020 and updated March 19, 2020(EXHIBIT 4). The Bop's action plan is inadequate to manage the COVID-19 pandemic safely for the following reasons:

A. BOP is still allowing attorney visits on a case by case basis, these attorney's are not tested for COVID-19 they are only screened by way of self reporting and a temperature check.

B. Even though BOP is limiting prisoner movement, they are not testing the prisoners only screening them.

C. BOP is still allowing volunteers to visit on a case by case basis using the screening procedure already mentioned.

D. The screening instituted by the BOP is woefully inadequate when dealing with a prisoner population that cannot follow social distancing and other CDC guidelines. Self reporting and temperature checks are not an adequate substitute for actual testing.(EXHIBIT 5)

E. The modifications to operations instituted by BOP (EXHIBIT 6) are inadequate. They do not allow for social distancing by making prisoners

grab their meals by unit forcing us to be exposed to kitchen staff and kitchen workers from other units. We are limited in proper hygiene practices with access to showers only three times a week.(EXHIBIT 6)

**F.** If the BOP staff are hit hard by COVID-19 prisoners will not have access to adequate medical care for any medical emergency not just COVID-19.(EXHIBIT 7)

**G.** Prisoners are only tested AFTER showing symptoms by this time the prisoner could have come incontact with countless others.

Due to the aformentioned factors the BOP is either unprepared to safely manage the COVID-19 pandemic or not taking it seriously. Taking into consideration the movants documented chronic health conditions, his compromised immune system, high risk for severe symptoms. Bop's inadequate action plan which puts movant at risk for high exposure and the movants 3553(a) factors should warrant compassionate release under 18 U.S.C § 3582(c)(1)(A)(i) for "extraordinary and compelling reasons".

**C. The Failure of the BOP's Action Plan and the "extraordinary and compelling circumstances" that exist as a result of the pandemic of COVID-19 puts movant in a life threatining dilemma that warrants relief.**

**1.** In the more vulnerable groups, both the need for care, including intensive care, and death is much higher than we observed from influenza infections: In the highest risk populations, the case fatality rate is about 15% for high risk patients who do not die from COVID-19, a prolonged recovery is expected deconditioning loss of digits, neurological damage, and loss of respiratory capacity that can be expected from such a severe illness.

**2.** In most people, the virus causes fever, cough, and shortness of breath. In high-risk individuals as noted above, this shortness of breath can often be severe. "Especially for the movant who has <u>asthma</u>."

(empasis added) Even younger and healthier people, infection of this virus requires supportive care, which includes supplemental oxygen, positive pressure ventilation, and in extreme cases, extrcorporal mechanicaloxygenation. "The BOP is not equipped to handle an outbreak in any of it's facilities."(emphasis added) Just look at what has happened at <u>FCI Oakdale</u>, <u>Forthworth FMC</u>, <u>Terminal Island FCI</u>, <u>Yazoo City Low FCI</u>, & <u>Butner-Medium I FCI</u>. See "As COVID-19 spreads, Calls Grow to protect Inmates in Federal Prisons, NPR(Mar. 24, 2020) By Ryan Lucas (Https://www.NPR.org/sections/coronavirus-live-updates/2020/03/24/820618 140/as- covid-19 spreads-calls-grow-to-protect-inmates-in-federal-prisons)"

3. Most people in the higher risk categories will require more advanced support: positive pressure ventilation, and in extreme cases, extracorporal mechanical oxygenation. Such care requires highly specialized equipment in limited supply as well as an entire team of care providers, including but not limited to 1:1 or 1:2 nurses to patient ratios, respiratory therapist and intensive care physicians. This level of support can quickly exceed local health care resources. "Coleman-Medium, FCI have not the resources, staff, or the equipment to care for the movant Jackson when he becomes ill from COVID-19. See the (Declaration of Dr, Johnathan Louis Golob)

4. The COVID-19 virus can severly damage the lung tissue, requiring an extensive period of rehabilitation and in some cases a permanent loss of respiratory capacity. The virus also seems to target the heart muscle itself, causing a medical condition called mycocarditis, or inflamation of the <u>heart</u> <u>muscle</u>. Myocarditis can affect the heart muscle and electrical system, which reduces the heart's ability to pump, leading to rapid or abnormal heart rhythms in the short term, and heart failure

that limits exercise tolerance and the ability to work lifelong. There is emerging evidence that the virus can trigger an over-response by the immune system in infected people, further damaging tissues. This cytosine release syndrome can result in widespread damage to other organs, including permanent injury to the kidney (leading to dialysis dependence) and neurologic injury. "The movant, jackson already "cant breath" must he fall victim to the BOP's inadequacy of not being pandemic ready? Approximately 70% of the deaths from COVID-19 are from the African American population in the USA but nonetheless, are amongst the lowest percentile to receive relief from the BOP during this "state of emergency" as declared by President Trump. See the Marshall Project (www.themarshallproject.org/2020.03.19/this-chart-shows-why-the-prison-population-is-so-vulnerable-to-COVID-19.)

**5. Many courts are recognizing the COVID-19 Pandemic as "extraordinary and compelling".**

Indeed, many judges across many circuits have found the COVIO-19 pandemic to constitute extraordinary and compelling circumstances that warrant a reduciton:

  -United States v. Foster, No. 1:14-CR-324-02(M.D. Pa. Apr. 3, 2020) ("The circumstances faces by out prison system during this highly contagious, potentially fatal global pandemic are unprecedented. It is no stretch to call this environment "extraordinary and compelling" and we believe well that should not reduce a defendant's sentence, there is an extreme likelihood of contracting COVID-19 from which he would "not be expected to recover" U.S.S.G § 1B1.13. No rationale is more compelling or extraordinary");

  -United States v. Perez, No. 1:1- CR-513-AT, DE 98 (S.D.N.Y Apr. 1, 2020)(Granting release where "[t]he benefits of keeping [Perez] in

prison for the remainder of his sentence are minimal and the

potential consequences of doing so are extraordinarily grave.");

-United States v. Rodriguez, 202 WL 1627331 (E.D. Pa. Apr.1,

2020)(Granting release after finding risk factors for COVID-19

constituted extraordinary and compelling reasons; noting that prisons

are "tinderboxes for infectious diseases")

-United States v. Williams, No. 3:04-CR-95-MICR-CJK, DE 91(N.D FL.

Apr. 1, 2020) (Granting compassionate release "in light of severe

risk posed by COVID-19);

-United States v. Gonzalez, No. 2:18-CR-232-TOR, DE 834 (E.D. Wash

Mar. 31, 2020)

-United States v. Eric Millan, No. 1:91-CR-00685-LAP, DE 1060(S.D.N.Y.

Apr. 6, 2020)

-United States v. Campagna, No. 16-CR-078; 2020 WL 1489829(S.D.N.Y.

Mar. 27, 2020).

**III.  The § 3553(a) Factors weigh strongly in favor of movants compassionate release.**

Under, Pepper v. United States, 562 U.S. 476, 490-93 (2011), the court

can, and indeed must, consider post-offense developments under §

3553(a), which provides "the most up-to-date picture" of the defendants

history and characteristics and "sheds light on the likelihood that [the

defedant] will engage in future criminal conduct." Id. @ 492.

**A. History and Characteristics of movant and the need for specific deterrence.**

**1. Non-Violent Offense.**

Movants offense was non-violent. He conspired to sell 9 ounces of

cocaine to one person. MOvant played a minimal role in a 17 person

indictment. Nevertheless movant accepted responsibility for his actions.

*11 of 14*

**2.** Movants institutional record after accepting responsibility for his prior mistakes, movant made a commitment to the court and family to better himself.(EXHIBIT 8) Where as some defendants say and do whatever needs to be done to persuade the courts for a lesser sentence, and never live up to their claims. Movant is a mentor in A-1 Skills Program as a mental health companion.(EXHIBIT 9) Movant is a barber at the institution and is also enrolled in the GED program. Movant has a flawless institutional disciplinary record, which lends credibility to the notion that the movant has a high rehabilitative potential when not using drugs.(EXHIBIT 10)

**3.** Movants support network for his re-entry. Movant has maintained a close relationship with members of his family and his kids. Movant has a job waiting for him with Shaw landscaping (772)263-1183. Movant has a over abundance of support available from family, friends and co-workers. Following the movants release, he will be supervised by the U.S. Probation Office, during which time the court or probation officer can order placement in a halfway house or other necessary transitional services. Movant will reside at 1213 S.W. Addie St. Port St. Lucie, Fl, 34983 with girlfriend Kim Bilins (772)834-0178 and daughter Meya.

Finally, the court should consider the need to promote respect for the law and to afford adequate general deterrence. By placing the movant on supervised release, he will be monitored by a parole officer. The movant must abide by all court sanctioned requirements as well as the probation requirements. If the movant does not consistently fulfill these requirements he can be re-incarcerated. Movant believes that the potential for re-incarceration satisfies the general deterrence need for anyone considering engaging in the conduct in the instant case.

Congress amended § 3582(c)(1)(A)(i) in order to expand the use of compassionate release, which the Department of Justice has recognized has been under utilized by the BOP. The very title of the First Step Act's amendments to § 3582(c) makes plain what congress was trying to accomplish: "Increasing the use and transparency of compassionate release." Indeed the First Step Act eliminated the BOP as gatekeeper by giving prisoners the right to petition the court directly, and further required the BOP, within one year of the act's passage to submit a detailed report to congress on the use of the compassionate release. It promotes respect for the law to honor the legislative intent of congress and to give the movant, who has expressed remorse and made a commitment to improve himself, who has fulfilled that commitment beyond expectation, a second chance.

### CONCLUSION

**Wherefore,** there is currently no known vaccine for this infection and the only effective measure to reduce the risk of a vulnerable person from injury or death from COVID-19 are to prevent individuals from being infected through social distancing, or remaining physically separated from known or potentially infected individuals, and hygiene, including washing with soap and water, are the only know effective measures for protecting vulnerable communities from COVID-19. As Stated supra realistic social distancing is an impossibility in prison because inmates sleep on top of each other and if one catches it , they'll all catch it. Movant humbly prays that this court grants him the relief sought for the circumstances are extremely "Extraordinary and Compelling"

## CERTIFICATE OF SERVICE

I, Kevious Jackson, **HEREBY DECLARE,** under the penalties of perjury (28 U.S.C. § 1746) that a true and correct copy of the foregoing "Motion for compassionate Release for Extraordianry and Compelling Circumstances" has been sent VIa U.S. postal Service on this _29_ day of _JUNE_, 2020 to the following address listed below:

United States District Court
Southern District of Florida
Office of the Clerk
701 Clematis St. Room. 202
West Palm Beach, FL 33401

_Kevious Jackson_
[Oath & Affirmation   ]
Kevious Jackson, ProSe
Reg. 17483-104
FCC Coleman Medium
P.O.BOX 1032
Coleman, Fl 33521-1032

EXHIBIT 1

Before completing this application, please review Program Statement 5050.50, Compassionate Release/Reduction in Sentence (RIS), available in the law library.

## REDUCTION IN SENTENCE APPLICATION

NAME: _Previous Jackson_  Unit: _A1_  REG No. _17483-104_  Date: _5-1-2020_

**WHO IS YOUR PHYSICIAN (circle):**  Franco  (Li)  Bonnet-Engebretson  Venuto

## Choose One Criteria: You can only apply under one criteria.

**Extraordinary/Compelling Circumstances:**

☑ Medical Circumstances:
- ☐ Terminal Medical Condition – Terminal Diagnosis with 18 months or less life expectancy.
- ☐ Debilitated Medical Condition – Illness that has you partially (50%) or completely (100%) disabled.

☐ Elderly Inmates with a Medical Condition:
- ☐ "New Law" Elderly Inmates – Have to have served 30 years of a sentence.
- ☐ Elderly with Medical Conditions – 65 yrs. old or older, a deteriorating medical condition, served 50% of your sentence.

☐ Elderly Inmates without a Medical Condition: - 65 yrs. old or older, Served 10 yrs. or 75% of your sentence (which is greater)

☐ Death or Incapacitation of the Family Member Caregiver of an inmate's dependent child: -provide verifiable documentation the child is "suddenly" without a caretaker, the family member is in an incapacitated state and is unable to care for the child.
☐ Incapacitation of a Spouse or Registered Partner: -Provide verifiable medical documentation of incapacitated state.

☐ Other:-Extraordinary and Compelling Circumstance

## To be filled out by Inmate:

Briefly describe your medical condition or extraordinary and compelling circumstance:

_I have Hypertension, asthma and high cholesterol. And other issues with my stomach._

If you have applied before, has anything changed in your medical condition since your last application? _Never applied_

Proposed Release Plan (must have ALL of the following):

Name and contact information of who you will live with: _Kim Bilins (772)-834-0178_

When was the last time you spoke to this person concerning your release plan? _April 22 on 24_

Is this person willing to care for you? _Yes_

Address of where you will be living: _1213 S.W. Addie St. Port St. Lucie, Fla. 34983_

Where will you receive your medical treatment (if applicable)? _Port St. Lucie, Fla_

How will you pay for your treatment (if applicable)? ~~Medicare and~~ cash + Medicade

Additional Comments: _Though people of all ages are affected by Covid 19, many of those who develop severe complications have preexisting medical conditions. Hypertension is the higher risk of all. I would truly like to thank you for your time and consideration._

Rev 4/20

PAGE 1

# EXHIBIT 1

## Response to Inmate Request to Staff

Inmate: JACKSON, Kevious
Register Number: 17483-104
Institution / Housing Unit: COM / A-1 Skills

You requested a reduction in sentence (RIS) based on concerns about COVID-19. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons.  BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.  Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates.  We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus.  However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence.  Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

C. M. Rijos, Acting Warden                                    Date

*Kevious Jackson 17883-104*

*Page 2*

**U.S. DEPARTMENT OF JUSTICE** EXHIBIT 1     **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Jackson  Previous D          17483-104     A1          Coleman Med
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**

I would like to Appeal my reduction of sentence concerning about Covid-19.

5-12-2020                                    Previous Jackson
DATE                                         SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____          _____
DATE                             WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: _____

                                        CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____ Page 3 _____

DATE                             RECIPIENT'S SIGNATURE (STAFF MEMBER)

Exhibit 2 I

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Jackson Kevious D          17483-104     A1      Coleman
        **LAST NAME, FIRST, MIDDLE INITIAL**       **REG. NO.**      **UNIT**     **INSTITUTION**

**Part A– INMATE REQUEST**

ON MAY 1, 2020 I filled out a reduction of sentencing (RIS) for compassionate release do to I am a high risk for contacting Covid-19. My medical conditions are hypertension, asthma and high Cholesterol. On May 4, 2020 I was denied the reduction of sentencing by Acting Warden C.M. Rijos. I'm asking for a reconsideration do to my health, the growing numbers of infection and death in the (BOP).

May 20, 2020                                        Kevious Jackson
_____                                    _____
        **DATE**                                          **SIGNATURE OF REQUESTER**

**Part B– RESPONSE**

_____                    _____
        **DATE**                          **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

                                              CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
                **LAST NAME, FIRST, MIDDLE INITIAL**          **REG. NO.**          **UNIT**        **INSTITUTION**

SUBJECT: _____          Page 4

Exhibit 2

Jackson 17483-104
Correctional Complex
1032
, Fla. 33521

FOREVER / USA

Bureau of Prison, Southeast Regional
Attn: Regional Director, Building 2000
3800 North Camp Creek Parkway S.W.
Atlanta Ga. 30331-5099

U.S. Department of Justice

Federal Bureau of Prisons

*Exhibit L*

**Regional Administrative Remedy Appeal**

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Jackson Nevious D         17482-104      A1      Coleman
       LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A—REASON FOR APPEAL**

ON MAY 1, 2020  I filled out the Reduction in sentence form
do to my Medical condition. I have Hypertension, Asthma
and High Cholesterol. I have served over half of my remain
sentence. My schedule release date is April 10, 2020. On May 4, 202
My (RIS) form was denied by then acting Warden C.M. Bijos. I
Appealed her denial on May 12 and still haven't received a
Reply. I'm asking to be considered for home confinement to
him Diling 1213 S.W. Addie St Port St. Lucie, Fla. 34983
(772) 834-0178. I filed A(BP10) on 5-20-2020 got denied on 5-28-202
6-12-2020   but got denial back 6-11-2020
DATE                                        Nevious Jackson
                                            SIGNATURE OF REQUESTER

**Part B—RESPONSE**

DATE                                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: _____

**Part C—RECEIPT**

                                            CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____        *Page 2*

USP LVN     DATE                            SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Previous editions not usable                                    BP-230(13)

*Exhibit Z*

**Response to Inmate Request to Staff**

Inmate: JACKSON, Kevious
Register Number: 17483-104
Institution / Housing Unit: COM / A-1 Skills

You requested a reduction in sentence (RIS) based on concerns about COVID-19. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

C. M. Rijos, Acting Warden                                        3/4/20
                                                                        Date

*Kevious Jackson 17883-104*

*Page 3*

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

*Exhibit 2*

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _JACKSON   Nevious   D_     _17483-104_     _A1_     _Coleman Med_
    LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST**

I would like to Appeal my reduction of sentence concerning about Covid-19.

_5-12-2020_     _Nevious Jackson_
    DATE          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

 

 

    DATE          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**     CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____     *Page 4*

    DATE          RECIPIENT'S SIGNATURE (STAFF MEMBER)

*Exhibit 2*

**Response to Request for Administrative Remedy Case Number: 1021924-F1**

This is in response to your Request for Administrative Remedy dated on May 26, 2020, in which you are requesting reconsideration for early release.

An investigation into this matter reveals on Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling _reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1 )(A) and 4205(g), provides guidance on the types of circumstances present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. In which the request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. Your concerns of being potentially exposed to, or possibly contracting, COVID-19, does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

**Accordingly, your Request for Administrative Remedy is Denied.**

If you are dissatisfied with this response, you may appeal by filing a BP-10, to the Bureau of Prisons, Southeast Regional Office, Attn: Regional Director, Building 2000, 3800 North Camp Creek Parkway SW, Atlanta, GA 30331-5099, within 20 calendar days from the date of this response.

_____
**J. M. Kenger, Warden**

_5-28-20_
**Date**

## Bureau of Prisons
## Health Services
## Health Problems

| Reg #: 17483-104 | Inmate Name: JACKSON, KEVIOUS |
| --- | --- |

| Description | Axis | Code Type | Code | Diag. D |
| --- | --- | --- | --- | --- |

## Current

**Unspecified mycosis**

| 11/13/2018 14:30 EST  Cesar, Tericka ARNP | | ICD-10 | B49 | 11/13/20 |

**Hyperlipidemia, unspecified**

| 11/06/2018 17:55 EST  Pangilinan, P. MLP | | ICD-10 | E785 | 11/06/20 |

   hx Hyperlipidemia since  2011

**Essential (primary) hypertension**

| 11/06/2018 17:55 EST  Pangilinan, P. MLP | | ICD-10 | I10 | 11/06/20 |

   hx Hypertension since 2004

**Asthma**

| 11/06/2018 17:55 EST  Pangilinan, P. MLP | | ICD-10 | J45909 | 11/06/20 |

   hx Asthma since 1977

**Gastro-esophageal reflux disease without esophagitis**

| 11/06/2018 17:55 EST  Pangilinan, P. MLP | | ICD-10 | K219 | 11/06/20 |

   hx GERD , 2003

**Unspecified abdominal hernia**

| 11/13/2018 17:04 EST  Cesar, Tericka ARNP | | ICD-10 | K469 | 11/13/20 |

**Constipation, unspecified**

| 12/28/2018 13:01 EST  Li, Richard MD | | ICD-10 | K5900 | 12/28/20 |

**Pain in leg, unspecified**

| 12/28/2018 13:06 EST  Li, Richard MD | | ICD-10 | M79606 | 12/28/20 |

**Unsp symptoms and signs involving the genitourinary system**

| 03/22/2019 14:19 EST  Miranda, Jeannette FNP-BC | | ICD-10 | R399 | 03/22/20 |

**Encounter for observation for other suspected diseases and conditions ruled out**

| 03/22/2019 14:22 EST  Miranda, Jeannette FNP-BC | | ICD-10 | Z0389 | 03/22/20 |

**Body mass index (BMI) 28.0-28.9, adult**

| 11/06/2018 17:55 EST  Pangilinan, P. MLP | | ICD-10 | Z6828 | 11/06/20 |

   BMI= 28.8  (overweight)  11/6/2018

Exhibit 3

Reg #:  17483-104                           Inmate Name:  JACKSON, KEVIOUS

| Description | Axis | Code Type | Code | Diag. Da |
|---|---|---|---|---|

## Resolved

**Bell's palsy**

| | | | | |
|---|---|---|---|---|
| 08/29/2019 12:56 EST  Li, Richard MD | | ICD-10 | G510 | 07/25/20 |
| 07/25/2019 15:41 EST  Li, Richard MD | | ICD-10 | G510 | 07/25/20 |

**Ventral hernia**

| | | | | |
|---|---|---|---|---|
| 04/03/2020 10:07 EST  Li, Richard MD | | ICD-10 | K439 | 06/24/20 |
| Surgery is pending | | | | |
| 01/30/2020 14:35 EST  Pappas, James FNP-C, CCHP | | ICD-10 | K439 | 06/24/20 |
| Surgery is pending | | | | |
| 06/24/2019 09:09 EST  Miranda, Jeannette FNP-BC | | ICD-10 | K439 | 06/24/20 |

**Total:** 13

*Exhibit J*

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: | M    Race: BLACK | Facility: | COM |
| Note Date: | 10/07/2019 11:00 | Provider: | Li, Richard MD | Unit: | B08 |

Review Note - Consultation Report Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**        **Provider:** Li, Richard MD

        pt was seen by surgeon who recommended laparoscopic repair of ventral hernia

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| General Surgery | 10/16/2019 | 10/16/2019 | Routine | No | |
|    **Subtype:** | | | | | |
|      Hernia, Surgery | | | | | |
|    **Reason for Request:** | | | | | |
|      pt was seen by surgeon who recommended laparoscopic repair of ventral hernia | | | | | |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Li, Richard MD on 10/07/2019 11:01

**Bureau of Prisons
Health Services
Clinical Encounter**

---

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: M   Race: BLACK | Facility: | COM |
| Encounter Date: | 08/29/2019 12:43 | Provider: Li, Richard MD | Unit: | B08 |

---

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**    **Provider:** Li, Richard MD

**Chief Complaint:** No Complaint(s)

**Subjective:** has a ventral hernia, causing pain. surgeon recommended surgery.
developed Bell's palsy, which completely resolved.
has HTN since he was 27 yo. says he takes BP meds, HCTZ 25 mg, BP normal.
has asthma, mild intermittent. smoked 1 cigar a day. wheezing with exercise. no wheezing at night.
cholesterol elevated. 10 yr risk of CHD 16 %.

**Pain:** No

**Seen for clinic(s):** Gastrointestinal, Hypertension, Pulmonary/Respiratory

**ROS:**

**Cardiovascular**

**General**

No: Angina, Exertional dyspnea

**Psychiatric**

**General**

No: Mood Impaired, Mood-Down, Anxious

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/27/2019 | 11:06 COX | 98.1 | 36.7 | | Criswell, Linda PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/29/2019 | 12:49 COX | 76 | | | Li, Richard MD |
| 08/27/2019 | 11:06 COX | 68 | | | Criswell, Linda PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/27/2019 | 11:06 COX | 12 | Criswell, Linda PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/29/2019 | 12:49 COX | 134/74 | | | | Li, Richard MD |
| 08/27/2019 | 11:06 COX | 143/84 | | | | Criswell, Linda PA-C |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 08/29/2019 | 12:53 COX | 550 | 550 | 550 | | Without | Li, Richard MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

*Exhibit 5*

| Inmate Name: | JACKSON, KEVIOUS | | | | Reg #: | 17483-104 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/08/1977 | Sex: | M | Race: BLACK | Facility: | COM |
| Encounter Date: | 08/29/2019 12:43 | Provider: | Li, Richard MD | | Unit: | B08 |

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 08/27/2019 | 11:06 COX | 99 | | Criswell, Linda PA-C |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 08/29/2019 | 12:49 COX | 228.0 | 103.4 | | Li, Richard MD |

**Exam:**
  **General**
    **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
      No: Appears Distressed
  **Head**
    **General**
      Yes: Atraumatic/Normocephalic
  **Eyes**
    **General**
      Yes: PERRLA, Extraocular Movements Intact
    **Fundus Exam**
      Yes: Grossly Normal Retina
  **Neck**
    **General**
      Yes: Supple
      No: Lymphadenopathy
  **Pulmonary**
    **Auscultation**
      Yes: Clear to Auscultation
  **Cardiovascular**
    **Auscultation**
      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
      No: M/R/G
  **Abdomen**
    **Palpation**
      Yes: Soft, Tenderness on Palpation, Midline Tenderness
      No: Guarding, Rigidity
  **Musculoskeletal**
    **Ankle/Foot/Toes**
      No: Edema
  **Neurologic**
    **Cranial Nerves (CN)**
      Yes: Within Normal Limits
    **Motor System-Strength**
      No: Weakness
  **Mental Health**
    **Affect**
      Yes: Appropriate
      No: Anxious, Depression, Sad

| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
|---|---|---|---|---|---|
| Date of Birth: | 08/08/1977 | Sex: | M   Race: BLACK | Facility: | COM |
| Encounter Date: | 08/29/2019 12:43 | Provider: | Li, Richard MD | Unit: | B08 |

## Exam:

### ROS Comments
-exercise x  1 hr a day, 5 days
-cmp normal
-a1c 6.1 H, pt is asked to lose wt

## ASSESSMENT:

Asthma, J45909 - Current

Bell's palsy, G510 - Resolved

Essential (primary) hypertension, I10 - Current

Hyperlipidemia, unspecified, E785 - Current

Ventral hernia, K439 - Current

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 950939-COX | Atorvastatin 40 MG TAB | 08/29/2019 12:43 | Take one tablet (40 MG) by mouth every night at bedtime x 363 day(s) |
| | **Indication:** Bell's palsy | | |
| 950940-COX | hydroCHLOROthiazide 25 MG Tab | 08/29/2019 12:43 | Take one tablet (25 MG) by mouth each morning x 365 day(s) |
| | **Indication:** Essential (primary) hypertension | | |
| 945237-COX | raNITidine HCl 150 MG TAB | 08/29/2019 12:43 | Take one tablet (150 MG) by mouth twice daily 30 minutes before meals "Chronic Care Verified" (with objective findings) x 180 day(s) |
| | **Indication:** Gastro-esophageal reflux disease without esophagitis | | |
| 912600-COX | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 08/29/2019 12:43 | Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) "Empty container is to be returned for refill" PRN x 365 day(s) |
| | **Indication:** Asthma | | |
| 150187-MIM | Calcium Polycarbophil 625 MG Tab | 08/29/2019 12:43 | Take one tablet (625 MG) by mouth each day Take with a glassful of water *Please purchase from commissary when these are gone if needed* x 180 day(s) |
| | **Indication:** Gastro-esophageal reflux disease without esophagitis | | |

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC | One Time | 02/28/2020 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |

*Exhibit 3*

# Bureau of Prisons
# Health Services
# Vision Screens

| Reg #:  17483-104 | Inmate Name:  JACKSON, KEVIOUS |
|---|---|

Vision Screen on   11/13/2018 14:26

Blindness:

| Distance Vision: | OD: 20/20 | OS: 20/20 | OU: |
|---|---|---|---|
| Near Vision: | OD: | OS: | OU: |

With Corrective

| Distance Vision: | OD: | OS: | OU: |
|---|---|---|---|
| Near Vision: | OD: | OS: | OU: |

Present Glasses - Distance                    Refraction - Distance

|  | Sphere | Cylinder | Axis | Add |  | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: |  |  |  |  | R: |  |  |  |  |
| L: |  |  |  |  | L: |  |  |  |  |

Color Test:

Tonometry:     R:                L:

Comments:

**Orig Entered:**    11/13/2018 14:29 EST   Cesar, Tericka ARNP

**Bureau of Prisons**
**Health Services**
**Urine Dipstick**

| | | | |
|---|---|---|---|
| **Begin Date:** 01/01/2019 | | **End Date:** | 12/31/2019 |
| **Reg #:** 17483-104 | | **Inmate Name:** | JACKSON, KEVIOUS |

Reference Range - Refer to local policy

| Date | Color | Appearance | Glucose | Bilirubin | Ketones | Spec. Grav. | pH | Protein | Urobilinogen | Nitrite | Blood | Leuko Esteras |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/22/2019 14:23 COX | | | | | | | | | | | | |
| | Yellow | Clear | Negative | Negative | Negative | <1.005 | 5.0 | Negative | 0.2 | | Negative | Trace | Negativ |

Orig Entered: 03/22/2019 14:24 EST   Miranda, Jeannette FNP-BC

**Total:** 1

*Exhibit O*

| | | | |
|---|---|---|---|
| Inmate Name:   JACKSON, KEVIOUS | | | Reg #:      17483-104 |
| Date of Birth:    08/08/1977 | Sex:       M    Race:  BLACK | | Facility:  COM |
| Encounter Date:  08/29/2019 12:43 | Provider:  Li, Richard MD | | Unit:       B08 |

Chronic Care Clinics-Diabetic-Comprehensive
Metabolic Profile (CMP)

**Schedule:**

| <u>Activity</u> | <u>Date Scheduled</u> | <u>Scheduled Provider</u> |
|---|---|---|
| Chronic Care Visit | 08/21/2020 00:00 | Physician 01 |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| <u>Date Initiated</u> | <u>Format</u> | <u>Handout/Topic</u> | <u>Provider</u> | <u>Outcome</u> |
|---|---|---|---|---|
| 08/29/2019 | Counseling | Access to Care | Li, Richard | Verbalizes Understanding |

Copay Required: No          Cosign Required:  No

Telephone/Verbal Order:   No

Completed by Li, Richard MD on 08/29/2019 12:59

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: M   Race: BLACK | Facility: | COM |
| Encounter Date: | 08/27/2019 11:06 | Provider: Criswell, Linda PA-C | Unit: | B08 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Criswell, Linda PA-C

        **Chief Complaint:** Other Problem

        **Subjective:**    returns from trip to general surgery to discuss his hernia.  No paperwork came with him.

        **Pain:**        Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/27/2019 | 11:06 COX | 98.1 | 36.7 | | Criswell, Linda PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/27/2019 | 11:06 COX | 68 | | | Criswell, Linda PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/27/2019 | 11:06 COX | 12 | Criswell, Linda PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/27/2019 | 11:06 COX | 143/84 | | | | Criswell, Linda PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/27/2019 | 11:06 COX | 99 | | Criswell, Linda PA-C |

**Exam:**

    **General**

        **Appearance**

            Yes: Appears Well, Alert and Oriented x 3

    **Pulmonary**

        **Auscultation**

            Yes: Clear to Auscultation

    **Cardiovascular**

        **Auscultation**

            Yes: Regular Rate and Rhythm (RRR)

**ASSESSMENT:**

    Ventral hernia, K439 - Current

**PLAN:**

**Other:**

*Exhibit J*

| Inmate Name: | JACKSON, KEVIOUS | | | | Reg #: | 17483-104 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/08/1977 | | | | Facility: | COM |
| Encounter Date: | 08/27/2019 11:06 | Sex: | M   Race:   BLACK | | Unit: | B08 |
| | | Provider: | Criswell, Linda PA-C | | | |

no further orders are here yet - will wait on paperwork.  BP high because he did not take his med this am.  Rec. take it now.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/27/2019 | Not Done | | Criswell, Linda | Attentive |

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Criswell, Linda PA-C on 08/27/2019 11:09

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: | M   Race: BLACK | Facility: | COM |
| Note Date: | 07/25/2019 16:01 | Provider: | Gomez, Kenneth MD/CD | Unit: | B08 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

  **ADMINISTRATIVE NOTE   1**          **Provider:**  Gomez, Kenneth MD/CD
  Thursday:

  Case discussed with Dr Banala earlier today who informed me this inmate did not have a stroke, but  Bell's PALSY. hE WILL BE DISCHARGED TODAY.

**Copay Required:** No               **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Gomez, Kenneth MD/CD on 07/25/2019 16:03

*Exhibit 3*

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | Reg #: 17483-104 |
| Date of Birth: | 08/08/1977 | Sex:     M    Race:  BLACK | Facility: COM |
| Encounter Date: | 07/25/2019 15:30 | Provider:  Li, Richard MD | Unit:     B08 |

Physician - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Li, Richard MD

**Chief Complaint:** NEUROLOGY

**Subjective:**  lost taste and felt mouth numb Monday. noticed face not straight in the afternoon. also feels tingling in left hand. also felt weakness in left arm, which resolved Wednesday.
pt was sent to hospital Tuesday, was diagnosed Bell's palsy. had CT and MRI, result pending.
lab: Hb 12.6, Cr 1.26, TSH 3.6, LDL 205, total chole 264, HDL 46. 10 yr risk of CHD is 16 %.

**Pain:**  No

**ROS:**

**Cardiovascular**

**General**

No: Angina, Exertional dyspnea

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/25/2019 | 15:34 COX | 97.8 | 36.6 | | Li, Richard MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/25/2019 | 15:34 COX | 69 | | | Li, Richard MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/25/2019 | 15:34 COX | 134/81 | Left Arm | | | Li, Richard MD |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Head**

**General**

Yes: Atraumatic/Normocephalic

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Face**

**General**

Yes: Asymmetry, Paresis

**Neck**

**General**

Yes: Supple

| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
|---|---|---|---|---|---|
| Date of Birth: | 08/08/1977 | Sex: | M   Race: BLACK | Facility: | COM |
| Encounter Date: | 07/25/2019 15:30 | Provider: | Li, Richard MD | Unit: | B08 |

## Exam:

No: Lymphadenopathy

**Pulmonary**

    **Auscultation**

        Yes: Clear to Auscultation

**Cardiovascular**

    **Auscultation**

        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

        No: M/R/G

**Abdomen**

    **Palpation**

        Yes: Soft

        No: Guarding, Rigidity, Tenderness on Palpation

**Neurologic**

    **Cranial Nerves (CN)**

        No: CN 7 Facial Movement Normal

### ROS Comments

-exercise x 1 hr a day, 4 days

### Exam Comments

-left face mildly weak, left eye is able to close, unable to wrinkle forehead.

-arm and leg muscle strength equal and normal

-a1c at 6.1. pt is told to lose wt

## ASSESSMENT:

Bell's palsy, G510 - Current

Essential (primary) hypertension, I10 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | predniSONE Tablet | 07/25/2019 15:30 | 40 mg  Orally  -  Two Times a Day x 7 day(s) |
| | Indication: Bell's palsy | | |
| | predniSONE Tablet | 07/25/2019 15:30 | 20 mg  Orally  -  daily x 3 day(s) |
| | Indication: Bell's palsy | | |
| | Atorvastatin Tablet | 07/25/2019 15:30 | 40 mg  Orally  -  daily x 363 day(s) |
| | Indication: Bell's palsy | | |
| | Acyclovir Tablet/Capsule | 07/25/2019 15:30 | 400 mg  Orally  -  three times a day x 8 day(s) |
| | Indication: Bell's palsy | | |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 912602-COX | hydroCHLOROthiazide 25 MG Tab | 07/25/2019 15:30 | Take one tablet (25 MG) by mouth each morning x 365 day(s) |
| | Indication: Essential (primary) hypertension | | |

*Exhibit 3*

| | | | |
|---|---|---|---|
| Inmate Name: JACKSON, KEVIOUS | | Reg #: 17483-104 | |
| Date of Birth: 08/08/1977 | Sex: M   Race: BLACK | Facility: COM | |
| Encounter Date: 07/25/2019 15:30 | Provider: Li, Richard MD | Unit: B08 | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/25/2019 | Counseling | Access to Care | Li, Richard | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Li, Richard MD on 07/25/2019 15:51

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex:      M    Race:  BLACK | Facility: | COM |
| Encounter Date: | 07/23/2019 08:16 | Provider:  Mezyk, S. AHSA/RN | Unit: | B08 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT  1**    **Provider:** Mezyk, S. AHSA/RN

      **Chief Complaint:** NEUROLOGY

      **Subjective:**    "My left side is numb. I can't feel my face. I can't taste food and when I drink it dribbles out. Yesterday my mouth got numb around 1 pm lunch and then I went and laid down and when I woke up I couldn't get up. My left arm is numb and difficult to move"

      **Pain:**    No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/23/2019 | 08:00 COX | 97.4 | 36.3 | | Mezyk, S. AHSA/RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/23/2019 | 08:00 COX | 76 | Radial | Regular | Mezyk, S. AHSA/RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/23/2019 | 08:00 COX | 18 | Mezyk, S. AHSA/RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/23/2019 | 08:00 COX | 151/85 | | | | Mezyk, S. AHSA/RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/23/2019 | 08:00 COX | 100 | Room Air | Mezyk, S. AHSA/RN |

**Exam:**

  **General**

    **Affect**

      Yes: Pleasant, Cooperative

    **Appearance**

      Yes: Alert and Oriented x 3

      No: Appears Distressed, Unconscious, Lethargic, Obtunded, Stuporous, Comatose, Dyspneic, Appears in Pain, Pale, Pallor, Cyanotic, Diaphoretic, Disheveled

  **Skin**

    **General**

      Yes: Within Normal Limits, Dry, Skin Intact

  **Head**

    **General**

      Yes: Atraumatic/Normocephalic, Facial Asymmetry

      No: Symmetry of Motor Function, Palpable Deformity, Deformity, Trauma, Swelling

*Exhibit D*

| | | | |
|---|---|---|---|
| Inmate Name: JACKSON, KEVIOUS | | | Reg #: 17483-104 |
| Date of Birth: 08/08/1977 | Sex: M | Race: BLACK | Facility: COM |
| Encounter Date: 07/23/2019 08:16 | Provider: Mezyk, S. AHSA/RN | | Unit: B08 |

**Exam:**

**Eyes**

**General**

Yes: Extraocular Movements Intact

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Thorax**

Yes: Within Normal Limits, Normal Thoracic Expansion, Normal Diaphragmatic Excursion

**Cardiovascular**

**Observation**

Yes: Within Normal Limits, Normal Rate, Regular Rhythm

**Neurologic**

**Motor System-Strength**

Yes: Weakness L

No: Normal Muscular Strength L

**ASSESSMENT:**

Stroke - Signs of

Patient came to medical for c/o numbness and weakness to left side. Patient in no acute distress. VSS. Patient reported symptoms started yesterday around lunch time and has gotten worse and now having difficulty with drinking. Patient presenting with left side weakness and left side numbness. Patient unable to smile, and with slurred speech. Patient left eye lid without sensation and does not blink with tactile sensory. MD contacted and informed of exam findings. Per MD patient to be transferred to local hospital via EMS further examination. Operations LT notified.

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 07/23/2019 | 07/23/2019 | Emergent | No | |

**Subtype:**

Emergency Room

**Reason for Request:**

42 year old with left sided numbness and weakness to face, and left arm. Patient unable to smile with slurred speech. Transfer to local hospital for further evaluation.

**Provisional Diagnosis:**

r/o stroke

**Disposition:**

Notify Medical Duty Officer

Transfer to Local Hospital

**Other:**

LRMC notified of impending arrival

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/23/2019 | Counseling | Plan of Care | Mezyk, S. | Verbalizes Understanding |

| Inmate Name: | JACKSON, KEVIOUS | | Reg #: | 17483-104 |
|---|---|---|---|---|

Inmate Name: JACKSON, KEVIOUS
Date of Birth: 08/08/1977
Encounter Date: 07/23/2019 08:16

Sex: M   Race: BLACK
Provider: Mezyk, S. AHSA/RN

Reg #: 17483-104
Facility: COM
Unit: B08

| Date Initiated Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|
| transfer to hospital | | | |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Mezyk, S. AHSA/RN on 07/23/2019 08:40

Requested to be cosigned by  Gomez, Kenneth MD/CD.

Cosign documentation will be displayed on the following page.

*Exhibit 3*

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/23/2019 08:16 | Provider: | Mezyk, S. AHSA/RN | Facility: | COM |

**Cosigned by Gomez, Kenneth MD/CD on 07/23/2019 15:38.**

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: JACKSON, KEVIOUS | | Reg #: 17483-104 |
| Date of Birth: 08/08/1977 | Sex: M   Race: BLACK | Facility: COM |
| Encounter Date: 07/19/2019 08:21 | Provider: Miranda, Jeannette FNP- | Unit: B08 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Miranda, Jeannette FNP-BC

**Chief Complaint:** Constipation

**Subjective:** C/o constipation, burning and bloating in abdomen.   States two days notice blood after having a BM.  Also states he wakes up with burning in his throat.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 07/19/2019 08:23 |
| **Location:** | Abdomen - Diffuse |
| **Quality of Pain:** | Cramping |
| **Pain Scale:** | 7 |
| **Intervention:** | naprosyn |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 6-12 Months |
| **Duration:** | 6-12 Hours |
| **Exacerbating Factors:** | eating & drinking water |
| **Relieving Factors:** | none |
| **Reason Not Done:** | |
| **Comments:** | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/19/2019 | 08:26 COX | 98.0 | 36.7 | | Miranda, Jeannette FNP-BC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/19/2019 | 08:26 COX | 61 | | | Miranda, Jeannette FNP-BC |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/19/2019 | 08:26 COX | 18 | Miranda, Jeannette FNP-BC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/19/2019 | 08:26 COX | 121/73 | | | | Miranda, Jeannette FNP-BC |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/19/2019 | 08:26 COX | 98 | Room Air | Miranda, Jeannette FNP-BC |

*Exhibit J*

| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
|---|---|---|---|---|---|
| Date of Birth: | 08/08/1977 | Sex: | M   Race:  BLACK | Facility: | COM |
| Encounter Date: | 07/19/2019 08:21 | Provider: | Miranda, Jeannette FNP- | Unit: | B08 |

| Date | Time | Value(%) Air | Provider |
|---|---|---|---|

**Exam:**
**General**
   **Appearance**
      Yes: Alert and Oriented x 3
      No: Appears Distressed
**Pulmonary**
   **Observation/Inspection**
      Yes: Within Normal Limits
**Cardiovascular**
   **Observation**
      Yes: Within Normal Limits
**Abdomen**
   **Auscultation**
      Yes: Normo-Active Bowel Sounds
   **Palpation**
      Yes: Tenderness on Palpation
      No: Soft, Guarding, Rigidity

**Exam Comments**
   Reports taking fiber tabs and ranitidine.  Has ventral hernia.  Surgery consult approved.

**ASSESSMENT:**

   Constipation, unspecified, K5900 - Current

   Unspecified abdominal hernia, K469 - Current

**PLAN:**

**Disposition:**
   Follow-up at Sick Call as Needed
   Follow-up at Chronic Care Clinic as Needed
   Return Immediately if Condition Worsens

**Other:**
   Increase fluid intake.  Continue with present meds.  Advised surgery consult pending scheduling.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/19/2019 | Counseling | Access to Care | Miranda, Jeannette | Verbalizes Understanding |
| 07/19/2019 | Counseling | Diagnosis | Miranda, Jeannette | Verbalizes Understanding |
| 07/19/2019 | Counseling | Plan of Care | Miranda, Jeannette | Verbalizes Understanding |

**Copay Required:** No       **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Miranda, Jeannette FNP-BC on 07/19/2019 08:36

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: M   Race: BLACK | Facility: | COM |
| Encounter Date: | 06/24/2019 08:53 | Provider: Miranda, Jeannette FNP- | Unit: | B08 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Miranda, Jeannette FNP-BC

**Chief Complaint:** GENERAL

**Subjective:** Here for medication refill for CCC. Taking ranitidine. Reports intermittent burning. C/o constipation and "stomach cramps." States he took something from "canteen and was able to go."

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/24/2019 | 08:58 COX | 97.3 | 36.3 | | Miranda, Jeannette FNP-BC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/24/2019 | 08:58 COX | 52 | | | Miranda, Jeannette FNP-BC |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/24/2019 | 08:58 COX | 18 | Miranda, Jeannette FNP-BC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/24/2019 | 08:58 COX | 119/63 | | | | Miranda, Jeannette FNP-BC |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/24/2019 | 08:58 COX | 99 | Room Air | Miranda, Jeannette FNP-BC |

**Exam:**
**General**
**Appearance**
Yes: Alert and Oriented x 3
No: Appears Distressed
**Pulmonary**
**Observation/Inspection**
Yes: Within Normal Limits
**Cardiovascular**
**Observation**
Yes: Within Normal Limits
**Abdomen**
**Inspection**
No: Scar(s)
**Auscultation**

*Exhibit 5*

| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
|---|---|---|---|---|---|
| Date of Birth: | 08/08/1977 | Sex: | M   Race:   BLACK | Facility: | COM |
| Encounter Date: | 06/24/2019 08:53 | Provider: | Miranda, Jeannette FNP- | Unit: | B08 |

## Exam:

Yes: Normo-Active Bowel Sounds

**Palpation**

Yes: Soft, Tenderness on Palpation

No: Rigidity

### Exam Comments

4/17/19 shows ventral hernia. Noted protuberant ventral hernia when he attempt to lie down or sit up.  + tenderness on palpation.  Denies nausea or vomiting.

## ASSESSMENT:

Constipation, unspecified, K5900 - Current

Ventral hernia, K439 - Current

## PLAN:

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 912601-COX | Calcium Polycarbophil 625 MG Tab | 06/24/2019 08:53 | Take one tablet (625 MG) by mouth twice daily - Take with a glassful of water "Chronic Care Verified" x 180 day(s) |
| | **Indication:** Constipation, unspecified | | |
| 912603-COX | Ranitidine HCl 150 MG TAB | 06/24/2019 08:53 | Take one tablet (150 MG) by mouth twice daily 30 minutes before meals "Chronic Care Verified" x 180 day(s) |
| | **Indication:** Gastro-esophageal reflux disease without esophagitis | | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| General Surgery | 07/15/2019 | 07/15/2019 | Routine | No | |

**Subtype:**

Hernia, Evaluation

**Reason for Request:**

41 year old male c/o intermittent abdominal pain of long duration.  4/17/19 shows a ventral hernia.  IM reports he is unable to do exercise of bend over due tot pain.  Has chronic constipation.  Please evaluate for further management and treatment.

## Disposition:

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

## Other:

Advised increase fluid intake.  Avoid rice and bananas.  May purchase docusate from commissary and take as needed.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2019 | Counseling | Access to Care | Miranda, Jeannette | Verbalizes Understanding |

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex:   M   Race:  BLACK | Facility: | COM |
| Encounter Date: | 06/24/2019 08:53 | Provider:  Miranda, Jeannette FNP- | Unit: | B08 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2019 | Counseling | Diagnosis | Miranda, Jeannette | Verbalizes Understanding |
| 06/24/2019 | Counseling | Medication Side Effects | Miranda, Jeannette | Verbalizes Understanding |
| 06/24/2019 | Counseling | Plan of Care | Miranda, Jeannette | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Miranda, Jeannette FNP-BC on 06/24/2019 09:18

*Exhibit 3*

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: M   Race: BLACK | Facility: | COM |
| Encounter Date: | 03/22/2019 14:03 | Provider: Miranda, Jeannette FNP- | Unit: | B08 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Miranda, Jeannette FNP-BC

**Chief Complaint:** Abdominal Pain

**Subjective:**   1. C/o "hernia pain." 2. Also c/o burning on urination.

**Pain:**        Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 03/22/2019 14:05 |
| **Location:** | Abdomen - Epigastric |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 8 |
| **Intervention:** | none |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-5 Years |
| **Duration:** | 6-12 Hours |
| **Exacerbating Factors:** | eating & exercising |
| **Relieving Factors:** | none |
| **Reason Not Done:** | |
| **Comments:** | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 03/22/2019 | 14:06 | COX | 98.0 | 36.7 | | Miranda, Jeannette FNP-BC |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 03/22/2019 | 14:06 | COX | 57 | | | Miranda, Jeannette FNP-BC |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 03/22/2019 | 14:06 | COX | 18 | Miranda, Jeannette FNP-BC |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 03/22/2019 | 14:06 | COX | 139/83 | | | | Miranda, Jeannette FNP-BC |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 03/22/2019 | 14:17 | COX | 220.0 | 99.8 | | Miranda, Jeannette FNP-BC |

| Inmate Name: | JACKSON, KEVIOUS | | | | Reg #: | 17483-104 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/08/1977 | | Sex: | M   Race:  BLACK | Facility: | COM |
| Encounter Date: | 03/22/2019 14:03 | | Provider: | Miranda, Jeannette FNP- | Unit: | B08 |

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|

**Exam:**

**General**

**Appearance**

No: Appears Distressed

**Skin**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Normal Rate

**Exam Comments**

1. BP slightly elevated. Reports he didn't take his HTN med today.
2. Reports getting up about 3-4 times during the night.  U/A shows trace blood.  Asking for prostate exam

**ASSESSMENT:**

Encounter for observation for other suspected diseases and conditions ruled out, Z0389 - Current

Essential (primary) hypertension, I10 - Current

Unsp symptoms and signs involving the genitourinary system, R399 - Current

**PLAN:**

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** | **Prescriber Order** |
|---|---|---|---|
| | Doxazosin Tablet | 03/22/2019 14:03 | 2 mg Orally  at bedtime x 180 day(s) |

**Indication:** Unsp symptoms and signs involving the genitourinary system

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests-P-PSA, Total | One Time | 03/26/2019 00:00 | Routine |
| **Labs requested to be reviewed by:** | Li, Richard MD | | |

**Disposition:**

Follow-up at Sick Call as Needed

Return Immediately if Condition Worsens

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 03/22/2019 | Counseling | Access to Care | Miranda, Jeannette | Verbalizes Understanding |
| 03/22/2019 | Counseling | Diagnosis | Miranda, Jeannette | Verbalizes Understanding |
| 03/22/2019 | Counseling | Medication Side Effects | Miranda, Jeannette | Verbalizes Understanding |

*Exhibit 3*

| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
|---|---|---|---|---|---|
| Date of Birth: | 08/08/1977 | Sex: | M   Race:  BLACK | Facility: | COM |
| Encounter Date: | 03/22/2019 14:03 | Provider: | Miranda, Jeannette FNP- | Unit: | B08 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/22/2019 | Counseling | Plan of Care | Miranda, Jeannette | Verbalizes Understanding |

**Copay Required:** Yes        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Miranda, Jeannette FNP-BC on 03/22/2019 14:23

**Bureau of Prisons**
**Health Services**
**Vitals All**

| Begin Date: | 01/01/2019 | End Date: | 12/31/2019 |
|---|---|---|---|
| Reg #: | 17483-104 | Inmate Name: | JACKSON, KEVIOUS |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/27/2019 | 11:06 COX | 98.1 | 36.7 | | Criswell, Linda PA-C |
| | Orig Entered: 08/27/2019 11:08 EST Criswell, Linda PA-C | | | | |
| 07/25/2019 | 15:34 COX | 97.8 | 36.6 | | Li, Richard MD |
| | Orig Entered: 07/25/2019 15:38 EST Li, Richard MD | | | | |
| 07/23/2019 | 08:00 COX | 97.4 | 36.3 | | Mezyk, S. AHSA/RN |
| | Orig Entered: 07/23/2019 08:19 EST Mezyk, S. AHSA/RN | | | | |
| 07/19/2019 | 08:26 COX | 98.0 | 36.7 | | Miranda, Jeannette FNP-BC |
| | Orig Entered: 07/19/2019 08:27 EST Miranda, Jeannette FNP-BC | | | | |
| ~~07/18/2019~~ | ~~12:44 COX~~ | ~~97.2~~ | ~~36.2~~ | | ~~Miranda, Jeannette FNP-BC~~ |
| | ~~Orig Entered: 07/18/2019 12:46 EST Miranda, Jeannette FNP-BC~~ | | | | |
| | Last Updated: 07/18/2019 12:50 EST Miranda, Jeannette FNP-BC | | | | |
| 06/24/2019 | 08:58 COX | 97.3 | 36.3 | | Miranda, Jeannette FNP-BC |
| | Orig Entered: 06/24/2019 09:05 EST Miranda, Jeannette FNP-BC | | | | |
| 03/22/2019 | 14:06 COX | 98.0 | 36.7 | | Miranda, Jeannette FNP-BC |
| | Orig Entered: 03/22/2019 14:08 EST Miranda, Jeannette FNP-BC | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/29/2019 | 12:49 COX | 76 | | | Li, Richard MD |
| | Orig Entered: 08/29/2019 12:50 EST Li, Richard MD | | | | |
| 08/27/2019 | 11:06 COX | 68 | | | Criswell, Linda PA-C |
| | Orig Entered: 08/27/2019 11:08 EST Criswell, Linda PA-C | | | | |
| 07/25/2019 | 15:34 COX | 69 | | | Li, Richard MD |
| | Orig Entered: 07/25/2019 15:38 EST Li, Richard MD | | | | |
| 07/23/2019 | 08:00 COX | 76 | Radial | Regular | Mezyk, S. AHSA/RN |
| | Orig Entered: 07/23/2019 08:19 EST Mezyk, S. AHSA/RN | | | | |
| 07/19/2019 | 08:26 COX | 61 | | | Miranda, Jeannette FNP-BC |
| | Orig Entered: 07/19/2019 08:27 EST Miranda, Jeannette FNP-BC | | | | |
| ~~07/18/2019~~ | ~~12:44 COX~~ | ~~77~~ | | | ~~Miranda, Jeannette FNP-BC~~ |
| | ~~Orig Entered: 07/18/2019 12:46 EST Miranda, Jeannette FNP-BC~~ | | | | |
| | Last Updated: 07/18/2019 12:50 EST Miranda, Jeannette FNP-BC | | | | |
| 06/24/2019 | 08:58 COX | 52 | | | Miranda, Jeannette FNP-BC |
| | Orig Entered: 06/24/2019 09:05 EST Miranda, Jeannette FNP-BC | | | | |
| 03/22/2019 | 14:06 COX | 57 | | | Miranda, Jeannette FNP-BC |
| | Orig Entered: 03/22/2019 14:08 EST Miranda, Jeannette FNP-BC | | | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/27/2019 | 11:06 COX | 12 | Criswell, Linda PA-C |
| | Orig Entered: 08/27/2019 11:08 EST Criswell, Linda PA-C | | |

*EXHIBIT J*

| Begin Date: | 01/01/2019 | End Date: | 12/31/2019 |
|---|---|---|---|
| Reg #: | 17483-104 | Inmate Name: | JACKSON, KEVIOUS |

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/23/2019 | 08:00 COX | 18 | Mezyk, S. AHSA/RN |
| | Orig Entered: 07/23/2019 08:19 EST | | Mezyk, S. AHSA/RN |
| 07/19/2019 | 08:26 COX | 18 | Miranda, Jeannette FNP-BC |
| | Orig Entered: 07/19/2019 08:27 EST | | Miranda, Jeannette FNP-BC |
| ~~07/18/2019~~ | ~~12:44 COX~~ | ~~18~~ | ~~Miranda, Jeannette FNP-BC~~ |
| | ~~Orig Entered: 07/18/2019 12:46 EST~~ | | ~~Miranda, Jeannette FNP-BC~~ |
| | Last Updated: 07/18/2019 12:50 EST | | Miranda, Jeannette FNP-BC |
| 06/24/2019 | 08:58 COX | 18 | Miranda, Jeannette FNP-BC |
| | Orig Entered: 06/24/2019 09:05 EST | | Miranda, Jeannette FNP-BC |
| 03/22/2019 | 14:06 COX | 18 | Miranda, Jeannette FNP-BC |
| | Orig Entered: 03/22/2019 14:08 EST | | Miranda, Jeannette FNP-BC |

## Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/29/2019 | 12:49 COX | 134/74 | | | | Li, Richard MD |
| | Orig Entered: 08/29/2019 12:50 EST | | | Li, Richard MD | | |
| 08/27/2019 | 11:06 COX | 143/84 | | | | Criswell, Linda PA-C |
| | Orig Entered: 08/27/2019 11:08 EST | | | Criswell, Linda PA-C | | |
| 07/25/2019 | 15:34 COX | 134/81 | Left Arm | | | Li, Richard MD |
| | Orig Entered: 07/25/2019 15:38 EST | | | Li, Richard MD | | |
| 07/23/2019 | 08:00 COX | 151/85 | | | | Mezyk, S. AHSA/RN |
| | Orig Entered: 07/23/2019 08:19 EST | | | Mezyk, S. AHSA/RN | | |
| 07/19/2019 | 08:26 COX | 121/73 | | | | Miranda, Jeannette FNP-BC |
| | Orig Entered: 07/19/2019 08:27 EST | | | Miranda, Jeannette FNP-BC | | |
| ~~07/18/2019~~ | ~~12:44 COX~~ | ~~140/90~~ | | | | ~~Miranda, Jeannette FNP-BC~~ |
| | ~~Orig Entered: 07/18/2019 12:46 EST~~ | | | ~~Miranda, Jeannette FNP-BC~~ | | |
| | Last Updated: 07/18/2019 12:50 EST | | | Miranda, Jeannette FNP-BC | | |
| 06/24/2019 | 08:58 COX | 119/63 | | | | Miranda, Jeannette FNP-BC |
| | Orig Entered: 06/24/2019 09:05 EST | | | Miranda, Jeannette FNP-BC | | |
| 03/22/2019 | 14:06 COX | 139/83 | | | | Miranda, Jeannette FNP-BC |
| | Orig Entered: 03/22/2019 14:08 EST | | | Miranda, Jeannette FNP-BC | | |

## Wright Peak Flow:

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 08/29/2019 | 12:53 COX | 550 | 550 | 550 | | Without | Li, Richard MD |
| | Orig Entered: 08/29/2019 12:54 EST   Li, Richard MD | | | | | | |

## SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/27/2019 | 11:06 COX | 99 | | Criswell, Linda PA-C |
| | Orig Entered: 08/27/2019 11:08 EST   Criswell, Linda PA-C | | | |
| 07/23/2019 | 08:00 COX | 100 | Room Air | Mezyk, S. AHSA/RN |
| | Orig Entered: 07/23/2019 08:19 EST   Mezyk, S. AHSA/RN | | | |

| Begin Date: 01/01/2019 | | | | End Date: | 12/31/2019 |
| Reg #: | 17483-104 | | | Inmate Name: | JACKSON, KEVIOUS |

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 07/19/2019 | 08:26 COX | 98 | Room Air | Miranda, Jeannette FNP-BC |

Orig Entered: 07/19/2019 08:27 EST   Miranda, Jeannette FNP-BC

| ~~07/18/2019~~ | ~~12:44 COX~~ | ~~100~~ | ~~Room Air~~ | ~~Miranda, Jeannette FNP-BC~~ |

~~Orig Entered:   07/18/2019 12:46 EST   Miranda, Jeannette FNP-BC~~

Last Updated: 07/18/2019 12:50 EST   Miranda, Jeannette FNP-BC

| 06/24/2019 | 08:58 COX | 99 | Room Air | Miranda, Jeannette FNP-BC |

Orig Entered: 06/24/2019 09:05 EST   Miranda, Jeannette FNP-BC

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 08/29/2019 | 12:49 COX | 228.0 | 103.4 | | Li, Richard MD |

Orig Entered: 08/29/2019 12:50 EST   Li, Richard MD

| 03/22/2019 | 14:17 COX | 220.0 | 99.8 | | Miranda, Jeannette FNP-BC |

Orig Entered: 03/22/2019 14:19 EST   Miranda, Jeannette FNP-BC

# Bureau of Prisons
## Health Services
### PPDs

---

**Reg #:**  17483-104                                  **Inmate Name:**  JACKSON, KEVIOUS

---

| Admin: | Location | Provider | Reading: | Induration | Pro |
|---|---|---|---|---|---|
| 11/19/2019   16:00 | Left Forearm | Mercaldo, Karen RN/IOP/IDC | 11/21/2019   14:24 | 0 mm | Mer |
| **Orig Entered:**   11/19/2019 16:01 EST | | Mercaldo, Karen RN/IOP/IDC | **Orig Entered:**   11/21/2019 14:24 EST | | Merca |
| 11/06/2019   14:13 | Left Forearm | Mercaldo, Karen RN/IOP/IDC | 11/18/2019   14:32 | No Show | Mer |
| | | | rescheduled for PPD administration | | |
| **Orig Entered:**   11/06/2019 14:14 EST | | Mercaldo, Karen RN/IOP/IDC | **Orig Entered:**   11/18/2019 14:32 EST | | Merca |
| 11/06/2018   17:47 | Left Forearm | Pangilinan, P. MLP | 11/08/2018   21:54 | 0 mm | Bell- |
| **Orig Entered:**   11/06/2018 17:50 EST | | Pangilinan, P. MLP | **Orig Entered:**   11/09/2018 21:55 EST | | Bell-Ll |

**Total:**  3

# Bureau of Prisons
## Health Services
### Fecal Occult Blood

| | | |
|---|---|---|
| **Begin Date:** 01/01/2019 | **End Date:** | 12/31/2019 |
| **Reg #:** 17483-104 | **Inmate Name:** | JACKSON, KEVIOUS |

(Reference Range - Negative)

| **Effective Date** | **Fecal Occult Blood** | **Provider** |
|---|---|---|
| 04/30/2019 15:11 COX | Negative Guaiac Test | Moreno, Michelle MA |
| **Orig Entered:** 05/14/2019 15:12 EST   Moreno, Michelle MA | | |
| 04/28/2019 15:11 COX | Negative Guaiac Test | Moreno, Michelle MA |
| **Orig Entered:** 05/14/2019 15:12 EST   Moreno, Michelle MA | | |
| 04/26/2019 15:10 COX | Negative Guaiac Test | Moreno, Michelle MA |
| **Orig Entered:** 05/14/2019 15:12 EST   Moreno, Michelle MA | | |

**Total:** 3

**Bureau of Prisons**
**Health Services**
**Pain Management**

| Begin Date: 01/01/2019 | | | | End Date: | 12/31/2019 |
| Reg #: | 17483-104 | | | Inmate Name: | JACKSON, KEY |

| Date | Intervention | | Pain Quality | Location | Pre | Po |
|------|-------------|---|-------------|----------|-----|----|
| 07/19/2019 08:23 | naprosyn | | Cramping | Abdomen - | 7 | |
| | **Orig Entered:** 07/19/2019 08:26 EST | Miranda, Jeannette FNP-BC | | | | |
| 03/22/2019 14:05 | none | | Aching | Abdomen - | 8 | |
| | **Orig Entered:** 03/22/2019 14:07 EST | Miranda, Jeannette FNP-BC | | | | |

Generated 05/29/2020 10:12 by Hayes, D. HIT                    Bureau of Prisons - COM

# Bureau of Prisons
# Health Services
# Allergies

| Reg #: 17483-104 | Inmate Name: JACKSON, KEVIOUS |
|---|---|

| Allergy | Date Noted | Reaction |
|---|---|---|
| Penicillin G Benzathine & Proc | 11/06/2018 | Anaphylaxis |

Orig Entered:   11/06/2018 17:48 EST   Pangilinan, P. MLP

**Total:** 1

## Bureau of Prisons
## Health Services
## Patient Education Assessments & Topics

| Reg #:  17483-104 | Inmate Name: JACKSON, KEVIOUS |
|---|---|

## Assessments

| Assessment | Learns Best By | Primary Language | Years of Education | Barriers To Education |
|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome |
|---|---|---|---|
| 09/02/2019 | Medication | Calcium Polycarbophil 625 MG Tab | Pharmacy No participation |
| Orig Entered: | 09/02/2019 15:09 EST  Castro, Raul | | |
| 08/29/2019 | Counseling | Access to Care | Verbalizes Understanding |
| Orig Entered: | 08/29/2019 12:58 EST  Li, Richard | | |
| 08/27/2019 | Not Done | | Attentive |
| Orig Entered: | 08/27/2019 11:09 EST  Criswell, Linda | | |
| 07/26/2019 | Medication | Acyclovir 400 MG Tab | Pharmacy No participation |
| Orig Entered: | 07/26/2019 17:30 EST  Sparkman, Rebekah | | |
| 07/26/2019 | Medication | Atorvastatin 40 MG TAB | Pharmacy No participation |
| Orig Entered: | 07/26/2019 17:30 EST  Sparkman, Rebekah | | |
| 07/26/2019 | Medication | hydroCHLOROthiazide 25 MG Tab | Pharmacy No participation |
| Orig Entered: | 07/26/2019 17:30 EST  Sparkman, Rebekah | | |
| 07/25/2019 | Counseling | Access to Care | Verbalizes Understanding |
| Orig Entered: | 07/25/2019 15:51 EST  Li, Richard | | |
| 07/23/2019 | Counseling | Plan of Care | Verbalizes Understanding |
| transfer to hospital | | | |
| Orig Entered: | 07/23/2019 08:39 EST  Mezyk, S. | | |
| 07/19/2019 | Counseling | Access to Care | Verbalizes Understanding |
| Orig Entered: | 07/19/2019 08:34 EST  Miranda, Jeannette | | |
| 07/19/2019 | Counseling | Diagnosis | Verbalizes Understanding |
| Orig Entered: | 07/19/2019 08:34 EST  Miranda, Jeannette | | |
| 07/19/2019 | Counseling | Plan of Care | Verbalizes Understanding |

**Reg #:** 17483-104                    **Inmate Name:** JACKSON, KEVIOUS

# Topics

| Date Initiated | Format | Handout/Topic | Outcome |
|---|---|---|---|
| | Orig Entered: | 07/19/2019 08:34 EST   Miranda, Jeannette | |
| 06/24/2019 | Counseling | Access to Care | Verbalizes Understanding |
| | Orig Entered: | 06/24/2019 09:13 EST   Miranda, Jeannette | |
| 06/24/2019 | Counseling | Diagnosis | Verbalizes Understanding |
| | Orig Entered: | 06/24/2019 09:13 EST   Miranda, Jeannette | |
| 06/24/2019 | Counseling | Medication Side Effects | Verbalizes Understanding |
| | Orig Entered: | 06/24/2019 09:13 EST   Miranda, Jeannette | |
| 06/24/2019 | Counseling | Plan of Care | Verbalizes Understanding |
| | Orig Entered: | 06/24/2019 09:13 EST   Miranda, Jeannette | |
| 04/17/2019 | Medication | Doxazosin 2 MG Tab | Pharmacy No participation |
| | Orig Entered: | 04/17/2019 08:16 EST   Mezyk, S. | |
| 03/22/2019 | Counseling | Access to Care | Verbalizes Understanding |
| | Orig Entered: | 03/22/2019 14:23 EST   Miranda, Jeannette | |
| 03/22/2019 | Counseling | Diagnosis | Verbalizes Understanding |
| | Orig Entered: | 03/22/2019 14:23 EST   Miranda, Jeannette | |
| 03/22/2019 | Counseling | Medication Side Effects | Verbalizes Understanding |
| | Orig Entered: | 03/22/2019 14:23 EST   Miranda, Jeannette | |
| 03/22/2019 | Counseling | Plan of Care | Verbalizes Understanding |
| | Orig Entered: | 03/22/2019 14:23 EST   Miranda, Jeannette | |
| 01/01/2019 | Medication | hydroCHLOROthiazide 25 MG Tab | Pharmacy No participation |
| | Orig Entered: | 01/01/2019 08:24 EST   Murphree, Alison | |
| 01/01/2019 | Medication | raNITidine HCl 150 MG TAB | Pharmacy No participation |
| | Orig Entered: | 01/01/2019 08:24 EST   Murphree, Alison | |
| 01/01/2019 | Medication | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | Pharmacy No participation |
| | Orig Entered: | 01/01/2019 08:24 EST   Murphree, Alison | |

**Total:** 23

# Bureau of Prisons
# Health Services
# Immunizations

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Begin Date:** 01/01/2019 | | | **End Date:** 12/31/2019 | | | | |
| **Reg #:** 17483-104 | | | **Inmate Name:** JACKSON, KEVIOUS | | | | |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Ex |
|---|---|---|---|---|---|---|---|
| Influenza - Immunization | 10/02/2019 | Now | Left Deltoid | 0.5mL | GSK | 72RS4 | 06 |
| FLUVALAL QUADRIVALENT | | | | | | | |

**Orig Entered:** 10/02/2019 13:19 EST   Mercaldo, Karen RN/IOP/IDC

**Total:** 1

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| **Complex:** COX--COLEMAN FCC | **Begin Date:** 01/01/2019 | **End Date:** 12/31/2019 |
| **Inmate:** JACKSON, KEVIOUS | **Reg #:** 17483-104 | **Quarter:** A01-021L |

Medications listed reflect prescribed medications from the begin date to end date on this report.

Allergies:

| <u>Allergy</u> | <u>Reaction</u> | <u>Date Noted</u> |
|---|---|---|
| Penicillin G Benzathine & Proc | Anaphylaxis | 11/06/2018 |

## Active Prescriptions

Acetaminophen 325 MG Tab
*Please purchase from commissary when these are gone if needed* Take two tablets (650 MG) by mouth each day as needed for pain
**Rx#:** 912598-COX    **Doctor:** Li, Richard MD
**Start:** 12/31/18    **Exp:** 01/07/19    **Pharmacy Dispensings:** 0 TAB in 515 days

Acyclovir 400 MG Tab
Take one tablet (400 MG) by mouth three times daily for 8 days
**Rx#:** 950938-COX    **Doctor:** Li, Richard MD
**Start:** 07/26/19    **Exp:** 08/03/19    **Pharmacy Dispensings:** 24 TAB in 308 days

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) "Empty container is to be returned for refill"
**Rx#:** 912600-COX    **Doctor:** Li, Richard MD
**Start:** 12/31/18    **Exp:** 12/31/19    **D/C:** 07/18/19    **Pharmacy Dispensings:** 8.5 GM in 515 days

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) "Empty container is to be returned for refill"
**Rx#:** 957082-COX    **Doctor:** Li, Richard MD
**Start:** 08/29/19    **Exp:** 08/28/20    **D/C:** 04/03/20    **Pharmacy Dispensings:** 17 GM in 274 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth every night at bedtime
**Rx#:** 950939-COX    **Doctor:** Li, Richard MD
**Start:** 07/26/19    **Exp:** 07/23/20    **D/C:** 08/29/19    **Pharmacy Dispensings:** 60 tab in 308 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth every night at bedtime for control of cholesterol
**Rx#:** 957083-COX    **Doctor:** Li, Richard MD
**Start:** 08/29/19    **Exp:** 08/26/20    **D/C:** 04/03/20    **Pharmacy Dispensings:** 210 tab in 274 days

Calcium Polycarbophil 625 MG Tab

*Exhibit 3*

| Complex: | COX--COLEMAN FCC | Begin Date: | 01/01/2019 | End Date: | 12/31/2019 |
|---|---|---|---|---|---|
| Inmate: | JACKSON, KEVIOUS | Reg #: | 17483-104 | Quarter: | A01-021L |

## Active Prescriptions

Take one tablet (625 MG) by mouth twice daily - Take with a glassful of water "Chronic Care Verified"

**Rx#:** 912601-COX   **Doctor:** Li, Richard MD

**Start:** 12/31/18   **Exp:** 06/29/19   **D/C:** 06/24/19   **Pharmacy Dispensings:** 60 TAB in 515 days

Calcium Polycarbophil 625 MG Tab

Take one tablet (625 MG) by mouth twice daily - Take with a glassful of water for 30 days then *Please purchase from commissary when these are gone if needed*

**Rx#:** 944498-COX   **Doctor:** Miranda, Jeannette FNP-BC

**Start:** 06/24/19   **Exp:** 07/24/19   **D/C:** 07/18/19   **Pharmacy Dispensings:** 0 TAB in 340 days

Calcium Polycarbophil 625 MG Tab

Take one tablet (625 MG) by mouth each day Take with a glassful of water

**Rx#:** 957084-COX   **Doctor:** Li, Richard MD

**Start:** 08/29/19   **Exp:** 02/25/20   **Pharmacy Dispensings:** 179 TAB in 274 days

Doxazosin 2 MG Tab

Take one tablet (2 MG) by mouth every night at bedtime for prostate

**Rx#:** 927373-COX   **Doctor:** Miranda, Jeannette FNP-BC

**Start:** 03/25/19   **Exp:** 09/21/19   **D/C:** 07/18/19   **Pharmacy Dispensings:** 60 TAB in 431 days

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each morning

**Rx#:** 912602-COX   **Doctor:** Li, Richard MD

**Start:** 12/31/18   **Exp:** 12/31/19   **D/C:** 07/18/19   **Pharmacy Dispensings:** 30 TAB in 515 days

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each morning

**Rx#:** 950940-COX   **Doctor:** Li, Richard MD

**Start:** 07/26/19   **Exp:** 07/25/20   **D/C:** 08/29/19   **Pharmacy Dispensings:** 60 TAB in 308 days

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each morning

**Rx#:** 957085-COX   **Doctor:** Li, Richard MD

**Start:** 08/29/19   **Exp:** 08/28/20   **D/C:** 04/03/20   **Pharmacy Dispensings:** 210 TAB in 274 days

predniSONE 20 MG Tab

Take two tablets (40 MG) by mouth twice daily for 7 days

**Rx#:** 950941-COX   **Doctor:** Li, Richard MD

**Start:** 07/26/19   **Exp:** 08/02/19   **D/C:** 07/26/19   **Pharmacy Dispensings:** 28 TAB in 308 days

predniSONE 20 MG Tab

Take two tablets (40 MG) by mouth twice daily for 7 days then take one (20 mg) by mouth each day for 3 days **take with food**

**Rx#:** 950942-COX   **Doctor:** Li, Richard MD

| **Complex:** COX--COLEMAN FCC | **Begin Date:** 01/01/2019 | **End Date:** 12/31/2019 |
|---|---|---|
| **Inmate:**   JACKSON, KEVIOUS | **Reg #:**   17483-104 | **Quarter:**   A01-021L |

## Active Prescriptions

**Start:** 07/26/19          **Exp:** 08/02/19                    **Pharmacy Dispensings:** 31 TAB in 308 days

raNITidine HCl 150 MG TAB
Take one tablet (150 MG) by mouth twice daily 30 minutes before meals "Chronic Care Verified"
**Rx#:**   912603-COX      **Doctor:**  Li, Richard MD
**Start:** 12/31/18          **Exp:** 06/29/19      **D/C:** 06/27/19      **Pharmacy Dispensings:** 60 TAB in 515 days

raNITidine HCl 150 MG TAB
Take one tablet (150 MG) by mouth twice daily 30 minutes before meals "Chronic Care Verified" (with objective findings)
**Rx#:**   945237-COX      **Doctor:**  Miranda, Jeannette FNP-BC
**Start:** 06/27/19          **Exp:** 12/24/19      **D/C:** 08/29/19      **Pharmacy Dispensings:** 120 TAB in 337 days

raNITidine HCl 150 MG TAB
Take one tablet (150 MG) by mouth twice daily 30 minutes before meals "Chronic Care Verified" (with objective findings)
**Rx#:**   957086-COX      **Doctor:**  Li, Richard MD
**Start:** 08/29/19          **Exp:** 02/25/20      **D/C:** 01/27/20      **Pharmacy Dispensings:** 120 TAB in 274 days

Exhibit 3

# Bureau of Prisons
## Health Services
## Dental Health History Screen

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: M | Race: BLACK | Facility: COM |
| Encounter Date: | 09/06/2019 13:05 | Provider: | Vazquez-Diaz, Pio | Unit: B08 |

**ASSESSMENTS:**

**Health Problems as of Dental Health History Encounter date:** 09/06/2019 13:05
**Health Problems**

| Health Problem | Status |
|---|---|
| Unspecified mycosis | Current |
| Hyperlipidemia, unspecified | Current |
|     hx Hyperlipidemia since  2011 | |
| Essential (primary) hypertension | Current |
|     hx Hypertension since 2004 | |
| Asthma | Current |
|     hx Asthma since 1977 | |
| Gastro-esophageal reflux disease without esophagitis | Current |
|     hx GERD , 2003 | |
| Ventral hernia | Current |
| Unspecified abdominal hernia | Current |
| Constipation, unspecified | Current |
| Pain in leg, unspecified | Current |
| Unsp symptoms and signs involving the genitourinary system | Current |
| Encounter for observation for other suspected diseases and conditions ruled out | Current |
| Body mass index (BMI) 28.0-28.9, adult | Current |
|     BMI= 28.8  (overweight)  11/6/2018 | |
| Bell's palsy | Resolved |

**Medical History as of Dental Health History Encounter date:**  09/06/2019 13:05
**Medical History:**
**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Penicillin G Benzathine & Proc | Anaphylaxis | 11/06/2018 |

| | |
|---|---|
| **Seizures:** | Denied |
| **Diabetes:** | Denied |
| **Cardiovascular:** | Denied |
| **CVA:** | Denied |

**Hypertension:**

    **Age of Onset:**    Adult (18-30 Years)

    **Comments:** hx hypertension since 2004 at age 27
    + family hx --father
    current meds:
    1. Hydrochlorothiazide 25mg po q am

| Inmate Name: | JACKSON, KEVIOUS | | | | Reg #: | 17483-104 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/08/1977 | Sex: | M | Race: BLACK | Facility: | COM |
| Encounter Date: | 09/06/2019 13:05 | Provider: | Vazquez-Diaz, Pio | | Unit: | B08 |

**Respiratory:**

| | |
|---|---|
| **Age of Onset:** | Infancy (< 1 Year) |
| **Hx of Asthma:** | Yes |
| **Hx of Emphysema:** | No |
| **Hx of COPD:** | No |

**Comments:** hx Asthma since 1977
+ family hx---mother, sister, maternal grandfather
last asthma episode  less than one year ago
current meds:
1. Xopenex 45mcg inhaler BID

| | |
|---|---|
| **Sickle Cell Anemia:** | Denied |
| **Carcinoma/Lymphoma:** | Denied |

**HIV History:**

| | |
|---|---|
| **When Tested:** | 2018 |
| **Test Result:** | Negative |
| **When Diagnosed AIDS:** | |
| **Last CD4:** | |
| **Comments:** | |
| **Hepatitis:** | Denied |

**Other Infectious Diseases:**

| | |
|---|---|
| **Syphilis:** | No |
| **Syphilis Last Treatment:** | N/A |
| **Genital Warts:** | No |
| **Chlamydia:** | No |
| **Gonorrhea:** | Yes |
| **Herpes:** | No |
| **Chicken Pox:** | Yes |
| **Other:** | No |

**Comments:** hx GC, 1994 and 2010 , treated
Hx of Chpx as a child

**Other Health Issues:**

**Other Medical Conditions And Treatment:**

**Current Medical Conditions:**

**Other Current Treatments:**

**Pregnant: N/A**

**Dental Observations as of Dental Health History Encounter date:** 09/06/2019 13:05

**History:**

| | |
|---|---|
| **Alcohol:** | Yes |
| **Methamphetamine:** | No |
| **Tobacco products:** | No |

*Exhibit 5*

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: M | Race: BLACK | Facility: COM |
| Encounter Date: | 09/06/2019 13:05 | Provider: | Vazquez-Diaz, Pio | Unit: B08 |

| | |
|---|---|
| **Other drugs:** | Yes |
| **Sensitive teeth:** | Yes |
| **Bleeding gums:** | No |
| **Food impaction:** | No |
| **Pain around ear:** | No |
| **Toothache:** | No |
| **Wear partial dentures:** | No |
| **Unusual sounds while eating:** | No |
| **Snoring:** | No |
| **Blisters on lips or mouth:** | No |
| **Clenching or grinding:** | No |
| **Swelling or lumps in mouth/throat:** | No |
| **Burning tongue:** | No |
| **Bad breath:** | No |
| **Decayed teeth:** | No |
| Loose teeth: | Yes |
| **Wear dentures:** | No |
| **None:** | No |
| **Comments:** | |
| **Cardiac Condition Requiring Prophylaxis:** | No |
| **Prosthetic joint(s):** | No |
| **Radiation history of head or neck:** | No |
| **Excessive bleeding:** | No |
| **Bisphosphonates:** | No |
| **Comments:** | |

**Medications as of Dental Health History Encounter date:**        09/06/2019 13:05

**Medications:**

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT  Exp: 08/28/2020  SIG: Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) "Empty container is to be returned for refill"

Atorvastatin 40 MG TAB  Exp: 08/26/2020  SIG: Take one tablet (40 MG) by mouth every night at bedtime for control of cholesterol

Calcium Polycarbophil 625 MG Tab  Exp: 02/25/2020  SIG: Take one tablet (625 MG) by mouth each day Take with a glassful of water

hydroCHLOROthiazide 25 MG Tab  Exp: 08/28/2020  SIG: Take one tablet (25 MG) by mouth each morning

raNITidine HCl 150 MG TAB  Exp: 02/25/2020  SIG: Take one tablet (150 MG) by mouth twice daily 30 minutes before meals "Chronic Care Verified" (with objective findings)

**OTCs:  Listing of all known OTCs this inmate is currently taking.**

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No                    **Cosign Required:**  No

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: M | Race: BLACK | Facility: COM |
| Encounter Date: | 09/06/2019 13:05 | Provider: | Vazquez-Diaz, Pio | Unit: B08 |

**Telephone/Verbal Order:**   No

Completed by Vazquez-Diaz, Pio DMD on 09/06/2019 14:33

*Exhibit 3*

# Bureau of Prisons
# Health Services
# Vitals All

| Begin Date: 01/01/2020 | End Date: | 12/31/2020 |
|---|---|---|
| Reg #: 17483-104 | Inmate Name: | JACKSON, KEVIOUS |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/03/2020 | 09:57 COX | 97.3 | 36.3 | | Li, Richard MD |
| | Orig Entered: 04/03/2020 10:00 EST | | Li, Richard MD | | |
| 01/30/2020 | 14:32 COX | 98.3 | 36.8 | | Pappas, James FNP-C, CCHP |
| | Orig Entered: 01/30/2020 14:34 EST | | Pappas, James FNP-C, CCHP | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/03/2020 | 09:57 COX | 60 | | | Li, Richard MD |
| | Orig Entered: 04/03/2020 10:00 EST | | Li, Richard MD | | |
| 02/05/2020 | 12:08 COX | 78 | | | Castro, Raul EMT |
| | Orig Entered: 02/05/2020 12:10 EST | | Castro, Raul EMT | | |
| 01/30/2020 | 14:32 COX | 82 | | | Pappas, James FNP-C, CCHP |
| | Orig Entered: 01/30/2020 14:34 EST | | Pappas, James FNP-C, CCHP | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/05/2020 | 12:08 COX | 20 | Castro, Raul EMT |
| | Orig Entered: 02/05/2020 12:10 EST | | Castro, Raul EMT |
| 01/30/2020 | 14:32 COX | 18 | Pappas, James FNP-C, CCHP |
| | Orig Entered: 01/30/2020 14:34 EST | | Pappas, James FNP-C, CCHP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/03/2020 | 09:57 COX | 124/81 | | | | Li, Richard MD |
| | Orig Entered: 04/03/2020 10:00 EST | | Li, Richard MD | | | |
| 02/05/2020 | 12:08 COX | 132/66 | | | | Castro, Raul EMT |
| | Orig Entered: 02/05/2020 12:10 EST | | Castro, Raul EMT | | | |
| 01/30/2020 | 14:32 COX | 122/82 | | | | Pappas, James FNP-C, CCHP |
| | Orig Entered: 01/30/2020 14:34 EST | | Pappas, James FNP-C, CCHP | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/05/2020 | 12:08 COX | 98 | | Castro, Raul EMT |
| | Orig Entered: 02/05/2020 12:10 EST | | Castro, Raul EMT | |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 04/03/2020 | 09:57 COX | 220.0 | 99.8 | | Li, Richard MD |
| | Orig Entered: 04/03/2020 10:00 EST | | Li, Richard MD | | |

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: M   Race: BLACK | Facility: | COM |
| Note Date: | 01/22/2020 08:18 | Provider: Miranda, Jeannette FNP- | Unit: | B08 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**        **Provider:** Miranda, Jeannette FNP-BC
    Pre-op labs

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-CBC | One Time | 01/31/2020 00:00 | Routine |
| Lab Tests-B-Basic Metabolic Profile (BMP) | | | |

    **Additional Information:**
      Pre-op
    **Labs requested to be reviewed by:**        Li, Richard MD

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-PA/Lateral | One Time | | 01/31/2020 | Routine |

    **Specific reason(s) for request (Complaints and findings):**
      Pre-op due by 1/31/20

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | Pre-op due by 1/31/20 | Miranda, Jeannette FNP-BC |

      **Order Date:**        01/22/2020

**Other:**

    Stop aspirin and blood thinner 2/4/20.  NPO after midnight on 2/4/20

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Miranda, Jeannette FNP-BC on 01/22/2020 08:22

*Exhibit O*

| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
|---|---|---|---|---|---|
| Date of Birth: | 08/08/1977 | Sex: | M   Race: BLACK | Facility: | COM |
| Encounter Date: | 01/30/2020 14:32 | Provider: | Pappas, James FNP-C, | Unit: | B08 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/30/2020 | Counseling | Access to Care | Pappas, James | Verbalizes Understanding |
| 01/30/2020 | Counseling | Diagnosis | Pappas, James | Verbalizes Understanding |
| 01/30/2020 | Counseling | Treatment Alternatives | Pappas, James | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Pappas, James FNP-C, CCHP on 01/30/2020 14:35

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: JACKSON, KEVIOUS | | Reg #: 17483-104 |
| Date of Birth: 08/08/1977 | Sex: M  Race: BLACK | Facility: COM |
| Encounter Date: 01/30/2020 14:32 | Provider: Pappas, James FNP-C, | Unit: B08 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Pappas, James FNP-C, CCHP

**Chief Complaint:** GENERAL

**Subjective:** 42 year old male with a ventral hernia presenting to clinic. Pre-operative labs and EKG completed. Hernia surgery has been approved and is pending. ROS: negative. No further issues noted.

**Pain:** Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/30/2020 | 14:32 COX | 98.3 | 36.8 | | Pappas, James FNP-C, CCHP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/30/2020 | 14:32 COX | 82 | | | Pappas, James FNP-C, CCHP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/30/2020 | 14:32 COX | 18 | Pappas, James FNP-C, CCHP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/30/2020 | 14:32 COX | 122/82 | | | | Pappas, James FNP-C, CCHP |

**Exam:**

**General**

**Appearance**

Yes: Appears Well

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR)

**ASSESSMENT:**

Ventral hernia, K439 - Current - *Surgery is pending*

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

*Exhibit 3*

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: | M | Race: | BLACK |
| Encounter Date: | 02/05/2020 12:08 | Provider: | Castro, Raul EMT | Facility: | COM |

**Cosigned by Li, Richard MD on 02/05/2020 13:09.**

| | | |
|---|---|---|
| Inmate Name:   JACKSON, KEVIOUS | | Reg #:   17483-104 |
| Date of Birth:   08/08/1977 | Sex:   M   Race:   BLACK | Facility:   COM |
| Encounter Date:   02/05/2020 12:08 | Provider:   Castro, Raul EMT | Unit:   Z02 |

Completed by Castro, Raul EMT on 02/05/2020 12:15

Requested to be cosigned by  Li, Richard MD.

Cosign documentation will be displayed on the following page.

*EXHIBIT J*

| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
|---|---|---|---|---|---|
| Date of Birth: | 08/08/1977 | Sex: | M   Race:  BLACK | Facility: | COM |
| Encounter Date: | 02/05/2020 12:08 | Provider: | Castro, Raul EMT | Unit: | Z02 |

## Exam:

### Appearance

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

### Skin

#### General

Yes: Within Normal Limits, Dry, Skin Intact, Warmth

#### Color

Yes: Within Normal Limits

### Pulmonary

#### Observation/Inspection

Yes: Within Normal Limits

## ASSESSMENT:

Condition Stable

I/M escorted to the HSU after returning from an outside medical appointment. I/<M has Umbilical hernia Repair. ABC's are WNL. Surgical closed with bandages. No findings of gross bleeding or swelling. I/M given instructions on surgical site cate. I/M appears to be heavily sedated upon return. Pain meds will be placed on Pill Line for 3 days. I/M understood and exited the HSU walking on his own accord.

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | oxyCODONE/Acetaminophen  5MG/325 MG Tablets | 02/05/2020 12:08 |

**Prescriber Order:**    1 tab Orally Mouth -   Two Times a Day x 3 day(s) Pill Line Only

Start Now: Yes

Night Stock Rx#:

Source: Pyxis

Admin Method: Pill Line

Stop Date:  02/08/2020 12:07

MAR Label: 1 tab Orally Mouth -   Two Times a Day x 3 day(s) Pill Line Only

One Time Dose Given: No

## Disposition:

Follow-up at Sick Call as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/05/2020 | Counseling | Access to Care | Castro, Raul | Verbalizes Understanding |
| 02/05/2020 | Counseling | Plan of Care | Castro, Raul | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**  Yes      **By:**  Li, Richard MD

**Telephone or Verbal order read back and verified.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: M  Race: BLACK | Facility: | COM |
| Encounter Date: | 02/05/2020 12:08 | Provider: Castro, Raul EMT | Unit: | Z02 |

EMT/Para - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT  1**    **Provider:** Castro, Raul EMT

    **Chief Complaint:** Pre-operative Eval
    **Subjective:**   " I had Hernia Surgery".
    **Pain:**      Yes

    **Pain Assessment**

| | |
|---|---|
| **Date:** | 02/05/2020 12:08 |
| **Location:** | Abdomen - Diffuse |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 6 |
| **Intervention:** | rest/Meds. |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-5 Hours |
| **Duration:** | 1-5 Hours |
| **Exacerbating Factors:** | None |
| **Relieving Factors:** | Meds/rest. |
| **Reason Not Done:** | |
| **Comments:** | |

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/05/2020 | 12:08 COX | 78 | | | Castro, Raul EMT |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/05/2020 | 12:08 COX | 20 | Castro, Raul EMT |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/05/2020 | 12:08 COX | 132/66 | | | | Castro, Raul EMT |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/05/2020 | 12:08 COX | 98 | | Castro, Raul EMT |

**Exam:**
    **General**
        **Affect**
            Yes: Pleasant, Cooperative

*Exhibit 8*

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: | M      Race: BLACK | Facility: | COM |
| Note Date: | 02/26/2020 11:46 | Provider: | Li, Richard MD | Unit: | A01 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Li, Richard MD
more test for microcytic anemia

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-F-Ferritin | One Time | 02/28/2020 00:00 | Routine |
| Lab Tests-I-Iron & TIBC (%sat) | | | |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Li, Richard MD on 02/26/2020 11:47

| | | | |
|---|---|---|---|
| Inmate Name:   JACKSON, KEVIOUS | | | Reg #:   17483-104 |
| Date of Birth:   08/08/1977 | Sex:   M   Race:   BLACK | | Facility:   COM |
| Encounter Date:   04/03/2020 09:55 | Provider:   Li, Richard MD | | Unit:   A01 |

**Reason for Request:**

42 yo AA male has some chest tightness with exercise for some yrs. smoked 2 packs  a day since 13 yo until locked up.

EKG : T inversion in lateral lead

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/03/2020 | Counseling | Access to Care | Li, Richard | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Li, Richard MD on 04/03/2020 10:13

*Exhibit J*

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: M | Race: BLACK | Facility: COM |
| Encounter Date: | 04/03/2020 09:55 | Provider: | Li, Richard MD | Unit: A01 |

**Exam:**

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Abdomen**

**Palpation**

Yes: Soft

No: Guarding, Rigidity, Tenderness on Palpation

**Musculoskeletal**

**Ankle/Foot/Toes**

No: Edema

**Neurologic**

**Cranial Nerves (CN)**

Yes: Within Normal Limits

**Motor System-Strength**

No: Weakness

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

Ventral hernia, K439 - Resolved

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 957082-COX | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 04/03/2020 09:55 |

**Prescriber Order:** Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) "Empty container is to be returned for refill" PRN x 365 day(s)

**Indication:** Asthma

| | | |
|---|---|---|
| 957083-COX | Atorvastatin 40 MG TAB | 04/03/2020 09:55 |

**Prescriber Order:** Take one tablet (40 MG) by mouth every night at bedtime for control of cholesterol x 363 day(s)

**Indication:** Bell's palsy

| | | |
|---|---|---|
| 957085-COX | hydroCHLOROthiazide 25 MG Tab | 04/03/2020 09:55 |

**Prescriber Order:** Take one tablet (25 MG) by mouth each morning x 365 day(s)

**Indication:** Essential (primary) hypertension

| | | |
|---|---|---|
| 957084-COX | Calcium Polycarbophil 625 MG Tab | 04/03/2020 09:55 |

**Prescriber Order:** Take one tablet (625 MG) by mouth each day Take with a glassful of water x 180 day(s)

**Indication:** Gastro-esophageal reflux disease without esophagitis

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 04/16/2020 | 04/16/2020 | Routine | No | |
| **Subtype:** | | | | | |
| On Site | | | | | |

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex:  M  Race:  BLACK | Facility: | COM |
| Encounter Date: | 04/03/2020 09:55 | Provider:  Li, Richard MD | Unit: | A01 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**   **Provider:** Li, Richard MD

**Chief Complaint:** No Complaint(s)

**Subjective:** pt presents for post-op F/U.
had ventral hernia repair in Feb . had a big ventral hernia in upper abdomen, which resolved with surgery. no abdominal pain.
smoked 2 packs  a day since 13 yo until locked up.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/03/2020 | 09:57 COX | 97.3 | 36.3 | | Li, Richard MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/03/2020 | 09:57 COX | 60 | | | Li, Richard MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/03/2020 | 09:57 COX | 124/81 | | | | Li, Richard MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 04/03/2020 | 09:57 COX | 220.0 | 99.8 | | Li, Richard MD |

**Exam:**
**General**
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
No: Appears Distressed
**Head**
**General**
Yes: Atraumatic/Normocephalic
**Eyes**
**General**
Yes: PERRLA, Extraocular Movements Intact
**Neck**
**General**
No: Lymphadenopathy
**Pulmonary**
**Auscultation**
Yes: Clear to Auscultation

**Bureau of Prisons**
**Health Services**
**PPDs**

**Reg #:**  17483-104                                   **Inmate Name:**  JACKSON, KEVIOUS

| Admin: | | Location | Provider | Reading: | | Induration | Pro |
|---|---|---|---|---|---|---|---|
| 11/19/2019 | 16:00 | Left Forearm | Mercaldo, Karen RN/IOP/IDC | 11/21/2019 | 14:24 | 0 mm | Me |
| | **Orig Entered:** | 11/19/2019 16:01 EST | Mercaldo, Karen RN/IOP/IDC | **Orig Entered:** | 11/21/2019 14:24 EST | | Merca |
| 11/06/2019 | 14:13 | Left Forearm | Mercaldo, Karen RN/IOP/IDC | 11/18/2019 | 14:32 | No Show | Me |
| | | | | reschduled for PPD administration | | | |
| | **Orig Entered:** | 11/06/2019 14:14 EST | Mercaldo, Karen RN/IOP/IDC | **Orig Entered:** | 11/18/2019 14:32 EST | | Merca |
| 11/06/2018 | 17:47 | Left Forearm | Pangilinan, P. MLP | 11/08/2018 | 21:54 | 0 mm | Bel |
| | **Orig Entered:** | 11/06/2018 17:50 EST | Pangilinan, P. MLP | **Orig Entered:** | 11/09/2018 21:55 EST | | Bell-L |

**Total:**  3

Generated 05/29/2020 10:13 by Hayes, D. HIT                                   Bureau of Prisons - COM

17483-104

JACKSON, KEVIOUS

Medication Orders

| Ord. Date 02/05/20 12:08 Exp. Date 02/08/20 12:07 | COX 980806- COX | oxyCODONE/Acetaminophen 5/325 | ***crush/empty*** Take one tablet twice daily for 3 days ***pill line*** |

Providers: ZG = Guadarrama, Z | RAC = C

Documentation Codes: ORD = Order | NS

Registration #: 17483-104   Pt. Na

# Bureau of Prisons
## Health Services
### Treatments

| Begin Date: | 01/01/2020 | End Date: | 12/31/2020 |
| Reg #: | 17483-104 | Inmate Name: | JACKSON, KEVIOUS |

| **Date** | **Time** | **Treatment** | **Provider** | **Status** |
|----------|----------|---------------|--------------|------------|
| 01/22/2020 | 18:08 COX | EKG | Castro, Raul EMT | No Show |

Orig Entered: 01/22/2020 18:08 EST   Castro, Raul EMT

**Total:** 1

*Exhibit 3*

# Bureau of Prisons
# Health Services
# Vision Screens

| Reg #: 17483-104 | Inmate Name: JACKSON, KEVIOUS |
|---|---|

Vision Screen on   11/13/2018 14:26

  Blindness:

  Distance Vision:  OD: 20/20       OS: 20/20       OU:

  Near Vision:    OD:            OS:            OU:

  With Corrective

  Distance Vision:  OD:          OS:            OU:

  Near Vision:    OD:            OS:            OU:

  Present Glasses - Distance       Refraction - Distance

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

  Color Test:

  Tonometry:  R:       L:

  Comments:

  **Orig Entered:**  11/13/2018 14:29 EST  Cesar, Tericka ARNP

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | |
|---|---|---|---|
| **Complex:** COX--COLEMAN FCC | **Begin Date:** 01/01/2020 | | **End Date:** 12/31/2020 |
| **Inmate:** JACKSON, KEVIOUS | **Reg #:** 17483-104 | | **Quarter:** A01-021L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Penicillin G Benzathine & Proc | Anaphylaxis | 11/06/2018 |

## Active Prescriptions

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) "Empty container is to be returned for refill"
**Rx#:** 957082-COX      **Doctor:** Li, Richard MD
**Start:** 08/29/19      **Exp:** 08/28/20      **D/C:** 04/03/20      **Pharmacy Dispensings:** 17 GM in 274 days

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) "Empty container is to be returned for refill"
**Rx#:** 989756-COX      **Doctor:** Li, Richard MD
**Start:** 04/03/20      **Exp:** 04/03/21      **Pharmacy Dispensings:** 8.5 GM in 56 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth every night at bedtime for control of cholesterol
**Rx#:** 957083-COX      **Doctor:** Li, Richard MD
**Start:** 08/29/19      **Exp:** 08/26/20      **D/C:** 04/03/20      **Pharmacy Dispensings:** 210 tab in 274 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth every night at bedtime for control of cholesterol
**Rx#:** 989782-COX      **Doctor:** Li, Richard MD
**Start:** 04/03/20      **Exp:** 04/01/21      **Pharmacy Dispensings:** 60 tab in 56 days

Calcium Polycarbophil 625 MG Tab
Take one tablet (625 MG) by mouth each day Take with a glassful of water
**Rx#:** 957084-COX      **Doctor:** Li, Richard MD
**Start:** 08/29/19      **Exp:** 02/25/20      **Pharmacy Dispensings:** 179 TAB in 274 days

Calcium Polycarbophil 625 MG Tab
Take one tablet (625 MG) by mouth each day Take with a glassful of water
**Rx#:** 989785-COX      **Doctor:** Li, Richard MD
**Start:** 04/03/20      **Exp:** 09/30/20      **Pharmacy Dispensings:** 60 TAB in 56 days

hydroCHLOROthiazide 25 MG Tab
Take one tablet (25 MG) by mouth each morning

*Exhibit 3*

| | | |
|---|---|---|
| **Complex:** COX--COLEMAN FCC | **Begin Date:** 01/01/2020 | **End Date:** 12/31/2020 |
| **Inmate:** JACKSON, KEVIOUS | **Reg #:** 17483-104 | **Quarter:** A01-021L |

## Active Prescriptions

**Rx#:** 957085-COX   **Doctor:** Li, Richard MD

**Start:** 08/29/19   **Exp:** 08/28/20   **D/C:** 04/03/20   **Pharmacy Dispensings:** 210 TAB in 274 days

hydroCHLOROthiazide 25 MG Tab
Take one tablet (25 MG) by mouth each morning to control blood pressure

**Rx#:** 989786-COX   **Doctor:** Li, Richard MD

**Start:** 04/03/20   **Exp:** 04/03/21   **Pharmacy Dispensings:** 60 TAB in 56 days

oxyCODONE/Acetaminophen  5/325 MG Tab UD
***crush/empty*** Take one tablet  by mouth twice daily for 3 days ***pill line*** ***pill line***

**Rx#:** 980606-COX   **Doctor:** Li, Richard MD

**Start:** 02/05/20   **Exp:** 02/08/20   **Pharmacy Dispensings:** 0 TAB in 114 days

raNITidine HCl 150 MG TAB
Take one tablet (150 MG) by mouth twice daily 30 minutes before meals "Chronic Care Verified" (with objective findings)

**Rx#:** 957086-COX   **Doctor:** Li, Richard MD

**Start:** 08/29/19   **Exp:** 02/25/20   **D/C:** 01/27/20   **Pharmacy Dispensings:** 120 TAB in 274 days

**Bureau of Prisons**                                    **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Inmate Companion Program - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: | M | Facility: COM | Unit Team: B 3-4 |
| Date: | 05/08/2020 13:05 | Provider: | Benitez, P. PhD | | |

## Comments

Inmate Jackson, Kevious is currently a MH Companion in the Skills program. He has been in the Skills Program since 1-31-2019. He is a good role model to other inmates and implements the philosophy and methodology of the program on a daily basis. Inmate is respected by both staff and other inmates due to his pro-social values and respectful manner.

PROGRAM OVERVIEW
The Skills Program is a unit-based Mental Health Residential Treatment Program designed to improve the institutional adjustment of inmates who have intellectual and social deficiencies. Past trends have demonstrated that inmates with lower IQs, neurological deficits from acquired brain injuries, fetal alcohol syndrome, and/or remarkable social skill deficits have often become victimized and manipulated by more sophisticated inmates in the general population. As a result, they may be placed in the Special Housing Unit (SHU) for their protection or may have frequent misconduct reports because of their limited decision making skills.

The Skills Program employs a multi-disciplinary treatment approach aimed at teaching participants basic educational and social skills over a 16 month period. The goal of the program is to increase the academic achievement and adaptive behaviors of this special needs population, thereby improving their institutional adjustment and the likelihood for successful community reentry.

SKILLS PROGRAM MH Companions/Mentors are responsible for:
- Encouraging Participant's medication compliance
- Assisting Participants develop healthy personal and housing hygiene
- Assisting Participants with physical disabilities
- Knowing the Group Rules and the Skills Participant's Schedule
- Helping and encouraging the Skills Participant's to attend all assigned groups and classes
- Assisting and encouraging the Skills Participant's to complete all assignments, to include group workbook, treatment related homework and GED homework assignments
- Actively participating in the Community Morning Meeting, including facilitating the meeting
- Employing common courtesy and respect to both staff and inmates
- Maintaining treatment confidentiality
- Maintaining a "Willingness" to participate in the Skills Community Activities, Special Functions, and in the offering of Service and Topic Groups
- Demonstrating the desire to make positive changes not only within themselves, but to help facilitate positive growth within ALL members of the Skills Program Community
- Being a positive role model within the Skills Program and the institution

Inmate Jackson has been an asset to the Skills Program. He helps de-escalate situation between inmates that if not addressed could result in serious matters. Inmate has been dependable, compassionate and works well independently and/or as part of a team.

Completed by Benitez, P. PhD on 05/08/2020 13:08

*Exhibit 8*

# Bureau of Prisons
## Psychology Services
## Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** | JACKSON, KEVIOUS | | **Reg #:** | 17483-104 |
| **Date of Birth:** | 08/08/1977 | **Sex:** M | **Facilitator:** | (P)Benitez, P. PhD |
| **Date:** | 04/07/2020 | **Group Facility:** COM | **Group Title:** | [1178] Topic Group/Goal Setting and Visualization |

**Status:** Enrolled

**Enroll Date:** 04/07/2020     **End Date:**

**Total Hours:** 0.0

**Bureau of Prisons**                          **SENSITIVE BUT UNCLASSIFIED**
**Psychology Services**
**Inmate Companion Program - Administrative Note**

| Inmate Name: | JACKSON, KEVIOUS | | | | | Reg #: | 17483-104 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 08/08/1977 | Sex: | M | Facility: | COM | Unit Team: | B 3-4 |
| Date: | 02/12/2020 11:55 | Provider: | Benitez, P. PhD | | | | |

**Comments**

Inmate was interviewed and accepted as a MH Companion on this date 1-31-2019. A Skills Program orientation including the philosophy and methodology of the program was discussed at length. The 8-Attitudes of Change, Criminal Thinking Patterns, Thinking Errors, Responsible Thinking, Community Meeting format and MH Companion responsibilities and expectations were also discussed.

See the attached MH Companion/Peer Agreement form

Completed by Benitez, P. PhD on 02/12/2020 11:57

*Exhibit 3*

## Bureau of Prisons
## Psychology Services
## Group Participation

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** | JACKSON, KEVIOUS | | **Reg #:** | 17483-104 |
| **Date of Birth:** | 08/08/1977 | **Sex:** M | **Facilitator:** | (P)Delgado, Jose Skills Treatment Specialist |
| **Date:** | 02/19/2016 | **Group Facility:** COM | **Group Title:** | [464] Skills Service Group-Welcoming (Orientation) |

**Status:** Completed
**Enroll Date:** 02/03/2020    **End Date:** 02/14/2020
**Total Hours:** 2

## SESSION DATA:

**Number of Sessions:** 2    **First Session Date:** 02/12/2020    **Last Session Date:** 02/14/2020

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 02/14/2020 | Orientation Meeting | 60 | Complete Session | Good | Not Apply |
| 02/12/2020 | Orientation Meeting | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 0.0 % | Not Apply | 0.0 % | | |
| Absent Not Excused | 0.0 % | | | | |

**Bureau of Prisons**
**Psychology Services**
**Group Participation**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** | JACKSON, KEVIOUS | | **Reg #:** | 17483-104 |
| **Date of Birth:** | 08/08/1977 | **Sex:** M | **Facilitator:** | (P)Delgado, Jose Skills Treatment Specialist |
| **Date:** | 07/01/2019 | **Group Facility:** COM | **Group Title:** | [1046] Skills Service Group- Pullups (Constructive) |

**Status:** Completed
**Enroll Date:** 02/03/2020    **End Date:** 02/13/2020
**Total Hours:** 1

## SESSION DATA:

**Number of Sessions:** 1    **First Session Date:** 02/12/2020    **Last Session Date:** 02/12/2020

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 02/12/2020 | Constructive Feedback Roleplaying | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 0.0 % | Not Apply | 0.0 % | | |
| Absent Not Excused | 0.0 % | | | | |

*Exhibit 5*

## Bureau of Prisons
## Psychology Services
## Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: M | Facilitator: | (P)Benitez, P. PhD |
| Date: | 01/02/2020 | Group Facility: COM | Group Title: | [1139] Weekly MH Companion Contact |

**Status:** Enrolled
**Enroll Date:** 02/03/2020   **End Date:**
**Total Hours:** 13.75

### SESSION DATA:

**Number of Sessions:** 16   **First Session Date:** 02/04/2020   **Last Session Date:** 05/21/2020

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 05/21/2020 | Cell Door Check In due to Covid-19 Lockdown | 15 | Complete Session | Good | Not Apply |
| 05/15/2020 | Door Check-in Due to Covid-19 Lock-down | 15 | Complete Session | Good | Not Apply |
| 05/08/2020 | Cell door Check in due to Covid-19 Lock-down | 15 | Complete Session | Good | Not Apply |
| 05/01/2020 | Cell Door Check In - Due to Covid-19 Lockdown | 15 | Complete Session | Good | Not Apply |
| 04/24/2020 | Cell Door Check In due to Covid-19 Lockdown | 15 | Complete Session | Good | Not Apply |
| 04/17/2020 | Cell Door Check In - due to Covid-19 Lockdown | 15 | Complete Session | Good | Not Apply |
| 04/09/2020 | Covid-19 Lockdown/Cell Door Contact | 30 | Complete Session | Good | Not Apply |
| 03/31/2020 | Values | 90 | Complete Session | Good | Not Apply |
| 03/24/2020 | Identifying Healthy and Unhealthy relations | 60 | Complete Session | Good | Not Apply |
| 03/20/2020 | Team Building Games | 75 | Complete Session | Good | Not Apply |
| 03/10/2020 | Healthy Relationship | 60 | Complete Session | Good | Not Apply |
| 03/03/2020 | My Change Plan | 90 | Complete Session | Good | Not Apply |
| 02/25/2020 | My Change Plan | 90 | Complete Session | Good | Not Apply |
| 02/18/2020 | Responsible Thinking | 60 | Complete Session | Good | Not Apply |
| 02/11/2020 | Responsible Thinking | 60 | Complete Session | Good | Not Apply |
| 02/04/2020 | Antisocial behavior and healthy communication | 120 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 0.0 % | Not Apply | 0.0 % | | |
| Absent Not Excused | 0.0 % | | | | |

**Bureau of Prisons**
**Psychology Services**
**Group Participation**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | |
|---|---|---|---|---|---|
| **Inmate Name:** | JACKSON, KEVIOUS | | | **Reg #:** | 17483-104 |
| **Date of Birth:** | 08/08/1977 | **Sex:** M | **Facilitator:** | (P)Benitez, P. PhD | |
| **Date:** | 01/02/2020 | **Group Facility:** COM | **Group Title:** | [1138] 4-Hour Initial and Follow Up Mental Health | |

**Status:** Enrolled
**Enroll Date:** 02/03/2020     **End Date:**
**Total Hours:** 0.0

*Exhibit 3*

**Bureau of Prisons**
**Psychology Services**
**Group Participation**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** | JACKSON, KEVIOUS | | **Reg #:** | 17483-104 |
| **Date of Birth:** | 08/08/1977 | **Sex:** M | **Facilitator:** | (P)Benitez, P. PhD |
| **Date:** | 01/02/2020 | **Group Facility:** COM | **Group Title:** | [1137] 4-Hour Initial and Follow Up Suicide |

| | |
|---|---|
| **Status:** | Enrolled |
| **Enroll Date:** | 02/03/2020    **End Date:** |
| **Total Hours:** | 0.0 |

# Bureau of Prisons
# Health Services
# Consultation Request

| Inmate Name:  JACKSON, KEVIOUS | Reg #:  17483-104 | Complex: COX |
|---|---|---|
| Date of Birth:        08/08/1977 | Sex:     M | |

**Consultation/Procedure Requested:**    Cardiology
**Subtype:**   On Site
**Priority:** Routine
**Target Date:**  04/16/2020
**Reason for Request:**

> 42 yo AA male has some chest tightness with exercise for some yrs. smoked 2 packs a day since 13 yo until locked up.
> EKG : T inversion in lateral lead

**Medications (As of 05/07/2020)**

> Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT  Exp: 04/03/2021  SIG: Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) "Empty container is to be returned for refill"
> Atorvastatin 40 MG TAB  Exp: 04/01/2021  SIG: Take one tablet (40 MG) by mouth every night at bedtime for control of cholesterol ~
> Calcium Polycarbophil 625 MG Tab  Exp: 09/30/2020  SIG: Take one tablet (625 MG) by mouth each day Take with a glassful of water
> hydroCHLOROthiazide 25 MG Tab  Exp: 04/03/2021  SIG: Take one tablet (25 MG) by mouth each morning to control blood pressure

**Allergies (As of 05/07/2020)**

> Penicillin G Benzathine & Proc

**Health Problems (As of 05/07/2020)**

> Asthma, Essential (primary) hypertension, Gastro-esophageal reflux disease without esophagitis, Hyperlipidemia, unspecified, Body mass index (BMI) 28.0-28.9, adult, Unspecified mycosis, Unspecified abdominal hernia, Constipation, unspecified, Pain in leg, unspecified, Unsp symptoms and signs involving the genitourinary system, Encounter for observation for other suspected diseases and conditions ruled out

**Inmate Requires Translator:**   No            **Language:**
**Additional Records Required:**

**Comments:**

**Requested By:**   Li, Richard MD
**Ordered Date:**     04/03/2020 09:55
**Scheduled Target Date:** 04/16/2020 00:00
**Level of Care:**     Medically Necessary - Non-Emergent

*Exhibit 3*

# Bureau of Prisons
## Health Services
## Consultation Request

| | | |
|---|---|---|
| **Inmate Name:** JACKSON, KEVIOUS | **Reg #:** 17483-104 | **Complex:** COX |
| **Date of Birth:** 08/08/1977 | **Sex:** M | |

**Report of Consultation:** Cardiology                    **Subtype:** On Site

**Inmate Name:** JACKSON, KEVIOUS                   **Reg #:**    17483-104
**Date of Birth:** 08/08/1977                                    **Sex:**      M
**Institution:**    COLEMAN MED FCI
                    846 NE 54TH TERRACE
                    COLEMAN, Florida 33521
                    3526895000

**Assessment:**

*[handwritten notes]*

**Plan:**

*[handwritten notes]*

**Signature**
**Date**

**Completed By:**

*[signature]*

**Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.**

**Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.**

**Please notify institution prior to scheduling surgery dates or follow-up appointments.**

**Inmate not to be informed of appointment dates.**



**Federal Bureau of Prisons**

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** JACKSON, KEVIOUS | **Facility** FCI Coleman Med | **Collected** 03/18/2020 09:00 |
| **Reg #** 17483-104 | **Order Unit** | **Received** 03/19/2020 11:10 |
| **DOB** 08/08/1977 | **Provider** Richard Li, MD | **Reported** 03/19/2020 14:28 |
| **Sex** M | | **LIS ID** 079201402 |

## CHEMISTRY

| | | | |
|---|---|---|---|
| Sodium | 141 | 137-148 | mmol/L |
| Potassium | 4.6 | 3.5-5.0 | mmol/L |
| Chloride | 101 | 99-114 | mmol/L |
| CO2 | 26 | 22-30 | mmol/L |
| BUN | 7 | 7-22 | mg/dL |
| Creatinine | 1.02 | 0.66-1.25 | mg/dL |
| eGFR (IDMS) | >60 | | |

GFR units measured as mL/min/1.73 m^2. If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.6 | 8.5-10.9 | mg/dL |
| Glucose | | 76 | 70-110 | mg/dL |
| AST | | 33 | 11-55 | U/L |
| ALT | H | 50 | <50 | U/L |
| Alkaline Phosphatase | | 61 | 41-133 | U/L |
| Bilirubin, Total | | 0.5 | 0.2-1.3 | mg/dL |
| Total Protein | | 8.1 | 6.0-8.2 | g/dL |
| Albumin | | 4.8 | 3.6-5.1 | g/dL |
| Globulin | | 3.2 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.50 | 1.00-2.30 | |
| Anion Gap | | 14.2 | 9.0-19.0 | |
| BUN/Creat Ratio | | 6.8 | 5.0-30.0 | |
| Iron | | 122 | 49-181 | ug/dL |
| TIBC | | 289 | 160-360 | ug/dL |
| % Saturation | | 42 | 15-50 | % |
| Cholesterol | | 113 | <200 | mg/dL |
| Triglycerides | | 95 | 10-150 | mg/dL |
| HDL Cholesterol | L | 39 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 55 | 0-130 | mg/dL |
| Chol/HDL Ratio | | 2.9 | 0.0-4.0 | |

## SPECIAL CHEMISTRY

| | | | |
|---|---|---|---|
| Ferritin | 145.0 | 6.4-464.0 | ng/mL |

## HEMATOLOGY

| | | | |
|---|---|---|---|
| WBC | 4.4 | 4.3-11.1 | K/uL |
| RBC | 5.72 | 4.46-5.78 | M/uL |
| Hemoglobin | 13.7 | 13.6-17.6 | g/dL |

**FLAG LEGEND**    L=Low    L!=Low Critical    H=High    H!=High Critical    A=Abnormal    A!=Abnormal Critical

*Exhibit 5*



**Federal Bureau of Prisons**

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** JACKSON, KEVIOUS | **Facility** FCI Coleman Med | **Collected** 03/18/2020 09:00 |
| **Reg #** 17483-104 | **Order Unit** | **Received** 03/19/2020 11:10 |
| **DOB** 08/08/1977 | **Provider** Richard Li, MD | **Reported** 03/19/2020 14:28 |
| **Sex** M | | **LIS ID** 079201402 |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| Hematocrit | | 47.6 | 40.2-51.4 | % |
| MCV | | 83.2 | 82.5-96.5 | fL |
| MCH | L | 24.0 | 27.1-34.9 | pg |
| MCHC | L | 28.8 | 33.0-37.0 | g/dL |
| RDW-CV | H | 15.1 | 12.0-14.0 | % |
| Platelet | | 215 | 130-374 | K/uL |
| MPV | H | 11.4 | 6.9-10.5 | fL |

## HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 6.0 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

---

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: | M | Race: | BLACK |
| Scanned Date: | 04/03/2020 14:58 EST | | | Facility: | COM |

**Reviewed by Li, Richard MD on 04/29/2020 13:40.**

---

From: 3523235478          Page: 17/18          Date: 2/6/2020 4:10:19 PM

athena                12/27/2019 12:47 PM ET              513-141539494                      pg 8 of 16

| | |
|---|---|
| DOB | 08/08/1977 |
| SSN | 777777777 |
| Age | 42yo |
| Address | FCC COLEMAN INMATE COLEMAN, FL 33521 |
| Phone | H: (615) 466-3466 |
| Primary Insurance | Health Cost Solutions - Cigna ID: FAL17483104 Policy Holder: JACKSON, KEVIOUS |
| Secondary Insurance | None recorded. |

*Exhibit 3*

**Leesburg Regional Medical Center**
600 East Dixie Avenue
Leesburg, FL 34748-

| | | | | |
|---|---|---|---|---|
| Patient: | **JACKSON, KEVIOUS** | | | |
| MRN: | LRMC000633854 | DOB/Age/Sex: 8/8/1977 | 42 years | Male |
| FIN: | LRMC1936100332 | Admitting: MAO HAO HAN,MD | | |
| Location: | LRMC | Accession Number: n/a | | |

---

### *Chemistry*

**Routine Chemistry**

| | Collected Date: 2/5/2020 | 1/29/2020 | | |
|---|---|---|---|---|
| | Collected Time: 06:43 EST | 14:32 EST | | |
| Procedure | | | Units | Reference Range |
| Estimated Creatinine Clearance | 94.75 | 95.61 | mL/min | |

---

### *Point of Care*

| | Collected Date 2/5/2020 | | |
|---|---|---|---|
| | Collected Time 06:34 EST | | |
| Procedure | | Units | Reference Range |
| Glucose POC | 94 | mg/dL | [70-100] |
| ISTAT Test Performed By | 941863 | | |

---

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**Leesburg Regional Medical Center**
Part of Central Florida Health Alliance

600 East Dixie Avenue
Leesburg, FL 34748
352.323.5762

**The Villages Regional Hospital**
Part of Central Florida Health Alliance

1451 El Camino Real
The Villages, FL 32159
352.751.8000

Name _Jackson, Kevious_ Date _Feb 5. 2020_

Address _____ Age ____

☐ NONACUTE PAIN   ☒ ACUTE PAIN EXCEPTION

R̶x̶  Percocet 5/325

7 p.o. q4 p

## (8 (eighteen)

Dr. _____
Signature

Dr. _Mac Vas Haw_
Print

Reg. No. _B47217638_

Refill ___0___ times

SBF1906280419                    12097 RXM1000A

81285

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

*Exhibit 3*

| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
|---|---|---|---|---|---|
| Date of Birth: | 08/08/1977 | Sex: | M | Race: | BLACK |
| Scanned Date: | 02/13/2020 12:04 EST | | | Facility: | COM |

**Reviewed by Li, Richard MD on 03/06/2020 15:18.**

OM 011-2000 (5323)
2/11/2000
Attachment E, Page 1

# MENTOR AGREEMENT TO PARTICIPATE IN THE
# BUREAU OF PRISONS' SKILLS PROGRAM

Inmates who volunteer to participate as mentors in the Bureau of Prisons' Skills Program must acknowledge and agree to program rules and policies prior to admission.

All program mentors agree to participate in program activities as designated by the Skills Program Coordinator, Teacher, Treatment Specialist, and Unit Staff.

All program mentors agree to refrain from any behavior disruptive to the program or to the mentors, participants, and staff of the program.

All program mentors agree to accept responsibility for not disclosing inmate information.

All program mentors have been informed and understand that they may be removed from the program for failure to comply with program rules and regulations. Inmates will always be considered for immediate removal when they have committed a prohibited act. A review committee will evaluate all inmates to determine continued appropriateness for the program.

All mentors must continue to meet FRP obligations. All program mentors are required to maintain employment and satisfactory performance on assigned work detail.

I understand that I must be responsible for:
- residing in the Skills Program Unit with a program participant for a room-mate;

- offer informal guidance and support to participants;

- provide tutoring for various Education and Relational Life skill classes;

- serve as a guest speaker in Skills Program classes;

- assist the Skills Program staff with various clerical duties; and

- serve as a positive role model for program participants.

I have read this document and understand and agree to the rules and regulations for admission as a mentor in the Federal Bureau of Prisons' Skills Program.


_Nevious Jackson_     _17483-104_     _2-10-2020_

_Jackson, K_     _17483-104_     _1-31-2020_
Inmate Signature       Register Number      Date

                                                  _1-31-2020_
Skills Program Coordinator                  Date



**Quest** Diagnostics

*Exhibit 3*

**Report Status: Final**

**JACKSON, KEVIOUS**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JACKSON, KEVIOUS**<br><br>**DOB: 08/08/1977   AGE: 42**<br>Gender:   M        Fasting: U<br>Phone:    NG<br>Patient ID: 17483-104 | Specimen:   TM740387B<br>Requisition: 4462463<br><br>Collected:   01/27/2020 / 08:45 EST<br>Received:    01/27/2020 / 19:56 EST<br>Reported:    01/27/2020 / 22:48 EST | Client #: 66002684        31LE999<br>NEGRON, IVAN L<br>COLEMAN FCC-MEDIUM<br>846 NE 54TH TERR<br>COLEMAN, FL 33521 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| BASIC METABOLIC PANEL | | | | TP |
| GLUCOSE | 70 | | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 8 | | 7-25 mg/dL | |
| CREATININE | 1.21 | | 0.60-1.35 mg/dL | |
| eGFR NON-AFR. AMERICAN | 73 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | 85 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 142 | | 135-146 mmol/L | |
| POTASSIUM | 4.3 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 104 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 28 | | 20-32 mmol/L | |
| CALCIUM | 9.5 | | 8.6-10.3 mg/dL | |
| CBC (H/H, RBC, INDICES,<br>WBC, PLT) | | | | TP |
| WHITE BLOOD CELL COUNT | 4.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 5.13 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | | 12.5 L | 13.2-17.1 g/dL | |
| HEMATOCRIT | 39.5 | | 38.5-50.0 % | |
| MCV | | 77.0 L | 80.0-100.0 fL | |
| MCH | | 24.4 L | 27.0-33.0 pg | |
| MCHC | | 31.6 L | 32.0-36.0 g/dL | |
| RDW | 14.6 | | 11.0-15.0 % | |
| PLATELET COUNT | 229 | | 140-400 Thousand/uL | |
| MPV | 11.0 | | 7.5-12.5 fL | |

**PERFORMING SITE:**

TP    QUEST DIAGNOSTICS-TAMPA, 4225 E. FOWLER AVE, TAMPA, FL 33617-2026 Laboratory Director: GLEN L HORTIN, MD,PHD, CLIA: 10D0291120

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | Sex: | M | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | | | Race: | BLACK |
| Scanned Date: | 02/04/2020 09:02 EST | | | Facility: | COM |

**Reviewed with New Encounter Note by Li, Richard MD on 02/26/2020 11:46.**

*Exhibit 5*



## FCI Coleman COM

| | | | |
|---|---|---|---|
| Patient: | **JACKSON, KEVIOUS** (Male) | DOB: | 08/08/77 |
| Register#: | **17483-104** | Age: | 42 |
| Date: | 01/28/20 10:42 | Status: | OP |
| Slicecount: | 2 | | |
| History: | PRE-OP | | |
| Priors: | | | |
| Exams: | FILM CXR 2 VIEWS | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: 00001596 | | | |

### Final Report

**Exam: FILM CXR**

**Chest PA and lateral views**

**INDICATION: Preoperative**

**COMPARISON: None**

**FINDINGS:**

The cardiomediastinal silhouette is within normal limits. Lungs are clear. No pleural effusions. Bony elements are within normal limits for age. No acute osseous abnormality.

**IMPRESSION:**

No acute cardiopulmonary disease. Lungs are clear. Heart size normal.

Radiologist:          Farhad Khorashadi, MD

Study ready at 10:46 and initial results transmitted at 13:38

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: | M | Race: | BLACK |
| Scanned Date: | 02/04/2020 08:52 EST | | | Facility: | COM |

**Reviewed by Li, Richard MD on 02/25/2020 09:39.**

ID:                    17483104
Name:                  JACKSON, KEVIOUS          Gender:           Male
Age:                   42 yr

01/27/2020  10:20:33AM
P/PR:                  118/170 ms
QRS:                   88 ms
QT/QTc:                520/497 ms
P/QRS/T axis:          31/73/51 deg
Heart rate:            55 bpm

sinus arrhythmia
minimal left-precordial repolari
long QT interval, consider hypo
Borderline ECG
Unconfirmed Report

jackson,kevious
17483-104



25 mm/s          10 mm/mV Frequency Response [0.5-35] Hz 60Hz          Version 2.10.08

Richard O. Ti, MD
Staff Physician

P/N 94018

Jul-25-2019 03:31 PM LRMC HIS 2 (352) 323-5478

*Exhibit 3*

3/35

Inpatient Clinical Summary
* Final Report *

JACKSON, KEVIOUS - LRMC000633854

Result type:          Inpatient Clinical Summary
Result date:          July 25, 2019 11:00 EDT
Result status:        Auth (Verified)
Result title:         Inpatient Clinical Summary
Performed by:         Christian Esquilin Rivera, RN on July 25, 2019 11:00 EDT
Verified by:          Christian Esquilin Rivera, RN on July 25, 2019 11:00 EDT
Encounter Info:       LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

## * Final Report *

Inpatient Clinical Summary (Verified)

## �֍ Central Florida Health

## Leesburg Regional Medical Center

### 600 E Dixie Avenue

### Leesburg, FL 34748

### (352) 323 - 5762

## Clinical Discharge Instructions

Name:JACKSON, KEVIOUS
Address:PO BOX 1028 COLEMAN FL 33521
Phone:(352)689-6000   Age: 41 Years
Sex:Male            Language:English
FIN:LRMC1920400152 MRN:LRMC000633854

DOB:08/08/77
Marital Status:Unknown
Visit Type:OPO - Outpatient
Observation

## Provider Information
    Admitting Physician:DWARAKNADH R BANALA, MD
    Attending Physician:DWARAKNADH R BANALA, MD
    PCP:COLEMAN  PCP, MD
Immunizations Provided:

Printed by:     Elaine  Kelly, HIS Records Technician
Printed on:     07/25/2019 16:43 EDT

Page 1 of 7
(Continued)

Inpatient Clinical Summary
* Final Report *

JACKSON, KEVIOUS - LRMC000633854

Result type:        Inpatient Clinical Summary
Result date:        July 25, 2019 11:00 EDT
Result status:      Auth (Verified)
Result title:       Inpatient Clinical Summary
Performed by:       Christian Esquilin Rivera, RN on July 25, 2019 11:00 EDT
Verified by:        Christian Esquilin Rivera, RN on July 25, 2019 11:00 EDT
Encounter Info:     LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

Comment

## Medical Information
### Allergy:penicillins
### Diagnosis:1:Bell palsy; Possible Cerebrovascular accident

### Vitals Information:

| Vital Sign | Triage | Latest |
|---|---|---|
| Temp Oral | 37 Deg C | 36.6 Deg C |
| Temp Axillary | | |
| Temp Rectal | | |
| O2 Sat | | |
| Respiratory Rate | 18 br/min | 18 br/min |
| Peripheral Pulse Rate | 54 bpm | 64 bpm |
| Blood Pressure | 157 mmHg / 84 mmHg | 130 mmHg / 74 mmHg |

## Patient Education Information
### Instructions:Bell's Palsy
### Medication Leaflets:

## Discharge Orders
Discharge Activity Restrictions No Strenuous Exercise

Printed by:     Elaine Kelly, HIS Records Technician
Printed on:     07/25/2019 16:48 EDT

Page 2 of 7
(Continued)

*Exhibit 5*

Inpatient Clinical Summary
* Final Report *

JACKSON, KEVIOUS - LRMC000633854

Result type:            Inpatient Clinical Summary
Result date:            July 25, 2019 11:00 EDT
Result status:          Auth (Verified)
Result title:           Inpatient Clinical Summary
Performed by:           Christian Esquilin Rivera, RN on July 25, 2019 11:00 EDT
Verified by:            Christian Esquilin Rivera, RN on July 25, 2019 11:00 EDT
Encounter Info:         LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

Discharge Diet Instruction Cardiac Diet

## Follow Up

With:                    Address:                                When:

COLEMAN PCP, MD                                                  Within 1 to 2 weeks

## Patients Final Home Medication List Upon Discharge

atorvastatin (atorvastatin 80 mg oral tablet) 1 tab Oral (given by mouth) At Bed Time.

predniSONE (predniSONE 20 mg oral tablet) 2 tab Oral (given by mouth) 2 times a day. 40 mg bid x7 days and then 20 mg daily x 3 days.

ranitidine (Zantac) 150 Milligrams Oral (given by mouth) 2 times a day.

## Medication Reconciliation at Discharge

Medications That Have Not Changed

Other Medications

atorvastatin (atorvastatin 80 mg oral tablet) 1 tab Oral (given by mouth) At Bed Time.
Last Dose: _____    Next Dose: _____

predniSONE (predniSONE 20 mg oral tablet) 2 tab Oral (given by mouth) 2 times a day. 40 mg bid x7 days and then 20 mg

Printed by:       Elaine Kelly, HIS Records Technician                    Page 3 of 7
Printed on:       07/25/2019 16:43 EDT                                    (Continued)

Inpatient Clinical Summary
\* Final Report \*

JACKSON, KEVIOUS - LRMC000633854

Result type:           Inpatient Clinical Summary
Result date:           July 25, 2019 11:00 EDT
Result status:         Auth (Verified)
Result title:          Inpatient Clinical Summary
Performed by:          Christian Esquilin Rivera, RN on July 25, 2019 11:00 EDT
Verified by:           Christian Esquilin Rivera, RN on July 25, 2019 11:00 EDT
Encounter info:        LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

daily x 3 days.
Last Dose: _____    Next Dose: _____

ranitidine (Zantac) 150 Milligrams Oral (given by mouth) 2 times a day.
Last Dose: _____    Next Dose: _____

## Laboratory or Other Results This Visit (last charted value for your 07/23/2019 visit)

### Hematology
07/23/2019  9:25 AM
WBC: 3.8 x10^3/mcL -- Normal range between ( 4.5 and 11.0 )
RBC: 5.08 x10^6/mcL -- Normal range between ( 4.30 and 5.90 )
Neutro Auto: 37.5 % -- Normal range between ( 36.0 and 66.0 )
Lymph Auto: 42.4 % -- Normal range between ( 24.0 and 44.0 )
Mono Auto: 9.6 % -- Normal range between ( 5.2 and 10.8 )
Basophil Auto: 1.1 % -- Normal range between ( 0.0 and 1.5 )
Baso Absolute: 0.0 x10^3/mcL -- Normal range between ( 0.0 and 0.1 )
MCV: 77.8 fL -- Normal range between ( 80.0 and 100.0 )
MCHC: 31.9 % -- Normal range between ( 31.0 and 37.0 )
Lymph Absolute: 1.6 x10^3/mcL -- Normal range between ( 1.0 and 3.4 )
Hct: 39.5 % -- Normal range between ( 39.0 and 55.0 )
Mono Absolute: 0.4 x10^3/mcL -- Normal range between ( 0.2 and 0.8 )
MCH: 24.8 pg -- Normal range between ( 23.4 and 34.6 )
Neutro Absolute: 1.4 x10^3/mcL -- Normal range between ( 1.8 and 6.8 )
Hgb: 12.6 g/dL -- Normal range between ( 13.9 and 16.3 )
MPV: 10.8 fL -- Normal range between ( 7.2 and 11.1 )
Platelets: 207 x10^3/mcL -- Normal range between ( 150 and 400 )
Eos Absolute: 0.3 x10^3/mcL -- Normal range between ( 0.0 and 0.4 )
RDW: 14.8 % -- Normal range between ( 11.5 and 14.5 )
Eos, Auto: 9.1 % -- Normal range between ( 0.0 and 7.0 )
RDW-SD: 42 fL

Printed by:      Elaine  Kelly, HIS Records Technician
Printed on:      07/25/2019 16:43 EDT

Page 4 of 7
(Continued)

Jul-25-2019 03:31 PM LRMC HIS 2 (352) 323-5478   *Exhibit 5*

Inpatient Clinical Summary
* Final Report *

JACKSON, KEVIOUS - LRMC000633854

Result type:        Inpatient Clinical Summary
Result date:        July 25, 2019 11:00 EDT
Result status:      Auth (Verified)
Result title:       Inpatient Clinical Summary
Performed by:       Christian Esquilin Rivera, RN on July 25, 2019 11:00 EDT
Verified by:        Christian Esquilin Rivera, RN on July 25, 2019 11:00 EDT
Encounter info:     LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

Immature Gran Absolute: 0.0 x10^3/mcL
Immature Gran Auto: 0.3 %
NRBC Absolute: 0 x10^3/mcL
NRBC Auto: 0 %

Coagulation/Thrombosis
07/23/2019  9:25 AM
Prothrombin Time: 14.0 seconds -- Normal range between ( 11.6 and 14.2 )
INR: 1.0 -- Normal range between ( 0.9 and 1.1 )
Partial Thromboplastin Time: 32.6 seconds -- Normal range between ( 23.6 and 34.3 )

Chemistry
07/24/2019  7:54 AM
Estimated Creatinine Clearance: 96.59 mL/min
07/24/2019  7:07 AM
Creatinine Level: 1.26 mg/dL -- Normal range between ( .70 and 1.30 )
BUN: 11 mg/dL -- Normal range between ( 7 and 18 )
Cholesterol Total: 264 mg/dL -- Normal range between ( 0 and 200 )
LDL: 205 mg/dL -- Normal range between ( 0 and 100 )
Glucose Level: 130 mg/dL -- Normal range between ( 74 and 106 )
Potassium Level: 4.4 mmol/L -- Normal range between ( 3.5 and 5.1 )
HDL: 46 mg/dL -- Normal range between ( 3 and 150 )
Sodium Level: 137 mmol/L -- Normal range between ( 136 and 145 )
Triglycerides: 67 mg/dL -- Normal range between ( 0 and 150 )
Calcium Level: 9.2 mg/dL -- Normal range between ( 8.5 and 10.1 )
CO2: 29 mmol/L -- Normal range between ( 21 and 32 )
TSH: 3.610 mIntlUnit/mL -- Normal range between ( 0.358 and 3.740 )
eGFR Non-AA: 63 mL/min/1.73 m2
eGFR AA: 76 mL/min/1.73 m2
Chloride Level: 103 mmol/L -- Normal range between ( 98 and 107 )
Anion Gap: 9 ratio -- Normal range between ( 5 and 15 )
BUN/Creat Ratio: 8.7 ratio -- Normal range between ( 7.8 and 25.0 )
Coronary Risk Ratio: 5.7 ratio -- Normal range between ( 0.0 and 5.0 )

Inpatient Clinical Summary                                    JACKSON, KEVIOUS - LRMC000633854
* Final Report *

Result type:         Inpatient Clinical Summary
Result date:         July 25, 2019 11:00 EDT
Result status:       Auth (Verified)
Result title:        Inpatient Clinical Summary
Performed by:        Christian Esquilin Rivera, RN on July 25, 2019 11:00 EDT
Verified by:         Christian Esquilin Rivera, RN on July 25, 2019 11:00 EDT
Encounter info:      LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

    **VLDL Cholesterol:** 13 mg/dL -- Normal range between ( 5 and 30 )
    **Non HDL Cholesterol:** 218 mg/dL -- Normal range between ( 0 and 160 )
07/23/2019  9:25 AM
    **AST:** 17 unit/L -- Normal range between ( 15 and 37 )
    **ALT:** 27 unit/L -- Normal range between ( 16 and 61 )
    **Albumin Level:** 3.4 g/dL -- Normal range between ( 3.4 and 5.0 )
    **Protein Total:** 6.4 g/dL -- Normal range between ( 6.4 and 8.2 )
    **Bilirubin Total:** 0.4 mg/dL -- Normal range between ( 0.1 and 1.0 )
    **Alk Phos:** 30 unit/L -- Normal range between ( 45 and 117 )
    **eAvg Glucose:** 123 mg/dL
    **Hemoglobin A1c:** 5.9 % -- Normal range between ( 4.2 and 6.3 )
    **A/G Ratio:** 1.1 ratio -- Normal range between ( 1.0 and 1.9 )
    **Globulin:** 3.0 g/dL -- Normal range between ( 2.1 and 3.8 )

**Computed Tomography**
07/23/2019  9:34 AM
    **CT Brain/Head w/o Contrast:** CT Brain/Head w/o Contrast

**Magnetic Resonance Imaging**
07/24/2019  1:49 PM
    **MRI Brain w/ + w/o Contrast:** MRI Brain w/ + w/o Contrast

**Ultrasound**
07/24/2019  12:15 PM
    **US Carotid Duplex Bilateral:** US Carotid Duplex Bilateral

**Procedures**
No Procedures Documented

**Comment**

Printed by:      Elaine Kelly, HIS Records Technician                         Page 6 of 7
Printed on:      07/25/2019 16:43 EDT                                         (Continued)

*Exhibit 3*

Inpatient Clinical Summary
* Final Report *

JACKSON, KEVIOUS - LRMC000633854

Result type:          Inpatient Clinical Summary
Result date:          July 25, 2019 11:00 EDT
Result status:        Auth (Verified)
Result title:         Inpatient Clinical Summary
Performed by:         Christian Esquilin Rivera, RN on July 25, 2019 11:00 EDT
Verified by:          Christian Esquilin Rivera, RN on July 25, 2019 11:00 EDT
Encounter Info:       LRMC1820400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

Neurology Consultation                                                    JACKSON, KEVIOUS - LRMC000833854
* Final Report *

| Result type: | Neurology Consultation |
| Result date: | July 23, 2019 15:20 EDT |
| Result status: | Auth (Verified) |
| Result title: | Consult Note |
| Performed by: | SCOTT D DOLL, ARNP on July 23, 2019 15:36 EDT |
| Verified by: | SUSANNA C OH, DO on July 24, 2019 00:37 EDT |
| Encounter info: | LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19 |

# * Final Report *

**Reason for consultation:** Stroke/TIA

**HPI:** This is a 41-year-old female with past medical history of GERD who presented to the ER with complaints of left-sided numbness and tingling that began yesterday had has gradually increased. Patient reports he is now more from the left eye by 2 cheek with numbness and tingling and left arm had reported numbness and tingling and left leg and this has resolved. Also reports having difficulty tasting and swallowing his food. Noted inconsistencies and exam, when asked to close left eye noted that her right eye closed but trembled.   When testing for sensory patient was inconsistent with  differentiating sharp and dull, bilaterally. Has complained of left frontal headache.

Current imaging reviewed with Dr. Oh and shared with patient. NCHCT reviewed and with no acute abnormalities noted.
Labs from admission reviewed with concerns for:
WBC: 3.8 x10^3/mcL Low (07/23/19 09:25:00 EDT)
Hgb: 12.6 g/dL Low (07/23/19 09:25:00 EDT)
MCV: 77.8 fL Low (07/23/19 09:25:00 EDT)
RDW: 14.8 % High (07/23/19 09:25:00 EDT)
Potassium Level: 3.1 mmol/L Low (07/23/19 09:25:00 EDT)


------------
**Attending Addendum:**
41yo RH male presenting with left-sided facial "numbness & tingling," & left eye "fluttering" starting yesterday.  Also having dysgeusia.
No prior similar episodes.


**Labs:**
K 3.1


| Vital Signs (last 24 hrs) | | Last | |
| --- | --- | --- | --- |
| Charted | Minimum | | Maximum |
| Temp | 37 (JUL 23 09:22) | 37 (JUL 23 09:22) | 37 (JUL 23 09:22) |
| Heart Rate | L 58 (JUL 23 14:40) | L 54 (JUL 23 09:22) | 61 (JUL 23 11:24) |
| DBP | 79 (JUL 23 14:40) | 79 (JUL 23 14:40) | H 93 (JUL 23 11:24) |
| SpO2 | 100 (JUL 23 14:40) | 100 (JUL 23 09:22) | 100 (JUL 23 09:22) |
| Height | 185 (JUL 23 09:22) | | |

Jul-25-2019 03:31 PM LRMC HIS 2 (352) 323-5478                                            10/35

*Exhibit 3*

History and Physical
* Preliminary Report *

JACKSON, KEVIOUS - LRMC000633854

*FCC Coleman Medium*
*17483-104*

| | |
|---|---|
| Result type: | History and Physical |
| Result date: | July 23, 2019 22:16 EDT |
| Result status: | Transcribed |
| Result title: | HISTORY AND PHYSICAL |
| Performed by: | DWARAKNADH R BANALA, MD on July 23, 2019 22:16 EDT |
| Encounter info: | LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19 |
| Contributor system: | MMODAL |

## * Preliminary Report *

**HISTORY AND PHYSICAL**
    LEESBURG REGIONAL MEDICAL CENTER/THE VILLAGES REGIONAL HOSPITAL

        HISTORY AND PHYSICAL

PATIENT:   JACKSON, KEVIOUS
MRN:       000633854
ACCT #:    1920400152
DOB:       08/08/1977
ROOM:      1046-A

DATE OF ADMISSION: 07/23/2019

HISTORY OF PRESENT ILLNESS:
The patient 41-year-old African American male patient with history of
gastroesophageal reflux disease, possible hypertension as per patient, presented
to the emergency room with complaints of left-sided facial _____ and left
lower extremity tingling and numbness starting yesterday, which got worse today
and hence the patient was brought to the emergency room. The patient was
evaluated. The patient had some left facial weakness, but left upper and lower
extremities tingling and numbness resolved. CT of the brain was negative. The
patient admitted to the hospital and Neurology consult called. The patient when
I examined, denies any chest pain or palpitation, no nausea or vomiting. Denies
any fever. Denies chills. Denies urinary symptoms.

PAST MEDICAL HISTORY:
Thinks, he probably has hypertension and gastroesophageal reflux disease.

PAST SURGICAL HISTORY:
Nonsignificant.

ALLERGIES: PENICILLIN.

SOCIAL HISTORY:

Printed by:     Elaine Kelly, HIS Records Technician
Printed on:     07/25/2019 16:43 EDT

Page 1 of 5
(Continued)

Richard Q. Li, MD
Staff Physician
7/26/20

History and Physical
* Preliminary Report *

JACKSON, KEVIOUS - LRMC000633854

Result type:        History and Physical
Result date:        July 23, 2019 22:16 EDT
Result status:      Transcribed
Result title:       HISTORY AND PHYSICAL
Performed by:       DWARAKNADH R BANALA, MD on July 23, 2019 22:16 EDT
Encounter info:     LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/26/19
Contributor system: MMODAL

No smoking. No alcohol abuse. No IV or recreational.

FAMILY HISTORY:
Mother had breast cancer.

MEDICATIONS:
The patient was on prednisone 40 mg 2 tablets b.i.d.

REVIEW OF SYSTEMS:
Constitutional: No fever, no chills. No loss of appetite. No loss of weight.
Eyes: No eye pain. No eye discharge. No redness. No eye irritation. The

Page 1 of 3

%%PAGE

LEESBURG REGIONAL MEDICAL CENTER/THE VILLAGES REGIONAL HOSPITAL

HISTORY AND PHYSICAL

PATIENT:  JACKSON, KEVIOUS
MRN:      000633854
ACCT #:   1920400152
DOB:      08/08/1977
ROOM:     1046-A

patient has flickering in the left eye as per yesterday. Nose: No nasal
discharge. No epistaxis. Ears: No ear pain. No ear discharge. No tinnitus.
No loss of hearing. Throat: No dry mouth. No sore throat. Pulmonary: No
cough. No sputum. No hemoptysis. Cardiac: No chest pain. No palpitation.
No shortness of breath. No orthopnea. Gastrointestinal: No nausea, no
vomiting, no diarrhea, no constipation, no blood in the stool, no dark colored
stools. Endocrine: No heat or cold intolerance. Musculoskeletal: No joint
pain. No joint swelling. Skin: No rash. No itching. Neurological: Alert,

Printed by:    Elaine  Kelly, HIS Records Technician
Printed on:    07/25/2019 16:43 EDT

Page 2 of 5
(Continued)

*Exhibit 3*

History and Physical
* Preliminary Report *

JACKSON, KEVIOUS - LRMC000633854

| | |
|---|---|
| Result type: | History and Physical |
| Result date: | July 23, 2019 22:16 EDT |
| Result status: | Transcribed |
| Result title: | HISTORY AND PHYSICAL |
| Performed by: | DWARAKNADH R BANALA, MD on July 23, 2019 22:16 EDT |
| Encounter info: | LRMC1920400162, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19 |
| Contributor system: | MMODAL |

awake, oriented. No headache. The patient denies complains of left-sided tingling and numbness, which resolved. He complains of right-sided facial weakness. Psychiatric: No depression. No anxiety. Hematological: No bleeding, no bruising.

PHYSICAL EXAMINATION:
GENERAL: Adult African male in no acute respiratory distress. Alert, awake, oriented x3.
VITAL SIGNS: Temperature 36.6, pulse 59, respiratory rate 16, and blood pressure 125/77.
HEAD: Normocephalic.
EYES: Pupils equal and reactive to light. Less pallor. Movements of eyeball within normal limits.
ENT: Grossly within normal. Mucous membranes are moist.
NECK: Supple. No JVD. No carotid bruit.
CHEST: Bilaterally symmetrical.
HEART: S1, S2. No S3, no S4.
LUNGS: Bilateral air entry. No rales. No rhonchi.
ABDOMEN: Soft. Bowel sounds positive. No organomegaly. No tenderness. No guarding. No rigidity.
EXTREMITIES: No edema. No cyanosis. No clubbing.
NEUROLOGICAL: Alert, awake, and oriented x3. Higher functions are within normal limits. Left facial weakness. The cranial nerves are intact. Since no

Page 2 of 3

%%PAGE

LEESBURG REGIONAL MEDICAL CENTER/THE VILLAGES REGIONAL HOSPITAL

HISTORY AND PHYSICAL

PATIENT:   JACKSON, KEVIOUS

Printed by:   Elaine Kelly, HIS Records Technician
Printed on:   07/25/2019 16:43 EDT

Page 3 of 5
(Continued)

History and Physical                                    JACKSON, KEVIOUS - LRMC000633854
* Preliminary Report *


Result type:          History and Physical
Result date:          July 23, 2019 22:16 EDT
Result status:        Transcribed
Result title:         HISTORY AND PHYSICAL
Performed by:         DWARAKNADH R BANALA, MD on July 23, 2019 22:16 EDT
Encounter info:       LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19
Contributor system:   MMODAL


MRN:      000633854
ACCT #:   1920400152
DOB:      08/08/1977
ROOM:     1046-A


gross sensory or motor deficits are noted. DTRs are 1+. Plantars are
downgoing. Gait, not examined at the present time.

LABORATORY DATA:
Labs done showed hemoglobin 12.6, hematocrit 39, platelets 207, white count 3.8,
PTT 32.6, glucose 86, BUN 10, creatinine 1.08. Sodium 143, potassium 3.1,
chloride 110, bicarb 28, calcium 7.5, total protein 6.4, albumin 3.4, globulin
3, alkaline phosphatase 30, AST 17, ALT 27. Hemoglobin A1c 5.9. CT did not
show any acute changes.

ASSESSMENT AND PLAN:
41 year old without many risk factors, possible hyperlipidemia and hypertension,
being admitted with left facial weakness and left-sided upper and lower
extremity tingling and numbness, which have resolved. CT of the brain
_____ likely the patient has Bell's palsy. We will continue to monitor.
We will await Neurology workup. We will get a lipid profile, A1c, and carotid
Doppler. We will continue to
monitor. Plan of care discussed with the patient. We will start on physical
therapy and will follow.


Dwaraknadh R Banala, MD


DRB/MODL
D: Tue July 23 22:16:28 2019  T: Wed July 24 07:25:04 2019  DOCUMENT:


Printed by:       Elaine Kelly, HIS Records Technician
Printed on:       07/25/2019 16:43 EDT                                    Page 4 of 5
                                                                         (Continued)

Jul-25-2019 03:31 PM LRMC HIS 2 (352) 323-5478                                    14/35

*Exhibit 3*

History and Physical                                        JACKSON, KEVIOUS - LRMC000633854
* Preliminary Report *

Result type:          History and Physical
Result date:          July 23, 2019 22:16 EDT
Result status:        Transcribed
Result title:         HISTORY AND PHYSICAL
Performed by:         DWARAKNADH R BANALA, MD on July 23, 2019 22:16 EDT
Encounter info:       LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19
Contributor system:   MMODAL

302549/847542982
Revision: 07/24/2019 07:25:32

Page 3 of 3

Printed by:       Elaine Kelly, HIS Records Technician                    Page 5 of 5
Printed on:       07/25/2019 16:43 EDT                                    (End of Report)

000633854 JACKSON, KEVIOUS 23-Jul-2019 5:47:08 Page 1 of 2
DOB: 08-Aug-1977 41 Years Male Black
CJHA (1)
LRMC (01)
LRMC - EMERGENCY DEPARTMENT (01)

HR 69 . SINUS RHYTHM
. NONSPECIFIC T ABNORMALITIES, ANT-LAT LEADS
PR 184 * PLEASE REFER TO ED REPORT IN MEDICAL RECORDS FOR INTERPRETATION
QRSD 92
QT 444
QTc 473

-- AXIS --
P 60
QRS 80
T 80
Edited

- ABNORMAL ECG -

Oper: KRV
COMMENTS: SOMMERS,JULIE
STEMI Y N: *
TIME INITIALS>*

Account #: 1920400152
Order #: 1001951045
Enc ID: 870708

12 Lead; Standard Placement
Requested By: SOMMERS, JULIE A
Confirmed For: Navin Reddy, MD 24-Jul-2019 08:11:42

aVR
V1
V4
II
aVL
V2
V5
III
aVF
V3
V6
II

Device: 105752 Speed: 25 mm/sec Limb: 10 mm/mV Chest: 10 mm/mV F 60~ 0.5-100 Hz W PH090A826 BCL P?

*Exhibit.3*

Neurology Consultation
* Final Report *                                          JACKSON, KEVIOUS – LRMC000633854

Result type:       Neurology Consultation
Result date:       July 23, 2019 15:20 EDT
Result status:     Auth (Verified)
Result title:      Consult Note
Performed by:      SCOTT D DOLL, ARNP on July 23, 2019 15:36 EDT
Verified by:       SUSANNA C OH, DO on July 24, 2019 00:37 EDT
Encounter Info:    LRMC19204001S2, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

Physical Exam (Prison guards at bedside)
middle aged male, lying comfortably in chair, not in distress
HEENT: Normocephalic, atraumatic.
Neck: Supple, nontender
CVS: HS I&II present. RRR. No murmur, rubs or gallops.
Lungs: CTAB
Abdomen: Soft. Bowel sounds present
Extremities: No deformities, tenderness, cyanosis, clubbing or edema. +2 peripheral pulses

NEUROLOGIC EXAM
NIHSS 2
Mental Status: Alert and oriented x 4 Normal affect and mood, Follows commands appropriately. Intact naming, repetition, and comprehension. Note dysarthria, no hypophonia, or word-finding difficulties
CN: PERRLA. Extraocular movements are intact without nystagmus. Visual fields are full to confrontation. Face asymmetric (left facial droop (UMN)) with decreased sensation to left side,
  Hearing normal to conversation bilaterally. Sternocleidomastoid and trapezius have full strength bilaterally. Tongue is midline, without evidence of trauma, moves side to side without difficulty, and palate elevates symmetrically
Motor: Normal muscle bulk and tone. No abnormal movements. Muscle strength is 5/5 throughout proximally and distally. No pronator drift or satelliting.
Coordination: FNF and HKS intact without dysmetria. Intact fast finger tapping. No dysdiadochokinesia
Reflexes: 2+ and symmetric at the bilateral U/LEs, biceps, triceps, brachioradialis, patellae, and ankles. Downgoing toes. No clonus.
Sensory: No extinction to double simultaneous stimulation.  Decreased to light touch, temperature, pinprick Left hemi
Gait: Deferred

-------------
**Attending Addendum:**
GENERAL: appears well-nourished
HEENT: PERRL, EOMI, no nystagmus, no ptosis, conjunctiva WNL
CARDIO:  RRR, normal S1 & S2, no carotid bruits
LUNGS: CTAB, respiratory effort equal
ABDOMEN: soft, no distention
EXT: no edema, no erythema, no cyanosis
SKIN: no pallor, no rash, no jaundice

NEURO:
Awake, alert.
CN 2-12 with decreased sensation left V2/3,
  left facial nerve mild palsy, OS decreased closure,
  forehead wrinkle symmetric,
  + subjective decreased taste.
Speech minimal dysarthria.
Cognition grossly intact.
Motor 5/5 BUE/BLE.
Sensory grossly intact BUE/BLE.
DTR 2/4 BUE/BLE. Negative Babinski / clonus.
FNF/HTS deferred.

Jul-25-2019 03:31 PM LRMC HIS 2 (352) 323-5478                                  18/35

Neurology Consultation
* Final Report *                                            JACKSON, KEVIOUS - LRMC000633854

Result type:         Neurology Consultation
Result date:         July 23, 2019 15:20 EDT
Result status:       Auth (Verified)
Result title:        Consult Note
Performed by:        SCOTT D DOLL, ARNP on July 23, 2019 15:36 EDT
Verified by:         SUSANNA C OH, DO on July 24, 2019 00:37 EDT
Encounter Info:      LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

No tremors.  Tone WNL.
Gait deferred. Romberg exam deferred.
No nuchal rigidity. Negative meningeal signs.


NIHSS = 3


H STOKE SCALE
1. Level Of Consciousness:
2. Best Gaze:
3. Visual Fields:
4. Facial Palsy:1
5. Left Arm Motor Drift:
Right Arm Motor Drift:
6. Left Leg Motor Drift:
Right Leg Motor Drift:
7. Limb Ataxia:
8. Sensation: 1
9. Language/Aphasia:
10. Dysarthria: 1
11. Extinction/Neglect:
12. Month/Age:
13. Performs Tasks:




**ASSESSMENT:**
- left Bell's palsy w/ trigeminal nerve involvement
  - r/o acute stroke vs. other CNS disease
- hypokalemia
- HTN
- obesity


**PLAN:**
- not TPA candidate d/t outside time window
- not NIR candidate d/t not LVO
- MRI Brain w/ & w/o contrast
- Prednisone 40 mg BID x 7 days, then 20 mg BID x 7 days, then 20 mg daily x 3 days
- left eye patch PRN
- further stroke workup pending MRI Brain results
- monitor telemetry
- Lipid panel
- HbA1c


Printed by: Elaine Kelly, HIS Records Technician                    Page 3 of 7
Printed on: 07/25/2019 16:43 EDT                                    (Continued)

Jul-25-2019 03:31 PM LRMC HIS 2 (352) 323-5478                              19/35

*Exhibit 3*

Neurology Consultation
* Final Report *

JACKSON, KEVIOUS - LRMC000633854

Result type:      Neurology Consultation
Result date:      July 23, 2019 15:20 EDT
Result status:    Auth (Verified)
Result title:     Consult Note
Performed by:     SCOTT D DOLL, ARNP on July 23, 2019 15:36 EDT
Verified by:      SUSANNA C OH, DO on July 24, 2019 00:37 EDT
Encounter Info:   LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

- ASA
- statin
- LDL goal < 70
- PT/OT/ST
- SCDs, DVT prophylaxis
- diet & lifestyle modifications, weight loss
- ok to d/c if MRI Brain = negative for acute intracranial pathology


Thank you for the consult. Please call if any questions.  23


I, Susanna OH, DO, have seen & examined the patient, and have reviewed & made changes to the note prepared by my Mid-Level provider above as deemed necessary.


**PMHx / SgHx:**
- HTN

GERF


**FMHx:**
mother - breast CA (died)
father - murdered


**SoHx:**
**Tobacco**
Details: Smoking tobacco use: Never (less than 100 in lifetime).


[Indicated by +]
Constitutional: [fevers, chills, sweats, fatigue]
Eye: [acute diplopia, +blurry vision, vision loss]
ENT: [ear pain, tinnitus, hearing loss]
Respiratory: [shortness of breath, cough]
Cardiovascular: [chest pain, palpitations]


Printed by: Elaine Kelly, HIS Records Technician
Printed on: 07/25/2019 16:43 EDT

Page 4 of 7
(Continued)

Neurology Consultation

* Final Report *

JACKSON, KEVIOUS - LRMC000633854

Result type:       Neurology Consultation
Result date:       July 23, 2019 15:20 EDT
Result status:     Auth (Verified)
Result title:      Consult Note
Performed by:      SCOTT D DOLL, ARNP on July 23, 2019 15:36 EDT
Verified by:       SUSANNA C OH, DO on July 24, 2019 00:37 EDT
Encounter Info:    LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

Gastrointestinal: [nausea, vomiting, diarrhea]
Hema/Lymph: [Negative for bruising tendency]
Musculoskeletal: [back pain, neck pain, +joit pain, muscle pain, decreased range of motion]
Integumentary: [rash, pruritus, abrasions]
Neurologic: [tremor,+_aresthesia,+weakness, +dysarthria, vertigo, dizziness,+headache]
Psychiatric: [anxiety, depression, hallucinations]

**Allergies (1) Active      Reaction**
penicillins     None Documented

No qualifying data available

**Medications (2) Active**
Scheduled: (0)
Continuous: (0)
PRN: (2)
**Refrigerated Medication in ADM** 1 EA, N/A, As needed (prn)
sodium chloride 10 mL, IV Push, As needed (prn)

**CT Brain/Head w/o Contrast**
07/23/19 09:41:16
IMPRESSION:NO MASS EFFECT IS SEEN. THERE IS NO EVIDENCE OF ACUTE INTRACRANIALHEMORRHAGE.UNREMARKABLE CT
SCAN OF THE BRAIN.

WBC: 3.8 x10^3/mcL Low (07/23/19 09:25:00 EDT)
RBC: 5.08 x10^6/mcL (07/23/19 09:25:00 EDT)
Hgb: 12.6 g/dL Low (07/23/19 09:25:00 EDT)
Hct: 39.5 % (07/23/19 09:25:00 EDT)
MCV: 77.8 fL Low (07/23/19 09:25:00 EDT)
MCH: 24.8 pg (07/23/19 09:25:00 EDT)
MCHC: 31.9 % (07/23/19 09:25:00 EDT)
RDW: 14.8 % High (07/23/19 09:25:00 EDT)
Platelets: 207 x10^3/mcL (07/23/19 09:25:00 EDT)
MPV: 10.8 fL (07/23/19 09:25:00 EDT)

Printed by: Elaine Kelly, HIS Records Technician
Printed on: 07/25/2019 16:43 EDT

Page 5 of 7
(Continued)

Jul-25-2019 03:31 PM LRMC HIS 2 (352) 323-5478

21/35

*Exhibit 3*

**Neurology Consultation**
**\* Final Report \***

JACKSON, KEVIOUS - LRMC000833854

Result type:      Neurology Consultation
Result date:      July 23, 2019 15:20 EDT
Result status:    Auth (Verified)
Result title:     Consult Note
Performed by:     SCOTT D DOLL, ARNP on July 23, 2019 15:36 EDT
Verified by:      SUSANNA C OH, DO on July 24, 2019 00:37 EDT
Encounter Info:   LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

Neutro Auto: 37.5 % (07/23/19 09:25:00 EDT)
Lymph Auto: 42.4 % (07/23/19 09:25:00 EDT)
Mono Auto: 9.6 % (07/23/19 09:25:00 EDT)
Eos, Auto: 9.1 % High (07/23/19 09:25:00 EDT)
Basophil Auto: 1.1 % (07/23/19 09:25:00 EDT)
Neutro Absolute: 1.4 x10^3/mcL Low (07/23/19 09:25:00 EDT)
Lymph Absolute: 1.6 x10^3/mcL (07/23/19 09:25:00 EDT)
Mono Absolute: 0.4 x10^3/mcL (07/23/19 09:25:00 EDT)
Eos Absolute: 0.3 x10^3/mcL (07/23/19 09:25:00 EDT)
Baso Absolute: 0 x10^3/mcL (07/23/19 09:25:00 EDT)
RDW-SD: 42 fL (07/23/19 09:25:00 EDT)
Immature Gran Absolute: 0 x10^3/mcL (07/23/19 09:25:00 EDT)
Immature Gran Auto: 0.3 % (07/23/19 09:25:00 EDT)
NRBC Absolute: 0 x10^3/mcL (07/23/19 09:25:00 EDT)
NRBC Auto: 0 % (07/23/19 09:25:00 EDT)
Prothrombin Time: 14 seconds (07/23/19 09:25:00 EDT)
INR: 1 (07/23/19 09:25:00 EDT)
Partial Thromboplastin Time: 32.6 seconds (07/23/19 09:25:00 EDT)
Glucose Level: 86 mg/dL (07/23/19 09:25:00 EDT)
BUN: 10 mg/dL (07/23/19 09:25:00 EDT)
Creatinine Level: 1.08 mg/dL (07/23/19 09:25:00 EDT)
BUN/Creat Ratio: 9.3 ratio (07/23/19 09:25:00 EDT)
Sodium Level: 143 mmol/L (07/23/19 09:25:00 EDT)
Potassium Level: 3.1 mmol/L Low (07/23/19 09:25:00 EDT)
Chloride Level: 110 mmol/L High (07/23/19 09:25:00 EDT)
CO2: 28 mmol/L (07/23/19 09:25:00 EDT)
Anion Gap: 8 ratio (07/23/19 09:25:00 EDT)
Calcium Level: 7.5 mg/dL Low (07/23/19 09:25:00 EDT)
Protein Total: 6.4 g/dL (07/23/19 09:25:00 EDT)
Albumin Level: 3.4 g/dL (07/23/19 09:25:00 EDT)
Globulin: 3 g/dL (07/23/19 09:25:00 EDT)
A/G Ratio: 1.1 ratio (07/23/19 09:25:00 EDT)
Alk Phos: 30 unit/L Low (07/23/19 09:25:00 EDT)
AST: 17 unit/L (07/23/19 09:25:00 EDT)
ALT: 27 unit/L (07/23/19 09:25:00 EDT)
Bilirubin Total: 0.4 mg/dL (07/23/19 09:25:00 EDT)
eGFR AA: 91 mL/min/1.73 m2 (07/23/19 09:25:00 EDT)
eGFR Non-AA: 75 mL/min/1.73 m2 (07/23/19 09:25:00 EDT)
Estimated Creatinine Clearance: 112.59 mL/min (07/23/19 10:08:23 EDT)

**Signature Line**
Electronically Signed on 07/23/19 03:41 PM

SCOTT D DOLL, ARNP

Electronically Signed on 07/23/19 04:34 PM

Printed by: Elaine Kelly, HIS Records Technician
Printed on: 07/25/2019 16:43 EDT

Jul-25-2019 03:31 PM LRMC HIS 2 (352) 323-5478                              31/35

Leesburg Regional Medical Center
600 East Dixie Avenue
Leesburg, FL 34748-

Patient:       **JACKSON, KEVIOUS**
MRN:           LRMC000633854
FIN:           LRMC1920400152              DOB/Age/Sex: 8/8/1977    41 years    Male
Location:      1SE; 1048; A               Admitting:  DWARAKNADH R BANALA,MD
                                          Accession Number:  n/a

|  | *Hematology* |
|---|---|

**CBC and Differential**

Collected Date  7/23/2019
Collected Time  09:25 EDT

| Procedure | | Units | Reference Range |
|---|---|---|---|
| WBC | 3.6 L*1 | x10^3/mcL | [4.5-11.0] |
| RBC | 5.08 *1 | x10^6/mcL | [4.30-5.90] |
| Hgb | 12.6 L*1 | g/dL | [13.9-16.3] |
| Hct | 39.5 *1 | % | [39.0-55.0] |
| MCV | 77.8 L*1 | fL | [80.0-100.0] |
| MCH | 24.8 *1 | pg | [23.4-34.6] |
| MCHC | 31.9 *1 | % | [31.0-37.0] |
| RDW | 14.8 H*1 | % | [11.5-14.5] |
| Platelets | 207 *1 | x10^3/mcL | [150-400] |
| MPV | 10.8 *1 | fL | [7.2-11.1] |
| Neutro Auto | 37.5 *1 | % | [36.0-66.0] |
| Lymph Auto | 42.4 *1 | % | [24.0-44.0] |
| Mono Auto | 9.6 *1 | % | [5.2-10.8] |
| Eos,Auto | 9.1 H*1 | % | [0.0-7.0] |
| Basophil Auto | 1.1 *1 | % | [0.0-1.5] |
| Neutro Absolute | 1.4 L*1 | x10^3/mcL | [1.8-6.8] |
| Lymph Absolute | 1.6 *1 | x10^3/mcL | [1.0-3.4] |
| Mono Absolute | 0.4 *1 | x10^3/mcL | [0.2-0.8] |
| Eos Absolute | 0.3 *1 | x10^3/mcL | [0.0-0.4] |
| Baso Absolute | 0.0 *1 | x10^3/mcL | [0.0-0.1] |
| RDW-SD | 42 *1 | fL | |
| Immature Gran Absolute | 0.0 *1 | x10^3/mcL | |
| Immature Gran Auto | 0.3 *1 | % | |
| NRBC Absolute | 0 *1 | x10^3/mcL | |
| NRBC Auto | 0 *1 | % | |

Performing Locations
*1:    This test was performed at
       Leesburg Regional Medical Center Lab, Leesburg Regional Medical Center, 600 E Dixie Ave., Leesburg, FL,
       34748-  , (352) 323-5300

---

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

*Exhibit 3*

CT Brain/Head w/o Contrast
* Final Report *

JACKSON, KEVIOUS - LRMC000633854
*Fcc Coleman Medium*
*17483-104*

Result type:       CT Brain/Head w/o Contrast
Result date:       July 23, 2019 09:34 EDT
Result status:     Auth (Verified)
Result title:       CT Brain/Head w/o Contrast
Performed by:    ROSENDO D DIAZ, MD on July 23, 2019 09:41 EDT
Verified by:      ROSENDO D DIAZ, MD on July 23, 2019 09:41 EDT
Encounter info:    LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

## * Final Report *

**Reason For Exam**
Neuro deficit, acute, stroke suspected;Other (please specify)

**CT BRAIN/HEAD W/O CONTRAST**
PATIENT:  JACKSON, KEVIOUS

DATE:  7/23/2019 at 9:26

PROCEDURE:    CT HEAD W/O CONTRAST

COMPARISON: None.

INDICATIONS:   Neuro deficit, acute, stroke suspected

RADIATION: Total Dose Length Product (DLP): 1027 mGy*cm
TECHNIQUE:  Axial images from the skull base through the vertex were
made without the administration of intravenous contrast.  Evaluation is
suboptimal due to the lack of IV contrast.  Dose reduction technique(s)
were used.

DICOM format image data is available to non-affiliated external
healthcare facilities or entities on a secure, media-free, reciprocally
searchable basis with patient authorization for at least a 12-month
period after the study.

FINDINGS:

Ventricles:  Unremarkable.

Cortical Sulci:  Unremarkable.

Cerebrum:   No intracranial hemorrhage, mass or acute territorial
     infarcts.

Cerebellum:   No intracranial hemorrhage, mass or acute territorial
     infarcts.

Printed by:     Elaine Kelly, HIS Records Technician
Printed on:     07/25/2019 16:43 EDT

CT Brain/Head w/o Contrast                                          JACKSON, KEVIOUS - LRMC000633854
* Final Report *

Result type:        CT Brain/Head w/o Contrast
Result date:        July 23, 2019 09:34 EDT
Result status:      Auth (Verified)
Result title:       CT Brain/Head w/o Contrast
Performed by:       ROSENDO D DIAZ, MD on July 23, 2019 09:41 EDT
Verified by:        ROSENDO D DIAZ, MD on July 23, 2019 09:41 EDT
Encounter info:     LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

Brainstem:  Unremarkable.

Basal Cisterns:   Unremarkable.

Skull:  Unremarkable.

In view of the patient's age and complaints, if not contraindicated, a
follow-up MRI of the brain, preferably to be performed without or with
gadolinium, is suggested.

IMPRESSION:

NO MASS EFFECT IS SEEN. THERE IS NO EVIDENCE OF ACUTE INTRACRANIAL
HEMORRHAGE.

UNREMARKABLE CT SCAN OF THE BRAIN.

Rosendo Diaz, M.D.
Dictated by: Rosendo Diaz, M.D. on 7/23/2019 at 9:37
Transcribed by: WAISOME on 7/23/2019 at 12:57
Electronically signed

Signature Line
***** Final *****

Dictated by:   ROSENDO D DIAZ, MD
Dictated DT/TM: 07/23/2019 9:41 am
Signed by:  ROSENDO D DIAZ, MD
Signed (Electronic Signature):  07/23/2019 9:41 am

IMAGE
This document has an image

Richard Q. Li, MD
Staff Physician

Printed by:     Elaine  Kelly, HIS Records Technician
Printed on:     07/25/2019 16:43 EDT

Page 2 of 3
(Continued)

Jul-25-2019 03:31 PM LRMC HIS 2 (352) 323-5478                                    25/35

*Exhibit 3*

CT Brain/Head w/o Contrast                                  JACKSON, KEVIOUS – LRMC000633854
* Final Report *

Result type:          CT Brain/Head w/o Contrast
Result date:          July 23, 2019 09:34 EDT
Result status:        Auth (Verified)
Result title:         CT Brain/Head w/o Contrast
Performed by:         ROSENDO D DIAZ, MD on July 23, 2019 09:41 EDT
Verified by:          ROSENDO D DIAZ, MD on July 23, 2019 09:41 EDT
Encounter Info:       LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

MRI Brain w/ + w/o Contrast
* Final Report *

JACKSON, KEVIOUS - LRMC000633854

4CC Coleman Medium
17483-104

| Result type: | MRI Brain w/ + w/o Contrast |
|---|---|
| Result date: | July 24, 2019 13:48 EDT |
| Result status: | Auth (Verified) |
| Result title: | MRI Brain w/ + w/o Contrast |
| Performed by: | JOSEPH B GURINSKY, MD on July 24, 2019 15:36 EDT |
| Verified by: | JOSEPH S GURINSKY, MD on July 24, 2019 15:36 EDT |
| Encounter info: | LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19 |

## * Final Report *

**Reason For Exam**
Left facial weak & numb, taste dysfunction;Weakness

**MRI BRAIN W/ + W/O CONTRAST**
PATIENT:  JACKSON, KEVIOUS

DATE:  7/24/2019 at 13:17

PROCEDURE:   MRI BRAIN WO/W CONTRAST

COMPARISON:   Leesburg Regional Medical Center, CTA, CT BRAIN/HEAD
W/O CONTRAST, 7/23/2019, 9:26.

INDICATIONS:  Weakness – Left facial weak & numb, taste dysfunction

CONTRAST:   15 ml MultiHance

TECHNIQUE: Multiplanar and multisequence imaging of the brain were made
both before and after the administration of IV contrast.

FINDINGS:
Ventricles:  Symmetric.

Cortical Sulci:  Unremarkable.

Cerebrum:  There are two tiny foci of increased signal in the left
frontal white matter and peripheral left parietal white matter above
the ventricular level in FLAIR images.

Cerebellum:  No intracranial hemorrhage, mass or acute territorial
infarcts.  Normal signal intensity.

Brainstem:  Unremarkable.

Basal Cisterns:  Unremarkable.

| Printed by: | Elaine  Kelly, HIS Records Technician |
|---|---|
| Printed on: | 07/25/2019 16:44 EDT |

Page 1 of 2
(Continued)

*Exhibit 3*

MRI Brain w/ + w/o Contrast                                          JACKSON, KEVIOUS - LRMC000633854
* Final Report *

Result type:          MRI Brain w/ + w/o Contrast
Result date:          July 24, 2019 13:49 EDT
Result status:        Auth (Verified)
Result title:         MRI Brain w/ + w/o Contrast
Performed by:         JOSEPH S GURINSKY, MD on July 24, 2019 15:36 EDT
Verified by:          JOSEPH S GURINSKY, MD on July 24, 2019 15:36 EDT
Encounter info:       LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19

Skull:  Unremarkable.

Enhancement:  No abnormal enhancement identified.

IMPRESSION:

MINIMAL WHITE MATTER CHANGES IN LEFT FRONTAL AND LEFT PARIETAL REGIONS
MOST LIKELY REFLECTING MICROVASCULAR CHRONIC WHITE MATTER ISCHEMIC
CHANGE.

Joseph S. Gurinsky, M.D.
Dictated by: Joseph S. Gurinsky, M.D. on 7/24/2019 at 15:32
Transcribed by: COLEMAN on 7/24/2019 at 15:39
Electronically signed

**Signature Line**
***** Final *****

Dictated by:   JOSEPH S GURINSKY, MD
Dictated DT/TM: 07/24/2019 3:36 pm
Signed by: JOSEPH S GURINSKY, MD
Signed (Electronic Signature): 07/24/2019 3:36 pm

**IMAGE**
This document has an image

Richard Q. Li, MD
Staff Physician
7 /28/2019

Printed by:      Elaine  Kelly, HIS Records Technician                    Page 2 of 2
Printed on:      07/25/2019 16:44 EDT                                     (End of Report)

US Carotid Duplex Bilateral
* Final Report *

JACKSON, KEVIOUS - LRMC000633854

*[handwritten]* ACC Coleman Medium
17483- 104

Result type:        US Carotid Duplex Bilateral
Result date:        July 24, 2019 12:15 EDT
Result status:      Auth (Verified)
Result title:       US Carotid Bilateral
Performed by:       JOSEPH S GURINSKY, MD on July 24, 2019 15:31 EDT
Verified by:        JOSEPH S GURINSKY, MD on July 24, 2019 15:31 EDT
Encounter Info:     LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/26/19

## * Final Report *

**Reason For Exam**
Hemispheric Neuro Symptoms (TIA/Stroke)

**US CAROTID BILATERAL**
PATIENT:  JACKSON, KEVIOUS

DATE:  7/24/2019 at 12:20

PROCEDURE:    US BILATERAL CAROTID

INDICATIONS:  Hemispheric Neuro Symptoms (TIA/Stroke)

COMPARISON:  None.

TECHNIQUE:  Doppler and color Doppler were used along with analysis
of velocities and waveform, gray-scale evaluation of the appearance of
the arteries.  Percent ICA stenosis determined based upon correlation
of velocity with residual ICA lumen diameter compared with distal ICA
lumen diameter using NASCET criteria.

FINDINGS:

RIGHT
ECA(s): 113
ICA(s): 107 (d) 30
CCA(s): 112 (d) 26
ICA/CCA: .96
VERTEBRAL FLOW:  Antegrade
PLAQUE SURFACE:  Irregular/Mixed

LEFT
ECA(s): 108
ICA(s): 89 (d) 30
CCA(s): 141 (d) 28
ICA/CCA: .63
VERTEBRAL FLOW:  Antegrade

Printed by:      Elaine  Kelly, HIS Records Technician
Printed on:      07/25/2019 16:44 EDT

Page 1 of 3
(Continued)

Jul-25-2019 03:31 PM LRMC HIS 2 (352) 323-5478                                          29/35

*Exhibit 3*

US Carotid Duplex Bilateral                                    JACKSON, KEVIOUS - LRMC000633854
* Final Report *

Result type:          US Carotid Duplex Bilateral
Result date:          July 24, 2019 12:15 EDT
Result status:        Auth (Verified)
Result title:         US Carotid Bilateral
Performed by:         JOSEPH S GURINSKY, MD on July 24, 2019 15:31 EDT
Verified by:          JOSEPH S GURINSKY, MD on July 24, 2019 15:31 EDT
Encounter info:       LRMC1920400152, LRMC, OPO – Outpatient Observation, 07/23/19 - 07/25/19


PLAQUE SURFACE: Irregular/Mixed

IMPRESSION:

IRREGULAR MIXED ATHEROSCLEROTIC PLAQUE IN BOTH CAROTID SYSTEMS.

LESS THAN 50% DIAMETER STENOSIS IN BOTH INTERNAL CAROTID ARTERIES.

A POSSIBLE MILD STENOSIS IN LEFT COMMON CAROTID ARTERY.

BILATERAL ANTEGRADE VERTEBRAL ARTERIES.


RECOMMENDATIONS***
1. Unequivocal identification of stenosis of 50% to 99% in
neurologically symptomatic patients is sufficient to make a decision
regarding intervention (GRADE 1, Level of Evidence A).
2. When CDUS is nondiagnostic or suggests stenosis of intermediate
severity (50% to 69%) in an asymptomatic patient, additional imaging
with MRA, CTA, or DSA is required before embarking on any intervention
(GRADE 1, Level of Evidence B).
**Updated Society for Vascular Surgery guidelines for management of
extracranial carotid disease. Ricotta, John J., et.al. Journal of
Vascular Surgery, Volume 54, Issue 3, e1-e31


Joseph S. Gurinsky, M.D.
Dictated by: Joseph S. Gurinsky, M.D. on 7/24/2019 at 15:29
Transcribed by: COLEMAN on 7/24/2019 at 15:35
Electronically signed


Signature Line
***** Final *****

Dictated by:   JOSEPH S GURINSKY, MD
Dictated DT/TM: 07/24/2019 3:31 pm
Signed by: JOSEPH S GURINSKY, MD


Richard Q. Li, MD
Staff Physician
7 D8/2019

Printed by:     Elaine Kelly, HIS Records Technician
Printed on:     07/25/2019 16:44 EDT                            Page 2 of 3
                                                                (Continued)

US Carotid Duplex Bilateral
\* Final Report \*

JACKSON, KEVIOUS - LRMC000633854

| | |
|---|---|
| Result type: | US Carotid Duplex Bilateral |
| Result date: | July 24, 2019 12:15 EDT |
| Result status: | Auth (Verified) |
| Result title: | US Carotid Bilateral |
| Performed by: | JOSEPH S GURINSKY, MD on July 24, 2019 15:31 EDT |
| Verified by: | JOSEPH S GURINSKY, MD on July 24, 2019 15:31 EDT |
| Encounter Info: | LRMC1920400152, LRMC, OPO - Outpatient Observation, 07/23/19 - 07/25/19 |

Signed (Electronic Signature): 07/24/2019 3:31 pm

**IMAGE**
This document has an image

*Exhibit 3*

### Leesburg Regional Medical Center

| | | | |
|---|---|---|---|
| Patient Name: | JACKSON, KEVIOUS | | |
| MRN: | LRMC000633854 | Admit: | 7/23/2019 |
| FIN: | LRMC1920400152 | Disch: | 7/25/2019 |
| DOB/Age/Sex: | 8/8/1977    41 years    Male | Admitting: | DWARAKNADH R BANALA,MD |

## Coagulation-Thrombosis

Collected Date  7/23/2019
Collected Time  09:25 EDT

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Prothrombin Time | 14.0 *1 | seconds | [11.8-14.2] |
| INR | 1.0 H *1 | | [0.9-1.1] |
| Partial Thromboplastin Time | 32.6 C *1 | seconds | [23.6-34.3] |

Interpretive Data
I1:     INR
          INR Interpretive Ranges

          Primary and secondary                    2.00 - 3.00
          prevention of Venous Thrombosis

          Prevention of Arterial                   2.50 - 3.50
          Thromboembolism
          including patients with mechanical heart valves.
I2:     Partial Thromboplastin Time
          Standard UF Heparin Therapeutic Range: 75.0 - 101.0 seconds

Performing Locations
*1:     This test was performed at:
          Leesburg Regional Medical Center Lab, Leesburg Regional Medical Center, 600 E Dixie Ave., Leesburg, FL,
          34748-   , (352) 323-5300

## Chemistry

**Routine Chemistry**

| Procedure | Collected Date | 7/24/2019 07:54 EDT | 7/24/2019 07:07 EDT | 7/23/2019 10:08 EDT | Units | Reference Range |
|---|---|---|---|---|---|---|
| | Collected Time | | | | | |
| Glucose Level | | - | 130 H *1 | - | mg/dL | [74-106] |
| BUN | | - | 11 *1 | - | mg/dL | [7-18] |
| Creatinine Level | | - | 1.26 *1 | - | mg/dL | [0.70-1.30] |
| BUN/Creat Ratio | | - | 8.7 *1 | - | ratio | [7.8-25.0] |
| Sodium Level | | - | 137 *1 | - | mmol/L | [136-145] |
| Potassium Level | | - | 4.4 *1 | - | mmol/L | [3.5-5.1] |
| Chloride Level | | - | 103 *1 | - | mmol/L | [98-107] |
| CO2 | | - | 29 *1 | - | mmol/L | [21-32] |
| Anion Gap | | - | 9 *1 | - | ratio | [5-15] |
| Calcium Level | | - | 9.2 *1 | - | mg/dL | [8.5-10.1] |
| eGFR AA | | - | 76 L *1 | - | mL/min/1.73 m2 | |
| eGFR Non-AA | | - | 63 L *1 | - | mL/min/1.73 m2 | |

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Jul-25-2019 03:31 PM LRMC HIS 2 (352) 323-5478                                        33/35

**Leesburg Regional Medical Center**

Patient Name:  JACKSON, KEVIOUS
MRN:           LRMC000633854
FIN:           LRMC1920400152                    Admit:    7/23/2019
DOB/Age/Sex: 8/8/1977   41 years   Male          Disch:    7/25/2019
                                                 Admitting:  DWARAKNADH R BANALA,MD

## *Chemistry*

**Routine Chemistry**

| Collected Date | 7/24/2019 | 7/24/2019 | 7/23/2019 | | |
|---|---|---|---|---|---|
| Collected Time | 07:54 EDT | 07:07 EDT | 10:06 EDT | | |
| Procedure | | | | Units | Reference Range |
| Estimated Creatinine Clearance | 96.59 | . | 112.69 | mL/min | |

| | Collected Date | 7/23/2019 | | |
|---|---|---|---|---|
| | Collected Time | 09:25 EDT | | |
| Procedure | | | Units | Reference Range |
| Glucose Level | | 86 *f | mg/dL | [74-106] |
| BUN | | 10 *f | mg/dL | [7-18] |
| Creatinine Level | | 1.08 *f | mg/dL | [0.70-1.30] |
| BUN/Creat Ratio | | 9.3 *f | ratio | [7.8-25.0] |
| Sodium Level | | 143 *f | mmol/L | [136-145] |
| Potassium Level | | 3.1 L*f | mmol/L | [3.5-5.1] |
| Chloride Level | | 110 H*f | mmol/L | [98-107] |
| CO2 | | 28 *f | mmol/L | [21-32] |
| Anion Gap | | 8 *f | ratio | [5-15] |
| Calcium Level | | 7.6 L*f | mg/dL | [8.5-10.1] |
| Protein Total | | 6.4 *f | g/dL | [6.4-8.2] |
| Albumin Level | | 3.4 *f | g/dL | [3.4-5.0] |
| Globulin | | 3.0 *f | g/dL | [2.1-3.8] |
| A/G Ratio | | 1.1 *f | ratio | [1.0-1.9] |
| Alk Phos | | 30 L*f | unit/L | [45-117] |
| AST | | 17 *f | unit/L | [15-37] |
| ALT | | 27 *f | unit/L | [16-61] |
| Bilirubin Total | | 0.4 *f | mg/dL | [0.1-1.0] |
| Hemoglobin A1c | | 5.9 *f | % | [4.2-6.3] |
| eAvg Glucose | | 123 *f | mg/dL | |
| eGFR AA | | 91 B*f | mL/min/1.73 m2 | |
| eGFR Non-AA | | 75 H*f | mL/min/1.73 m2 | |

Interpretive Data
i3:     eGFR AA
        Normal eGFR Reference Range: >60 mL/1.73 m2 validated ages 18-70 year,
        in patients with no evidence of chronic kidney damage.*

        eGFR is calculated based on the MDRD equation recommended by the National Kidney
        Foundation, Kidney Disease Outcome Quality Initiative (NKF K/DOQI,as a screen for
        chronic kidney disease (CKD). MDRD does not require weight as a variable, is
        normalized to a 1.73 m2 adult body surface area, and considers the patient's age,
        gender and race. MDRD is not valid in pregnancy and should not be used to adjust

---

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  19009816                     Page 3 of 5              Print Date/Time:  7/25/2019 16:44 EDT

Jul-25-2019 03:31 PM LRMC HIS 2 (352) 323-5478                                      34/35

*Exhibit 3*

**Leesburg Regional Medical Center**

Patient Name:   JACKSON, KEVIOUS
MRN:            LRMC0000833854
FIN:            LRMC1920400152                    Admit:   7/23/2019
DOB/Age/Sex:    8/8/1977    41years    Male       Disch:   7/25/2019

size should be considered on an individual basis.

The following is a separate reference range for patients with evidence of chronic kidney damage and indicates stages of chronic kidney disease based in the National Kidney Foundation Guidelines. *Kidney damage is indicated by significant proteinuria or an elevated urine albumin to creatinine ratio.

| Stage | eGFR mL/min/1.73m2 | Description |
|-------|--------------------|-------------|
|       | >90 (with CKD Risk Factors) | At increased risk |
| 1     | >=90               | Kidne damage with normal or elevated GFR |
| 2     | 60 -89             | Kidney damage with mild decrease in GFR |
| 3     | 30 -59             | Moderate decrease in GFR |
| 4     | 15 - 29            | Severe decrease in GFR |
| 5     | <15 or dialysis    | Kidney failure |

i4:    eGFR Non-AA
Normal eGFR Reference Range: >60 mL/1.73 m2 validated ages 18-70 year,
in patients with no evidence of chronic kidney damage.*

eGFR is calculated based on the MDRD equation recommended by the National Kidney Foundation, Kidney Disease Outcome Quality Initiative (NKF K/DOQI,as a screen for chronic kidney disease (CKD). MDRD does not require weight as a variable, is normalized to a 1.73 m2 adult body surface area, and considers the patient's age, gender and race. MDRD is not valid in pregnancy and should not be used to adjust drug dosages. Patients with diets unusually low in protein or at extremes of body size should be considered on an individual basis.

The following is a separate reference range for patients with evidence of chronic kidney damage and indicates stages of chronic kidney disease based in the National Kidney Foundation Guidelines. *Kidney damage is indicated by significant proteinuria or an elevated urine albumin to creatinine ratio.

| Stage | eGFR mL/min/1.73m2 | Description |
|-------|--------------------|-------------|
| 1     | >=90               | At increased risk |
| 2     | 60 -89             | Kidney damage with mild increase in GFR |
| 3     | 30 -59             | Moderate decrease in GFR |
| 4     | 15 - 29            | Severe decrease in GFR |
| 5     | <15 or dialysis    | Kidney failure |

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  19009816          Page 4 of 5          Print Date/Time:  7/25/2019 16:44 EDT

Jul-25-2019 03:31 PM LRMC HIS 2 (352) 323-5478                              35/35

Leesburg Regional Medical Center

| | | | |
|---|---|---|---|
| Patient Name: | JACKSON, KEVIOUS | | |
| MRN: | LRMC000633854 | | |
| FIN: | LRMC1920400152 | Admit: | 7/23/2019 |
| | | Disch: | 7/25/2019 |
| DOB/Age/Sex: | 8/8/1977    41 years    Male | Admitting: | DWARAKNADH R BANALA,MD |

## *Chemistry*

### Lipids and CV Risk

Collected Date  7/24/2019
Collected Time  07:07 EDT

| Procedure | | Units | Reference Range |
|---|---|---|---|
| Cholesterol Total | 264 H f *1 | mg/dL | [0-200] |
| Triglycerides | 67 *1 | mg/dL | [0-150] |
| HDL | 46 *1 | mg/dL | [3-150] |
| LDL | 205 H f1 | mg/dL | [0-100] |
| Non HDL Cholesterol | 218 H f1 | mg/dL | [0-160] |
| Coronary Risk Ratio | 5.7 H *1 | ratio | [0.0-5.0] |
| VLDL Cholesterol | 13 *1 | mg/dL | [5-30] |

Interpretive Data
I5:    Cholesterol Total

```
Interpretation:
<200       Desirable
200-240    Borderline
>240       High Risk
```

### Thyroid

Collected Date  7/24/2019
Collected Time  07:07 EDT

| Procedure | | Units | Reference Range |
|---|---|---|---|
| TSH | 3.610 *1 | mIntlUnit/mL | [0.358-3.740] |

Performing Locations
*1:    This test was performed at
       Leesburg Regional Medical Center Lab, Leesburg Regional Medical Center, 600 E Dixie Ave., Leesburg, FL,
       34748-  , (352) 323-5300

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, I=Interp Data, *=Performing Lab

*Exhibit 2*

 **Federal Bureau of Prisons**

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** JACKSON, KEVIOUS | **Facility** FCI Coleman Med |
| **Reg #** 17483-104 | **Order Unit** |
| **DOB** 08/08/1977 | **Provider** Richard Li, MD |
| **Sex** M | |

**Collected** 07/09/2019 10:08
**Received** 07/10/2019 10:09
**Reported** 07/10/2019 16:17
**LIS ID** 191191421

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 137 | 137-148 | mmol/L |
| Potassium | | 4.3 | 3.5-5.0 | mmol/L |
| Chloride | | 100 | 99-114 | mmol/L |
| CO2 | | 27 | 22-30 | mmol/L |
| BUN | | 11 | 7-22 | mg/dL |
| Creatinine | | 1.14 | 0.66-1.25 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 8.9 | 8.5-10.9 | mg/dL |
| Glucose | | 78 | 70-110 | mg/dL |
| AST | | 26 | 11-55 | U/L |
| ALT | | 30 | 11-66 | U/L |
| Alkaline Phosphatase | | 43 | 41-133 | U/L |
| Bilirubin, Total | | 0.5 | 0.2-1.3 | mg/dL |
| Total Protein | | 7.1 | 6.0-8.2 | g/dL |
| Albumin | | 4.5 | 3.6-5.1 | g/dL |
| Globulin | | 2.6 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.80 | 1.00-2.30 | |
| Anion Gap | | 9.3 | 9.0-19.0 | |
| BUN/Creat Ratio | | 9.9 | 5.0-30.0 | |
| Cholesterol | H | 241 | <200 | mg/dL |
| Triglycerides | | 108 | 10-150 | mg/dL |
| HDL Cholesterol | | 42 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | H | 177 | 0-130 | mg/dL |
| Chol/HDL Ratio | H | 5.7 | 0.0-4.0 | |

## SPECIAL CHEMISTRY

| | | | | |
|---|---|---|---|---|
| PSA, Total | | 1.010 | 0.064-4.000 | ng/mL |

## HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 6.1 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

---

**FLAG LEGEND**  L=Low  Ll=Low Critical  H=High  Hl=High Critical  A=Abnormal  Al =Abnormal Critical

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: | M | Race: | BLACK |
| Scanned Date: | 07/15/2019 15:34 EST | | | Facility: | COM |

**Reviewed by Li, Richard MD on 08/07/2019 13:15.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | | Reg #: | 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: | M | Race: | BLACK |
| Scanned Date: | 07/31/2019 15:09 EST | | | Facility: | COM |

**Reviewed by Li, Richard MD on 09/04/2019 07:36.**

| | | |
|---|---|---|
| Heart rate: | 61 bpm | |
| P/QRS/T axis: | 50/76/92 deg | |
| QT/QTc: | 378/381 ms | |
| QRS: | 84 ms | |
| P/PR: | 114/196 ms | |

Abnormal ECG
Unconfirmed Report

moderate right- and mid-precordial repolarization disturbance, consider
ischemia, LV overload and/or digitalis
slight high-lateral repolarization disturbance, consider ischemia, LV overload
and/or digitalis

*Exhibit 3*



Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

## Coronavirus Disease 2019 (COVID-19)

# People Who Are at Higher Risk for Severe Illness

COVID-19 is a new disease and there is limited information regarding risk factors for severe disease. Based on currently available information and clinical expertise, **older adults and people of any age who have serious underlying medical conditions** might be at higher risk for severe illness from COVID-19.

Based on what we know now, those at high-risk for severe illness from COVID-19 are:

- People 65 years and older
- People who live in a nursing home or long-term care facility

People of all ages with underlying medical conditions, particularly if not well controlled, including:

- People with chronic lung disease or moderate to severe asthma
- People who have serious heart conditions
- People who are immunocompromised
  - Many conditions can cause a person to be immunocompromised, including cancer treatment, smoking, bone marrow or organ transplantation, immune deficiencies, poorly controlled HIV or AIDS, and prolonged use of corticosteroids and other immune weakening medications
- People with severe obesity (body mass index [BMI] of 40 or higher)
- People with diabetes
- People with chronic kidney disease undergoing dialysis
- People with liver disease



 Older Adults

 People with Asthma

 At Risk For Severe Illness

 People with HIV

 People with Liver Disease

 People Who Are Immunocompromised

COVID-19: Are You at Higher Risk for Severe Illness?



Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

## Coronavirus Disease 2019 (COVID-19)

# Groups at Higher Risk for Severe Illness

COVID-19 is a new disease and there is limited information regarding risk factors for severe illness. Based on currently available information and clinical expertise, **older adults and people of any age who have serious underlying medical conditions might be at higher risk for severe illness from COVID-19.**

We are learning more about COVID-19 every day; CDC will update the advice below as new information becomes available.

# Reduce your risk of getting sick with COVID-19

- **Continue your medications** and do not change your treatment plan without talking to your doctor.
- **Have at least a 2-week supply** of prescription and non-prescription medications. Talk to your healthcare provider, insurer, and pharmacist about getting an extra supply (i.e., more than two weeks) of prescription medications, if possible, to reduce trips to the pharmacy.
- **Talk to your healthcare provider about whether your vaccinations are up-to-date.** People older than 65 years, and those with many underlying conditions, such as those who are immunocompromised or with significant liver disease, are recommended to receive vaccinations against influenza and pneumococcal disease.
- **Do not delay getting emergency care for your underlying condition** because of COVID-19. Emergency departments have contingency infection prevention plans to protect you from getting COVID-19 if you need care for your underlying condition.
- **Call your healthcare provider if you have any concerns** about your underlying medical conditions or if you get sick and think that you may have COVID-19. If you need emergency help, call 911.

**Learn what else you can do** as someone who may be at higher risk for severe illness, including staying home and away from other people as much as possible.

# Actions you can take based on your conditions and other risk factors

## Asthma (moderate-to-severe)

Moderate-to-severe asthma may put people at higher risk for severe illness from COVID-19.

**Actions to take**

- Follow your Asthma Action Plan.
- Keep your asthma under control.
- Continue your current medications, including any inhalers with steroids in them ("steroids" is another word for corticosteroids).

- Ask your caretakers about the actions that are being taken at your nursing home or long-term care facility to protect you and your loved ones, including if and how they are limiting visitors.

**Why you might be at higher risk**

The communal nature of nursing homes and long-term care facilities, and the population served (generally older adults often with underlying medical conditions), put those living in nursing homes at higher risk of infection and severe illness from COVID-19.

# Serious heart conditions

Serious heart conditions, including heart failure, coronary artery disease, congenital heart disease, cardiomyopathies, and pulmonary hypertension, may put people at higher risk for severe illness from COVID-19.

**Actions to take**

- Take your medication exactly as prescribed. Continue angiotensin converting enzyme inhibitors (ACE-I) or angiotensin-II receptor blockers (ARB) as prescribed by your healthcare provider for indications such as heart failure or high blood pressure. This is recommended by current clinical guidelines.

- Make sure that you have at least a two-week supply of your heart disease medications (such as those to treat high cholesterol and high blood pressure).
- People with hypertension should continue to manage and control their blood pressure and take their medication as directed.

**Why you might be at higher risk**

COVID-19, like other viral illnesses such as the flu, can damage the respiratory system and make it harder for your heart to work. For people with heart failure and other serious heart conditions this can lead to a worsening of COVID-19 symptoms.

# Severe obesity

Severe obesity, defined as a body mass index (BMI) of 40 or above, puts people at higher risk for complications from COVID-19.

**Actions to take**

- Take your medications for any underlying health conditions exactly as prescribed.

**Why you might be at higher risk**

Severe obesity increases the risk of a serious breathing problem called acute respiratory distress syndrome (ARDS), which is a major complication of COVID-19 and can cause difficulties with a doctor's ability to provide respiratory support for seriously ill patients. People living with severe obesity can have multiple serious chronic diseases and underlying health conditions that can increase the risk of severe illness from COVID-19.

Page last reviewed: May 14, 2020
Content source: National Center for Immunization and Respiratory Diseases (NCIRD), Division of Viral Diseases

*Exhibit 8*

- If you are immunocompromised, continue any recommended medications or treatments and follow the advice of your healthcare provider.
- Call your healthcare provider if you have concerns about your condition or feel sick.

**Why you might be at higher risk**

People with a weakened immune system have reduced ability to fight infectious diseases, including viruses like COVID-19. Knowledge is limited about the virus that causes COVID-19, but based on similar viruses, there is concern that immunocompromised patients may remain infectious for longer than other COVID-19 patients.

# Liver disease

Chronic liver disease,  including cirrhosis, may increase risk for serious illness from COVID-19.

**Actions to take**

- Take your medications exactly as prescribed.

**Why you might be at higher risk**

Severe illness caused by COVID-19 and the medications used to treat some severe consequences of COVID-19 can cause strain on the liver, particularly for those with underlying liver problems. People living with serious liver disease can have a weakened immune system, leaving the body less able to fight COVID-19.

# People aged 65 years and older

Older adults, 65 years and older, are at higher risk for severe illness and death from COVID-19.

**Actions to take**

- Take your medications for any underlying health conditions exactly as prescribed.
- Follow the advice of your healthcare provider.
- Develop a care plan that summarizes your health conditions and current treatments.
- Prepare yourself to stay home for long periods using this checklist.

**Why you might be at higher risk**

Although COVID-19 can affect any group, the older you are, the higher your risk of serious disease. Eight out of 10 deaths reported in the U.S. have been in adults 65 years or older; risk of death is highest among those 85 years or older. The immune systems of older adults weaken with age, making it harder to fight off infections. Also, older adults commonly have chronic diseases that can increase the risk of severe illness from COVID-19.

# People who live in a nursing home or long-term care facility

Many cases of COVID-19 in the U.S. have occurred among older adults living in nursing homes or long-term care facilities

**Actions to take**

- Carefully follow your facility's instructions for infection prevention.
- Notify staff right away if you feel sick.

# Diabetes

Diabetes, including type 1, type 2, or gestational, may put people at higher risk of severe illness from COVID-19.

**Actions to take**

- Continue taking your diabetes pills and insulin as usual.
- Test your blood sugar every four hours and keep track of the results.
- Make sure that you have at least a two-week supply of your diabetes pills and insulin.
- Follow the sick day guidelines for people with diabetes.

**Why you might be at higher risk**

People with diabetes whose blood sugar levels are often higher than their target are more likely to have diabetes-related health problems. Those health problems can make it harder to overcome COVID-19.

# Hemoglobin Disorders

Hemoglobin disorders such as sickle cell disease (SCD) and thalassemia may put people at higher risk for severe illness from COVID-19.

**Actions to take**

- Ask your healthcare provider about telemedicine or remote healthcare visits, and know when to go to the emergency department.
- Work with your healthcare provider to manage medications and therapies for your disorder (including hydroxyurea, chelation therapy, blood transfusions, and prescriptions for pain management) and any other health condition you may have (such as diabetes, high blood pressure, and arthritis).
- Try to prevent vaso-occlusive episodes or pain crises by avoiding possible triggers.
- Review our healthy living with SCD guide or our healthy living with thalassemia guide for tips to help you stay healthy.
- Find SCD resources and thalassemia resources to help navigate care and increase knowledge and awareness of SCD and thalassemia.
- Let friends and family know about the need for healthy blood donors.

**Why you might be at higher risk**

Living with a hemoglobin disorder can lead to serious multi-organ complications, and underlying medical conditions (such as heart disease, liver disease, diabetes, iron overload, kidney disease, viral infections, or weakened immune system) may increase the risk of severe illness from COVID-19.

# Immunocompromised

Many conditions and treatments can cause a person to have a weakened immune system (immunocompromised), including cancer treatment, bone marrow or organ transplantation, immune deficiencies, HIV with a low CD4 cell count or not on HIV treatment, and prolonged use of corticosteroids and other immune weakening medications. People who are Immunocompromised

**Actions to take**

Exhibit 3

- Know how to use your inhaler.
- Avoid your asthma triggers.
- If possible, have another member of your household who doesn't have asthma clean and disinfect your house for you. When they use cleaning and disinfecting products, have them:
  - Make sure that people with asthma are not in the room.
  - Minimize use of disinfectants that can cause an asthma attack.
  - Open windows or doors and use a fan that blows air outdoors.
  - Always follow the instructions on the product label.
  - Spray or pour spray products onto a cleaning cloth or paper towel instead of spraying the product directly onto the cleaning surface (if the product label allows).

**Why you might be at higher risk**

COVID-19 can affect your respiratory tract (nose, throat, lungs), cause an asthma attack, and possibly lead to pneumonia and serious illness.

# Chronic kidney disease being treated with dialysis

Chronic kidney disease being treated with dialysis may increase a person's risk for severe illness from COVID-19.

**Actions to take**

- If you are on dialysis, you should NOT miss your treatments.
- Contact your dialysis clinic and your healthcare provider if you feel sick or have concerns.
- Plan to have enough food on hand to follow the KCER 3-Day Emergency Diet Plan 📄 [PDF – 8 pages] 🗗 for dialysis patients in case you are unable to maintain your normal treatment schedule.

**Why you might be at higher risk**

Dialysis patients are more prone to infection and severe illness because of weakened immune systems; treatments and procedures to manage kidney failure; and coexisting conditions such as diabetes.

# Chronic lung disease

Chronic lung diseases, such as chronic obstructive pulmonary disease (COPD) (including emphysema and chronic bronchitis), idiopathic pulmonary fibrosis and cystic fibrosis, may put people at higher risk for severe illness from COVID-19.

**Actions to take**

- Keep taking your current medications, including those with steroids in them ("steroids" is another word for corticosteroids).
- Avoid triggers that make your symptoms worse.

**Why you might be at higher risk**

Based on data from other viral respiratory infections, COVID-19 might cause flare-ups of chronic lung diseases leading to severe illness.

Exhibit 3



## Inmates in federal and stat



2007

600,000

500,000

400,000

300,000

**U.S. pop**

200,000

Black
**13%**

100,000

Hispanic
**18%**

0

SOURCE Bureau of Justice Statistics

## Black Americans are dying
rate from COVID-19



Black people are
**17.7%** of the
population

NOTE Percentages based on populations where out
SOURCE Centers for Disease Control and Prevention

EXHIBIT ▮ 3

**AFFIDAVIT OF BRIE WILLIAMS, M.D.**

I, Brie Williams, hereby affirm as follows:

1.     I am a doctor duly licensed to practice medicine in the State of California.

2.     I am currently a Professor of Medicine at the University of California, San Francisco ("UCSF") in the Geriatrics Division, Director of UCSF's Amend: Changing Correctional Culture Program, as well as Director of UCSF's Criminal Justice & Health Program. In that capacity, my clinical research has focused on improved responses to disability, cognitive impairment, and symptom distress in older or seriously ill prisoners; a more scientific development of compassionate release policies; and a broader inclusion of prisoners in national health datasets and in clinical research.  I have developed new methods for responding to the unique health needs of criminal justice-involved older adults—including an evidence-based approach to reforming compassionate release policies and the design of a new tool to assess physical functioning in older prisoners.  I was previously a consultant for the California Department of Corrections and Rehabilitation, as well as for other state prison systems.

3.     I have extensive experience working with vulnerable populations, in particular the incarcerated and the elderly.

*Page 1*

# EXHIBIT 3

4.     I submit this affidavit in support of any defendant seeking release from custody during the COVID-19 pandemic, so long as such release does not jeopardize public safety and the inmate can be released to a residence in which the inmate can comply with CDC social distancing guidelines. The statements in this affidavit are based only on the current state of emergency and the circumstances described below.

**The Risk of Infection and Accelerated Transmission of COVID-19 within Jails and Prisons is Extraordinarily High.**

5.     Prisons and jails are not actually isolated from our communities: hundreds of thousands of correctional officers and correctional healthcare workers enter these facilities every day, returning to their families and to our communities at the end of their shifts, bringing back and forth to their families and neighbors and to incarcerated patients any exposures they have had during the day. Access to testing for correctional staff has been "extremely limited," guards have reported a "short supply" of protective equipment, and prisons are not routinely or consistently screening correctional officers for symptoms.[1]

6.     The risk of exposure is particularly acute in pre-trial facilities where the inmate populations shift frequently.[2] For example, despite the federal government's guidance to stay

---

[1] Keegan Hamilton, *Sick Staff, Inmate Transfers, and No Tests: How the U.S. Is Failing Federal Inmates as Coronavirus Hits*, Vice (Mar. 24, 2020), https://www.vice.com/en_ca/article/jge4vg/sick-staff-inmate-transfers-and-no-tests-how-the-us-is-failing-federal-inmates-as-coronavirus-hits.

*See also* Daniel A. Gross, *"It Spreads Like Wildfire": The Coronavirus Comes to New York's Prisons*, The New Yorker (Mar. 24, 2020), https://www.newyorker.com/news/news-desk/it-spreads-like-wildfire-covid-19-comes-to-new-yorks-prisons; Josiah Bates, *'We Feel Like All of Us Are Gonna Get Corona.' Anticipating COVID-19 Outbreaks, Rikers Island Offers Warning for U.S. Jails, Prisons*, Time (Mar. 24, 2020), https://time.com/5808020/rikers-island-coronavirus/; Sadie, Gurman, *Bureau of Prisons Imposes 14-Day Quarantine to Contain Coronavirus*, WSJ (Mar. 24, 2020), https://www.wsj.com/articles/bureau-of-prisons-imposes-14-day-quarantine-to-contain-coronavirus-11585093075; Cassidy McDonald, *Federal Prison Workers Say Conflictings Orders on Coronavirus Response Is Putting Lives at Risk*, CBS News (Mar. 19, 2020), https://www.cbsnews.com/news/coronavirus-prison-federal-employees-say-conflicting-orders-putting-lives-at-risk-2020-03-19/.

[2] Emma Grey Ellis, *Covid-19 Poses a Heightened Threat in Jails and Prisons*, Wired (Mar. 24, 2020), https://www.wired.com/story/coronavirus-covid-19-jails-prisons/.

EXHIBIT 3

inside and many states' stay-in-place orders, many prosecutors are still arresting individuals and

seeking detention.[3]   Pre-trial detention facilities are still accepting new inmates who are coming

from communities where COVID-19 infection is rampant.   As of today's date, the Bureau of

Prisons is still moving inmates from facility to facility, including prisoners in New York.[4]

7.       Because inmates live in close quarters, there is an extraordinarily high risk of

accelerated transmission of COVID-19 within jails and prisons.   Inmates share small cells, eat

together and use the same bathrooms and sinks.   They eat together at small tables that are cleaned

only irregularly.   Some are not given tissues or sufficient hygiene supplies.[5]   Effective social

distancing in most facilities is virtually impossible, and crowding problems are often compounded

by inadequate sanitation, such as a lack of hand sanitizer or sufficient opportunities to wash hands.[6]

**Inmate Populations Also Have the Highest Risk of Acute Illness and Poor Health Outcomes if Infected with COVID-19.**

8.       There are more than 2.3 million people incarcerated in the United States[7]

---

[3] Stephen Rex Brown, *'Business as Usual' For Federal Prosecutors Despite Coronavirus, Nadler Writes, Calling for Release of Inmates,* N.Y. Daily News (Mar. 20, 2020), https://www.nydailynews.com/new-york/ny-nadler-doj-inmates-20200320-d6hbdjcuj5aitppi3ui2xz7tjy-story.html.

[4] Courtney Bublé, *Lawmakers, Union Urge Halt to All Prison Inmate Transfers,* Government Executive (Mar. 25, 2020), https://www.govexec.com/management/2020/03/lawmakers-union-urge-halt-all-prison-inmate-transfers/164104/; Hamilton, *Sick Staff, Inmate Transfers;* Luke Barr, *Despite Coronavirus Warnings, Federal Bureau of Prisons Still Transporting Inmates,* ABC News (Mar. 23, 2020),https://abcnews.go.com/Health/warnings-bureau-prisons-transporting-inmates-sources/story?id=69747416.

[5] Justine van der Leun, *The Incarcerated Person Who Knows How Bad It Can Get,* Medium (Mar. 19, 2020), https://gen.medium.com/what-its-like-to-be-in-prison-during-the-coronavirus-pandemic-1e770d0ca3c5 ("If you don't have money, you don't have soap or tissues."); Keri Blakinger and Beth Schwartzapfel, *How Can Prisons Contain Coronavirus When Purrell Is a Contraband?,* ABA Journal (Mar. 13, 2020), https://www.abajournal.com/news/article/when-purell-is-contraband-how-can-prisons-contain-coronavirus.

[6] Rosa Schwartzburg, *'The Only Plan the Prison Has Is to Leave Us To Die in Our Beds',* The Nation (Mar. 25, 2020), https://www.thenation.com/article/society/coronavirus-jails-mdc/.

[7] Kimberly Kindy *et al., 'Disaster Waiting to Happen': Thousands of Inmates Released as Jails and Prisons Face Coronavirus Threat,* Washington Post (Mar. 25, 2020), https://www.washingtonpost.com/national/disaster-waiting-to-happen-thousands-of-inmates-released-as-jails-face-coronavirus-threat/2020/03/24/761c2d84-6b8c-11ea-b313-df458622c2cc_story.html.

EXHIBIT 3

approximately 16% of whom are age 50 or older.[8]  The risk of coronavirus to incarcerated seniors is high.  "Their advanced age, coupled with the challenges of practicing even the most basic disease prevention measures in prison, is a potentially lethal combination."[9]  To make matters worse, correctional facilities are often ill-equipped to care for aging prisoners, who are more likely to suffer from chronic health conditions than the general public.

9.     An estimated 39-43% of all prisoners, and over 70% of older prisoners, have at least one chronic condition, some of the most common of which are diabetes, hypertension, and heart problems.[10]  According to the CDC, each of these conditions—as well as chronic bronchitis, emphysema, heart failure, blood disorders, chronic kidney disease, chronic liver disease, any condition or treatment that weakens the immune response, current or recent pregnancy in the last two weeks, inherited metabolic disorders and mitochondrial disorders, heart disease, lung disease, and certain neurological and neurologic and neurodevelopment conditions[11]—puts them at a "high-risk for severe illness from COVID-19."[12]

---

[8] Brie Williams *et al.*, *Strategies to Optimize the Use of Compassionate Release from US Prisons*, 110 AJPH S1, S28 (2020), *available at* https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2019.305434; Kimberly A. Skarupski, *The Health of America's Aging Prison Population*, 40 Epidemiologic Rev. 157, 157 (2018), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5982810/.

[9] Weihua Li and Nicole Lewis, *This Chart Shows Why the Prison Population is So Vulnerable to COVID-19*, The Marshall Project (Mar. 19, 2020), https://www.themarshallproject.org/2020/03/19/this-chart-shows-why-the-prison-population-is-so-vulnerable-to-covid-19.

[10] Brie A. Williams *et al.*, *How Health Care Reform Can Transform the Health of Criminal Justice-Involved Individuals*, 33 Health Affairs 462-67 (2014), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4034754/; Brie A. Williams *et al.*, *Coming Home: Health Status and Homelessness Risk of Older Pre-release Prisoners*, 25 J. Gen. Internal Med. 1038-44 (2010), *available at* https://link.springer.com/content/pdf/10.1007/s11606-010-1416-8.pdf; Laura M. Maruschak *et al.*, *Medical Problems of State and Federal Prisoners and Jail Inmates, 2011-12*, U.S. Dept of Justice (Oct. 4, 2016), at 5, *available at* https://www.bjs.gov/content/pub/pdf/mpsfpji1112.pdf.

[11] Harvard Health Publishing, *Coronavirus Research Center*, Harvard Medical School (Mar. 25, 2020), https://www.health.harvard.edu/diseases-and-conditions/coronavirus-resource-center.

[12] Centers for Disease Control and Prevention, *Coronavirus Disease 2019: People Who Are at Higher Risk*, https://www.cdc.gov/coronavirus/2019-ncov/specific-groups/people-at-higher-risk.html (last updated Mar. 22, 2020).

# EXHIBIT 3

10.   However, even many young federal prisoners suffer from asthma, rendering them also very vulnerable to coronavirus.[13]

11.   But it is not only the elderly, or those with preexisting medical conditions that are at risk of coronavirus in a correctional setting.  As of March 23, 2020, New York City reported that "[p]eople ranging in ages from 18 to 44 have accounted for 46 percent of positive tests."[14] Across the United States, 38% of those hospitalized are between the ages of 20 and 54 and 12% of the intensive care patients are between 20 and 44.[15]

12.   This data is of particular concern for inmate populations, since prisoners' physiological age *averages 10 to 15 years older* than their chronological age.[16] Therefore, the consensus of those who study correctional health is that inmates are considered "geriatric, by the age of 50 or 55 years."[17] It is not clear that prison health care administrations are taking accelerated ageing into account when determining the eligibility criteria for age-related screening tools and medical care protocols for coronavirus, potentially leaving large swathes of the prison population at risk.[18]

---

[13] Laura Maruschak, *Medical Problems of Jail Inmates*, Dep't of Justice (Nov. 2006), at p. 2, *available at* https://www.bjs.gov/content/pub/pdf/mpji.pdf.

[14] Kimiko de Freytas-Tamura, *20-Somethings Now Realizing That They Can Get Coronavirus, Too*, N.Y. Times (Mar. 23, 2020), https://www.nytimes.com/2020/03/23/nyregion/nyc-coronavirus-young.html.

[15] *Id.*

[16] Brie A. Williams *et al.*, *Aging in Correctional Custody: Setting a Policy Agenda for Older Prisoner Health Care*, 102 Am. J. Public Health 1475-81 (2012), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3464842/; *see also* Brie Williams *et al.*, *Detained and Distressed: Persistent Distressing Symptoms in a Population of Older Jail Inmates*, 64 J. Am. Geriatrics Soc. 2349-55 (2016), https://onlinelibrary.wiley.com/doi/pdf/10.1111/jgs.14310 ("For example, older jail inmates with an average age of 60 in this study reported poor or fair health [and] chronic lung disease . . . at rates similar to those reported by community-based lower income older adults with an average age of 72.").

[17] Brie A. Williams *et al.*, *The Older Prisoner and Complex Chronic Medical Care* 165-70 in World Health Organization, *Prisons and Health* (2014), https://pdfs.semanticscholar.org/64aa/10d3cff6800ed42dd152fcf4e13440b6f139.pdf.

# EXHIBIT 3

13.     In one study, we found that inmates who died in hospitals were, on average, nearly two decades younger than non-incarcerated decedents, had significantly shorter hospitalizations, and had higher rates of several chronic conditions including cancer, liver disease and/or hepatitis, mental health conditions, and HIV/AIDS."[19]

**The Entire Community is at Risk If Prison Populations Are Not Reduced**

14.     As the World Health Organization has warned, prisons around the world can expect "huge mortality rates" from Covid-19 unless they take immediate action including screening for the disease.[20]

15.     As of March 24, 2020, at least 38 people involved in the New York City correctional system have tested positive for Covid-19.[21] Already, three inmates and three staff at federal correctional facilities across the United States have tested positive for the coronavirus, according to the Federal Bureau of Prisons.[22]

16.     Jails and prisons are fundamentally ill-equipped to handle a pandemic.

17.     Medical treatment capacity is not at the same level in a correctional setting as it is in a hospital. Some correctional facilities have no formal medical ward and no place to quarantine

---

[18] Brie A. Williams *et al.*, *Differences Between Incarcerated and Non-Incarcerated Patients Who Die in Community Hospitals Highlight the Need For Palliative Care Services For Seriously Ill Prisoners in Correctional Facilities and in Community Hospitals: a Cross-Sectional Study*, 32 J. Pallitive Med. 17-22 (2018), *available at* https://journals.sagepub.com/doi/pdf/10.1177/0269216317731547.

[19] *Id.* at 20.

[20] Hannah Summers, *'Everyone Will Be Contaminated': Prisons Face Strict Coronavirus Controls*, The Guardian (Mar. 23, 2020), https://www.theguardian.com/global-development/2020/mar/23/everyone-will-be-contaminated-prisons-face-strict-coronavirus-controls.

[21] Ellis, *Covid-19 Poses a Heightened Threat in Jails and Prisons.*

[22] Ryan Lucas, *As COVID-19 Spreads, Calls Grow to Protect Inmates in Federal Prisons*, NPR (Mar. 24, 2020), https://www.npr.org/sections/coronavirus-live-updates/2020/03/24/820618140/as-covid-19-spreads-calls-grow-to-protect-inmates-in-federal-prisons.

EXHIBIT 13

sick inmates, other than the facilities' Special Housing Unit (SHU).[23] While the cells in the SHU have solid doors to minimize the threat of viral spread in otherwise overcrowded facilities, they rarely have intercoms or other ways for sick inmates to contact officers in an emergency.[24] This is particularly dangerous for those with COVID-19 infection since many patients with COVID-19 descend suddenly and rapidly into respiratory distress.[25]

18.    Even those facilities that do have healthcare centers can only treat relatively mild types of respiratory problems for a very limited number of people.[26] This means that people who become seriously ill while in prisons and jails will be transferred to community hospitals for care. At present, access to palliative care in prison is also limited.

19.    Corrections officers may also be particularly vulnerable to coronavirus due to documented high rates of diabetes and heart disease.[27] Prison staff in Pennsylvania, Michigan, New York and Washington state have tested positive for the virus, resulting in inmate quarantines. In Washington, D.C., a U.S. marshal who works in proximity to new arrestees tested positive for the virus, meaning dozens of defendants headed for jail could have been exposed.[28] In New York,

---

[23] MCC New York COVID 19 Policy Memo, Mar. 19, 2020, https://www.documentcloud.org/documents/6818073-MCC-New-York-COVID-19-Policy-Memo.html; Danielle Ivory, *'We Are Not a Hospital': A Prison Braces for the Coronavirus*, N.Y. Times (Mar. 17, 2020), https://www.nytimes.com/2020/03/17/us/coronavirus-prisons-jails.html.

[24] Brie Williams *et al.*, *Correctional Facilities in the Shadow of COVID-19: Unique Challenges and Proposed Solutions*, Health Affairs (Mar. 26, 2020), https://www.healthaffairs.org/do/10.1377/hblog20200324.784502/full/.

[25] Lizzie Presser, *A Medical Worker Describes Terrifying Lung Failure From COVID-19—Even in His Young Patients*, ProPublica (Mar. 21, 2020), https://www.propublica.org/article/a-medical-worker-describes--terrifying-lung-failure-from-covid19-even-in-his-young-patients.

[26] Ellis, *Covid-19 Poses a Heightened Threat in Jails and Prisons*; Li and Lewis, *This Chart Shows Why the Prison Population is So Vulnerable to COVID-19*.

[27] Brie Williams, *Role of US-Norway Exchange in Placing Health and Well-Being at the Center of US Prison Reform*, https://ajph.aphapublications.org/doi/10.2105/AJPH.2019.305444 (published Jan. 22, 2020).

[28] Zusha Elinson and Deanna Paul, *Jails Release Prisoners, Fearing Coronavirus Outbreak*, WSJ (Mar. 22, 2020), https://www.wsj.com/articles/jails-release-prisoners-fearing-coronavirus-outbreak-11584885600 ("We're all headed for some dire consequences," said Daniel Vasquez, a former warden of San Quentin and Soledad state prisons in

7

EXHIBIT 3

236 members of the New York Police Department have tested positive for coronavirus and 3,200 employees are sick, triple the normal sick rate.[29]  Two federal prison staffers have also tested positive.[30]

20.   For this reason, correctional health is public health. Decreasing risk in prisons and jails decreases risk to our communities.

21.   Reducing the overall population within correctional facilities will also help medical professionals spread their clinical care services throughout the remaining population more efficiently.  With a smaller population to manage and care for, healthcare and correctional leadership will be better able to institute shelter in place and quarantine protocols for those who remain. This will serve to protect the health of both inmates as well as correctional and healthcare staff.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: San Francisco, California
        March 27, 2020

Dr. Brie Williams

---

California. "They're in such close quarters—some double- and triple-celled—I think it's going to be impossible to stop it from spreading.").

[29] Erin Durkin, *Thousands of NYPD Officers Out Sick Amid Coronavirus Crisis*, Politico (Mar. 25, 2020), https://www.politico.com/states/new-york/albany/story/2020/03/25/thousands-of-nypd-officers-out-sick-amid-coronavirus-crisis-1268960.

[30] Elinson and Paul, *Jails Release Prisoners, Fearing Coronavirus Outbreak*.

8

EXHIBIT 💧 3

## DECLARATION OF DR. JONATHAN LOUIS GOLOB

I, Jonathan Louis Golob, declare as follows:

1. I am an Assistant Professor at the University of Michigan School of Medicine in Ann Arbor, Michigan, where I am a specialist in infectious diseases and internal medicine. At the University of Michigan School of Medicine, I am a practicing physician and a laboratory-based scientist. My primary subspecialization is for infections in immunocompromised patients, and my recent scientific publications focus on how microbes affect immunocompromised people. I obtained my medical degree and completed my residency at the University of Washington School of Medicine in Seattle, Washington, and also completed a Fellowship in Internal Medicine Infectious Disease at the University of Washington. I am actively involved in the planning and care for patients with COVID-19. Attached as Exhibit A is a copy of my curriculum vitae.

2. COVID-19 is a novel zoonotic coronavirus that has been identified as the cause of a viral outbreak that originated in Wuhan, China in December 2019. The World Health Organization has declared that COVID-19 is causing a pandemic. As of March 12, 2020, there are over 140,000 confirmed cases of COVID-19. COVID-19 has caused over 5,000 deaths, with exponentially growing outbreaks occurring at multiple sites worldwide, including within the United States.

3. COVID-19 makes certain populations of people severely ill. People over the age of fifty are at higher risk, with those over 70 at serious risk. As the Center for Disease Control and Prevention has advised, certain medical conditions increase the risk of serious COVID-19 for people of any age. These medical conditions include: those with lung disease, heart disease, diabetes, or immunocompromised (such as from cancer, HIV, autoimmune diseases), blood disorders (including sickle cell disease), chronic liver or kidney disease, inherited metabolic disorders, stroke, developmental delay, or pregnancy.

4. For all people, even in advanced countries with very effective health care systems such as the Republic of Korea, the case fatality rate of this infection is about ten fold higher than that observed from a severe seasonal influenza. In the more vulnerable groups, both the need for care, including intensive care, and death is much higher than we observe from influenza infection: In the highest risk populations, the case fatality rate is about 15%. For high risk patients who do not die from COVID-19, a prolonged recovery is expected to be required, including the need for extensive rehabilitation for profound deconditioning, loss of digits, neurologic damage, and loss of respiratory capacity that can be expected from such a severe illness.



EXHIBIT 13

5.  In most people, the virus causes fever, cough, and shortness of breath. In high-risk individuals as noted above, this shortness of breath can often be severe. Even in younger and healthier people, infection of this virus requires supportive care, which includes supplemental oxygen, positive pressure ventilation, and in extreme cases, extracorporeal mechanical oxygenation.

6.  Most people in the higher risk categories will require more advanced support; positive pressure ventilation, and in extreme cases, extracorporeal mechanical oxygenation. Such care requires highly specialized equipment in limited supply as well as an entire team of care providers, including but not limited to 1:1 or 1:2 nurse to patient ratios, respiratory therapists and intensive care physicians. This level of support can quickly exceed local health care resources.

7.  The COVID-19 virus can severely damage the lung tissue, requiring an extensive period of rehabilitation and in some cases a permanent loss of respiratory capacity. The virus also seems to target the heart muscle itself, causing a medical condition called myocarditis, or inflammation of the heart muscle. Myocarditis can affect the heart muscle and electrical system, which reduces the heart's ability to pump, leading to rapid or abnormal heart rhythms in the short term, and heart failure that limits exercise tolerance and the ability to work lifelong. There is emerging evidence that the virus can trigger an over-response by the immune system in infected people, further damaging tissues. This cytokine release syndrome can result in widespread damage to other organs, including permanent injury to the kidneys (leading to dialysis dependence) and neurologic injury.

8.  There is no vaccine for this infection. Unlike influenza, there is no known effective antiviral medication to prevent or treat infection from COVID-19. Experimental therapies are being attempted. The only known effective measures to reduce the risk for a vulnerable person from injury or death from COVID-19 are to prevent individuals from being infected with the COVID-19 virus. Social distancing, or remaining physically separated from known or potentially infected individuals, and hygiene, including washing with soap and water, are the only known effective measures for protecting vulnerable communities from COVID-19.

9.  COVID-19 is known to be spreading in the Seattle, Washington-area community. As of March 11, 2020 there are 270 confirmed cases of COVID-19 (an increase of 36 from March 10, 2020) and twenty-seven deaths from COVID-19 in the Seattle area. This



EXHIBIT 3

represents the largest known outbreak in the United States, and one the largest known outbreaks in the world as of March 12, 2020.

10. Nationally, without effective public health interventions, CDC projections indicate about 200 million people in the United States could be infected over the course of the epidemic, with as many as 1.5 million deaths in the most severe projections. Effective public health measures, including social distancing and hygiene for vulnerable populations, could reduce these numbers.

11. Based on the recovered genomes of the virus from the community analyzed by the Nextstrain project run by Dr. Trevor Bedford of the Fred Hutchinson Cancer Research Center in Seattle, it is known that the infection is being shared from person to person in and around Seattle. COVID-19 strains have specifically traced infection between residents and staff members of a skilled nursing facility in the Seattle area. This evidence suggests that COVID-19 is capable of spreading rapidly in institutionalized settings. The highest known person-to-person transmission rates for COVID-19 are in a skilled nursing facility in Kirkland, Washington and on afflicted cruise ships in Japan and off the coast of California. The strain of virus spreading in the Seattle area is genetically related to the strain of virus that spread readily on the cruise ships.

12. The COVID-19 outbreak in Seattle has resulted in the need for unprecedented public health measures, including multiple efforts to facilitate and enforce social distancing. These include encouraging employees to work from home, bans of gathering of more than 250 people, closure of schools, closure of the University of Washington campus in Seattle, limitations of visitation to skilled nursing facilities, and cancellation of major public events. Individuals have been asked to delay or cancel health care procedures in order to free up capacity within the system.

13. During the H1N1 influenza ("Swine Flu") epidemic in 2009, jails and prisons were sites of severe outbreaks of viral infection. Given the avid spread of COVID-19 in skilled nursing facilities and cruise ships, it is reasonable to expect COVID-19 will also readily spread in detention centers, particularly when residents cannot engage in proper hygiene and isolate themselves from infected residents or staff.

14. This information provides many reasons to conclude that vulnerable people, people over the age of 50 and people of any age with lung disease, heart disease, diabetes, or immunocompromised (such as from cancer, HIV, autoimmune diseases), blood disorders (including sickle cell disease), chronic liver or kidney disease, inherited metabolic disorders, stroke, developmental delay, or pregnancy living in an institutional setting,

**COLEMAN FCC**                    COM - B08-106U
846 NE 54TH TERRACE - COLEMAN, Florida 33521
957082-COX  Li, Richard MD              08/29/19
JACKSON, KEVIOUS                    17483-104
Don't use daily. Inhale 2 puffs by mouth 4 times a
day as needed to prevent/relieve asthma attack
(inhaler to last 90 days. If need more, make sick call)
"Empty container is to be returned for refill"

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
(3) Refills    01/30/20      KMC      Refill Until: 06/28/20
#8.5 GM                          Don't Confiscate Before: 04/29/20
         CAUTION: Federal/State law prohibits transfer of this drug
         to any person other than patient for whom prescribed.

---

**COLEMAN FCC**                    (352) 330-3252
846 NE 54TH TERRACE, COLEMAN, FL 33521     H-16
957085-COX     Li, Richard MD         08/29/2019
JACKSON, KEVIOUS                    17483-104
COM-A01021L

## Take one tablet (25 MG)
## by mouth each morning

hydroCHLOROthiazide 25 MG Tab
    Lot:GS028593      Exp:03/26/2021
Don't confiscate before: 06/23/2020            #30
(6) Refills    03/25/2020           08/28/2020

⇒ Avoid prolonged or
excessive exposure to direct
and/or artificial sunlight
while taking this medicine.

 Round Lt.
Orange
2083/TEVA

---

**COLEMAN FCC**                    (352) 330-3252
846 NE 54TH TERRACE, COLEMAN, FL 33521     A-06
957083-COX     Li, Richard MD         08/29/2019
JACKSON, KEVIOUS                    17483-104
COM-A01021L

## Take one tablet (40 MG) by
## mouth every night at
## bedtime for control of
## cholesterol
Atorvastatin 40 MG TAB
    Lot:D154080      Exp:02/28/2021
Don't confiscate before: 06/23/2020            #30
(6) Refills    03/25/2020           08/26/2020

 Do not take other
medicines without
your doctor's advice

Avoid grapefruit
or grapefruit juice

⇒ Do not use this
medication if you are
pregnant, plan to become
pregnant, or are breastfeeding

 Oval Yellow
154/SG

*Exhibit J*

March 27, 2020

Dear President Trump,

As Americans are engaging in social distancing to limit the spread of COVID-19, we, as public health experts and concerned citizens, write to urge you to use your discretion to allow for the same to occur in federal prisons and immigration detention centers. These facilities contain high concentrations of people in close proximity and are breeding grounds for the uncontrolled transmission of SARS-CoV-2, the virus that causes COVID-19. The conditions in federal prisons and immigration detention centers present significant health risks to the people housed in them, the correctional officers, health care professionals, and others who work in them, and to the community as a whole.

The COVID-19 pandemic requires a strategic response based on the conditions we know to exist and the interventions we know to effectively limit transmission. We know that the COVID-19 virus transmits rapidly in densely populated spaces, which is why the CDC recommends that people keep at least six feet away from each other and avoid gatherings of more than ten people. Responding to the virus also requires an ability to keep sick people from well people and to treat those who have been exposed without endangering others.

This has been difficult to accomplish in our society generally, but is impossible to achieve in our federal prisons and immigration facilities as things currently stand. More than 221,000 people are incarcerated in federal prisons and 50,000 adults and children in immigrant detention centers. These people are housed cheek-by-jowl, in tightly-packed and poorly-ventilated dormitories; they share toilets, showers, and sinks; they wash their bedsheets and clothes infrequently; and often lack access to basic personal hygiene items. These facilities lack the ability to separate sick people from well people and to quarantine those who have been exposed. They are tinderboxes, ready to explode and endanger our entire country. Adequate medical care is hard to provide, even without COVID-19.

Concern over the people detained in these facilities should be sufficient to spur you to action, but they are not nearly the only people who stand to suffer if conditions are not changed: it is likely that an outbreak in a prison or detention center will spread beyond that facility. Through "jail churn" staff, correctional officers, judges, doctors, and visitors will all be exposed to COVID-19 in these facilities and will carry and spread it in the community at large. Facilities face the same risks as cruise ships and nursing homes when dealing with COVID-19.

First, we ask that you commute sentences for **all elderly people.** While the SARS-CoV-2 virus infects people of all ages, the World Health Organization (WHO) is clear that older people are at a higher risk of getting severe COVID-19 disease and dying. In fact, the risk of severe disease gradually increases with age starting from around 40 years. Also, older people who are released from prison pose little risk to public safety.

Second, we are also asking that you commute sentences for the **medically vulnerable population** including persons suffering from cardiovascular disease, diabetes, chronic

*Exhibit 5*

Senior Director, Geriatrics and Complex Care Services, Correctional Health Services

**Sarah Kimball, MD**
Co-Director, Immigrant & Refugee Health Center, Boston Medical Center

**Alan Shapiro, MD**
Senior Medical Director, Community Pediatric Programs and Assistant Clinical Professor of Pediatrics, Montefiore and Albert Einstein College of Medicine; Co-Founder and Medical Director, Terra Firma: Healthcare and Justice for Immigrant Children

**Ellen Lawton, JD**
Director, National Center for Medical-Legal Partnership, Milken Institute School of Public Health, George Washington University

**Steven Markowitz MD, DrPH**
Professor and Director, Barry Commoner Center for Health and the Environment, City University of New York

**Megan Murray, MD, ScD**
Professor of Global Health and Social Medicine, Harvard Medical School

**Ricky Bluthenthal, PhD**
Professor, Preventive Medicine, Institute for Health Promotion and Disease Prevention Research, Associate Dean for Social Justice, Keck School of Medicine, University of Southern California

**Charles Branas, PhD**
Professor of Epidemiology, Chair, Department of Epidemiology, Columbia University Mailman School of Public Health

**Scott A. Allen, MD**
Professor Emeritus, UC Riverside School of Medicine

**Beth Linas, PhD, MHS**
Infectious Disease Epidemiologist

**Alex H Kral, PhD**
Distinguished Fellow, RTI International

**Jeffrey Fagan, PhD.**
Sulzbacher Professor of Law and Professor of Epidemiology, Columbia University

**Wajdy L. Hailoo, MD, MSc, DIH, FCOEM, FCCP**
Professor, President, Med. Services of America

**Leo Beletsky, JD, MPH**

*Exhibit 3*

Associate Professor of Medicine, Yale School of Medicine, Department of Internal Medicine, Section of Infectious Disease

**Kinna Thakarar, DO MPH**
Assistant Professor of Medicine, Maine Medical Center

**Pia M. Mauro, PhD**
Assistant Professor of Epidemiology, Columbia University Mailman School of Public Health

**Rachel Hardeman PhD, MPH**
Assistant Professor of Health Services Research, University of Minnesota School of Public Health

**Matthew Murphy, MD, MPH**
Assistant Professor, Department of Medicine, Warren Alpert School of Medicine

**Lewis Pepper, MD, MPH**
Research Professor Retired, Queens College, City University of New York

**Mady Hornig, MA, MD**
Associate Professor of Epidemiology/Columbia University Mailman School of Public Health

**Susan Richman, MD, MSc**
Faculty, NYU School of Medicine

**Sarah Dalglish, PhD**
Associate, Johns Hopkins School of Public Health

**David Hoos, MD, MPH**
Senior Staff, Columbia University Mailman School of Public Health

**Alysse Wurcel MD**
Assistant Professor Tufts University School of Medicine, Infectious Diseases doctor in 6 MA jails

**Julia Marcus, PhD, MPH**
Assistant Professor, Department of Population Medicine, Harvard Medical School

**Andrea Low, MD, PhD**
Assistant Professor of Epidemiology, Columbia University Mailman School of Public Health

**Maureen Miller, PhD**
Senior Epidemiologist, Columbia University Mailman School of Public Health

**Kavita Rajasekhar, MD MPH**

Exhibit 3

**COLEMAN FCC**        COM - A01-021L
846 NE 54TH TERRACE - COLEMAN, Florida 33521
989756-COX  Li, Richard MD      04/03/20
JACKSON, KEVIOUS       17483-104
**Don't use daily. Inhale 2 puffs by mouth 4 times a**
**day as needed to prevent/relieve asthma attack**
**(inhaler to last 90 days. If need more, make sick call)**
**"Empty container is to be returned for refill"**

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
(4) Refills   04/30/20     JTM    Refill Until: 04/03/21
#8.5 GM        Don't Confiscate Before: 07/29/20

CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

---

**COLEMAN FCC**       (352) 330-3252
846 NE 54TH TERRACE, COLEMAN, FL 33521   H-16
989786-COX    Li, Richard MD    04/03/2020
JACKSON, KEVIOUS      17483-104
COM-A01021L

### Take one tablet (25 MG) by mouth each morning to control blood pressure

hydroCHLOROthiazide 25 MG Tab
Lot:GS029907     Exp:04/30/2021
Don't confiscate before: 07/29/2020     #30
(12) Refills   04/30/2020      04/03/2021   32
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

 Round Lt. Orange 2083/TEVA

⇒ Avoid prolonged or excessive exposure to direct and/or artificial sunlight while taking this medicine.

---

**COLEMAN FCC**       (352) 330-3252
846 NE 54TH TERRACE, COLEMAN, FL 33521   A-06
989782-COX    Li, Richard MD    04/03/2020
JACKSON, KEVIOUS      17483-104
COM-A01021L

### Take one tablet (40 MG) by mouth every night at bedtime for control of cholesterol

Atorvastatin 40 MG TAB
Lot:D154080     Exp:02/28/2021
Don't confiscate before: 07/29/2020     #30
(12) Refills   04/30/2020      04/01/2021   88
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

 Do not take other medicines without your doctor's advice

Avoid grapefruit or grapefruit juice.

⇒ Do not use this medication if you are pregnant, plan to become pregnant, or are breastfeeding

 Oval Yellow 154/SG

and other therapeutic interventions, will progress and may result in serious complications."[29] USMS does not publish data on the age or health issues of prisoners in their custody.

# BOP's COVID-19 Action Plan

BOP's COVID-19 action plan was announced on March 13, 2020.[30] BOP announced an update to the plan on March 19, 2020, to clarify that while there are restrictions on the movement of prisoners between facilities, BOP will transfer prisoners if necessary to properly manage the prison population, subject to certain conditions. The plan includes the following measures:

- **Suspending social visits for 30 days.** BOP is to reevaluate whether social visits should be reinstituted after this 30-day period. The 30-day period began the day the action plan was announced. To allow prisoners to maintain social ties while social visits are suspended, BOP is allowing prisoners to have 500 minutes per month (compared to the usual 300 minutes) of telephone time.

- **Suspending attorney visits for 30 days.** Like social visits, BOP is suspending visits from attorneys for 30 days, though BOP is to allow visits from attorneys on a case-by-case basis. Prisoners are to still be allowed to have confidential phone calls with their attorneys, which do not count against the 500 minutes per month limit.[31]

- **Limiting movement of prisoners.** BOP is suspending transferring prisoners between facilities for 30 days, with the exception of transfers for forensic studies, writs, Interstate Agreements on Detainers, medical or mental health treatment, and transfers to pre-release custody. BOP is also to approve some additional transfers on a case-by-case basis, such as transfers for judicial proceedings. BOP intends to continue to accept new prisoners. Prisoners who are moved from one facility to another must have been in BOP's custody for at least 14 days. Prisoners are also to be screened for COVID-19 symptoms before being transferred, and those who present symptoms or have a temperature greater than 100.4 degrees are not to be transferred and instead are to be placed in isolation.[32]

- **Limiting official travel.** BOP is suspending official staff travel, with the exception of relocation, for 30 days.

- **Suspending tours.** BOP is suspending prison tours for a 30-day period, though it can grant exceptions on a case-by-case basis.

- **Reducing staff training.** BOP is suspending for 30 days all staff training, with the exception of basic staff training for new employees at the Federal Law Enforcement Training Center and training provided at each facility for the facility staff.

- **Limiting contractor access to prisons.** For a 30-day period, BOP is only allowing access for contractors who are providing essential services (e.g.,

---

[29] BOP FY2021 congressional budget request, p. 27.

[30] U.S. Department of Justice, Bureau of Prisons, Federal Bureau of Prisons COVID-19 Action Plan, https://www.bop.gov/resources/news/20200313_covid-19.jsp.

[31] BOP notes that under normal circumstances, "the 300-minute per calendar month limitation does not apply to unmonitored legal telephone calls." U.S. Department of Justice, Bureau of Prisons, *Legal Resource Guide to the Federal Bureau of Prisons*, 2019, p. 37, https://www.bop.gov/resources/pdfs/legal_guide_march_2019.pdf.

[32] U.S. Department of Justice, Bureau of Prisons, "Updates to BOP COVID-19 Action Plan," https://www.bop.gov/resources/news/20200319_covid19_update.jsp.

*Page 1*

EXHIBIT 4

*Federal Prisoners and COVID-19: Background and Authorities to Grant Release*

medical or mental health care, religious services) or those who provide maintenance on essential systems.

- **Limiting volunteer access to prisons**. BOP is suspending visits to prisons from volunteers for 30 days, though it can grant some exceptions on a case-by-case basis. Alternative means of communication (e.g., telephone calls) would be provided to prisoners who want to speak privately with a religious volunteer. It is not clear if telephone calls with volunteers count against a prisoner's 500 minutes per month limit.

- **Screening employees**. BOP is instituting advanced health screenings of employees at prisons in areas with "sustained community transmission" as determined by the Centers for Disease Control and Prevention (CDC). Advanced health screening involves self-reporting of possible exposure to COVID-19 and temperature checks. Volunteers, contractors, attorneys, and tour participants who are granted access to a prison would be subject to the same screening procedures.

- **Screening prisoners**. BOP maintains an infectious disease management program as a matter of course, but in response to the COVID-19 pandemic BOP has instituted practices specific to mitigating the spread of the disease in its facilities. All new arrivals to the prison are to be screened for COVID-19 exposure risk factors and symptoms, asymptomatic prisoners with noted exposure risk factors are to be quarantined, and symptomatic prisoners with noted exposure risk factors are to be isolated and tested for COVID-19.

- **Modifications to operations**. For a 30-day period, BOP is making modifications to its operations, if the facility's population and physical layout make modifications feasible, to allow for social distancing and to limit group gatherings. For example, prisons might stagger meal and recreation times.

On March 31, 2020, BOP announced that effective April 1, 2020, all prisoners would be placed on a 14-day lockdown, meaning that they may not leave their assigned cell unless it is to attend programs or services offered as a part of normal operating procedures, such as educational programs or mental health treatment.[33] According to BOP, it is implementing these procedures in response to "a growing number of quarantine and isolation cases in our facilities" and to "further mitigate the exposure and spread of COVID-19."[34] BOP is still allowing prisoners access to the commissary, laundry, showers, telephones, and prisoner email to the extent practicable during the lockdown. BOP also announced that it is working with USMS to "significantly decrease" the number of prisoners who are transferred into BOP's custody during this period.

USMS has not released a COVID-19 prevention plan, but as discussed above, USMS does not operate its own jail system and prisoners are subject to any plans developed and implemented by the facility in which they are housed. However, if a prisoner develops complications from COVID-19 that could not be adequately treated in the facility in which he or she is housed, USMS would assume the cost of transporting the prisoner to a local medical facility and covering the cost of the medical care provided.[35]

---

[33] U.S. Department of Justice, Bureau of Prisons, "COVID-19 Action Plan: Phase Five," https://www.bop.gov/resources/news/20200331_covid19_action_plan_5.jsp.

[34] Ibid.

[35] U.S. Department of Justice, U.S. Marshals Service, "Defendants in Custody and Prisoner Management," https://www.usmarshals.gov/prisoner/index.html.

*Page 2*

EXHIBIT 5

# Manafort released from prison amid pandemic

**Kristine Phillips and Kevin Johnson**
USA TODAY

WASHINGTON – President Donald Trump's former campaign chairman Paul Manafort has been released from prison and is now in home confinement as the coronavirus pandemic spreads in the federal corrections system.

Todd Blanche, one of Manafort's attorneys, said the 71-year-old was released Wednesday morning. Manafort is serving a combined sentence of 7½ years in prison from two criminal cases that resulted from the special counsel investigation on Russia's election meddling in 2016.

Manafort was convicted in Virginia for a scheme to defraud banks and taxpayers out of millions of dollars he had amassed through illicit lobbying. He also pleaded guilty to conspiracy charges of not disclosing his lobbying work and tampering with witnesses in a related Washington, D.C., case.

Last month, Attorney General William Barr announced a plan to expedite the release of vulnerable prisoners to home confinement as infections and fatalities mounted.

Barr asked Bureau of Prison officials to grant home confinement based on factors including prisoners' age and vulnerability to COVID-19, their conduct in prison, and the crimes for which they were convicted.

Last month, Manafort's attorneys asked prison officials to release him to home confinement, saying his old age and health conditions put him at "high risk" of a COVID-19 infection.

Manafort's attorneys said their client would serve his confinement with his wife in a three-bedroom apartment in Northern Virginia.

In a court filing last month, an official said the Bureau of Prisons is prioritizing inmates who have served 50% of their punishment. Officials are also prioritizing inmates with short prison sentences: those who have 18 months or less left and have served 25% of their time.

Manafort has served about 25% of a



Manafort

47-month sentence and was scheduled for release in November 2024. The prison where he was held also isn't among the facilities where Barr said officials should prioritize releasing inmates. But prison officials have wide discretion over who is granted home confinement.

Since late March, 2,471 inmates have been designated for home confinement, the Bureau of Prisons said.

As of Wednesday, 2,818 inmates and 262 staffers have been infected with COVID-19 across the federal prison system. Fifty inmates have died. The pandemic has not reached the low-security prison in Loretto, Pennsylvania, where Manafort was held. His attorneys said it's only a matter of time before the infection spreads in the facility.

Manafort is one of a half a dozen former Trump aides and associates who either pleaded guilty or were convicted of crimes as a result of former special counsel Robert Mueller's Russia investigation.

Last month, U.S. District Judge Amy Berman Jackson suspended a jail sentence for Manafort's former partner, Rick Gates, noting the coronavirus threat. Gates, a former Trump campaign aide who pleaded guilty to conspiracy and making false statements about his status as a foreign agent, received a 45-day jail sentence that he must serve intermittently over three years of probation.

Another former Trump aide, Michael Cohen, had been approved for home confinement last month and had been due for release May 1. But his attorney, Lanny Davis, said Wednesday that the president's one-time personal lawyer remains in federal prison for "unexplained" reasons.

Cohen was sentenced to three years in prison after pleading guilty to charges that included campaign finance violations for paying hush money to women who claimed to have had sex with Trump and for lying to Congress. He was scheduled for release in 2021.

TRULINCS ███████████████ - Unit: COM-A-A

--------------------------------------------------------------------------------

FROM: newsletter@lisa-legalinfo.com
TO: ██████████████████████
SUBJECT: We're All About COVID-19 This Week... And A Wild Week It Was   LISA Newsletter for May 4, 2020
DATE: 05/06/2020 10:06 PM

LISA publishes a free newsletter sent every Monday to inmate subscribers in the Federal system.

Edited by Thomas L. Root, M.A., J.D.

Vol. 6, No: 18

Skyrockets in Flight
BOP Taking It on the Chin Over COVID-19 Home Confinement Moving Target
<><>

SKYROCKETS IN FLIGHT

The Bureau of Prison's official count of inmates with COVID-19, already widely disbelieved as being a gross undercount, skyrocketed last week from 799 on Sunday night to 1,926 sick inmates at 51 facilities as of last night.

About 70% of all infections are at Terminal Island, California, FMC Ft Worth, Texas, and the Butner complex in North Carolina. Terminal Island has the highest number of COVID-19 cases at 620 inmates.

Eleven inmates died last week, bringing the total COVID-19 deaths in the BOP to 38. The one that sparked the most outrage was that of Andrea Circle Bear, a 30-year old pregnant inmate with a 26-month sentence. Assigned to FMC Carswell, she was put on a ventilator March 31 and delivered her child by caesarean section the next day. She died of COVID-19 Apr 28, never coming off the ventilator.

"It's an outrage that Andrea Circle Bear, a near full-term, pregnant woman with underlying medical conditions, lost her life while in federal custody," Congressman Jerrold Nadler (D-New York), chairman of the House Judiciary Committee, told Reuters. "We have a moral and constitutional duty to prevent additional deaths among those who are detained or imprisoned."

Sen. Richard Durbin (D-Illinois), who sits on the Senate Judiciary Committee, said, "Simply put, this tragic death was preventable."

The BOP warned a week ago that as it began testing, the numbers would go up. But the BOP may not have been prepared for what the tests show: figures provided to Associated Press last week showed that out of 2,700 tests systemwide, nearly 2,000 inmates – over 70% – have come back positive, suggesting there are far more COVID-19 cases in the system than anyone knows.

Felicity Rose, director of research and policy for criminal justice reform at the progressive advocacy group FWD.US, said "the lack of testing is leading to a false sense of security."

"We know that it's spreading among staff, and that staff are bringing it into and out of the facilities," Rose said. "We know there are people who are asymptomatic and are able to pass it along, but we just don't know how many."

AP reported that BOP's response "to the growing coronavirus crisis in prisons has raised alarm among advocates and lawmakers about whether the agency is doing enough to ensure the safety" of inmates. At the same time, the AP said, BOP "communication policies are leaving families in the dark about their loved ones' potentially life-threatening condition."

The BOP reports on its website that MDC Brooklyn and MCC New York have no reported inmate COVID-19 cases as of May 3. In a filing that same day, however, the wardens of those facilities told the US District Court that they had 11 confirmed inmate COVID-19 cases.

In the class action suit pending against the BOP's management of COVID-19 at FMC Devens, an infectious diseases expert told the court, "As of April 26, 2020 FMC-Devens was reporting a single confirmed prisoner case of COVID-19. But because the facility is testing only symptomatic prisoners, this data point is not meaningful. It certainly does not mean that the facility is safe. Everything we know about the presentation and transmission of this disease points to the fact that when you have one confirmed case under a symptomatic protocol, it is fair to assume that there are many more cases at that facility.."

TRULINCS ███████████████ - Unit: COM-A-█

----------------------------------------------------------------------------------------

Letter to Judge Mauskopf in response to Adm Order 2020-14 (Apr 30)

Forbes, After Seeing Federal Bureau Of Prisons Up Close, Federal Judges May See Sentencing Differently In Future (May 3)

Sens. Richard Durbin and Charles Grassley, Letter to DOJ Inspector General (Apr 21)

Declaration of Prof. Lauren Brinkley-Rubinstein, Dkt.38-1, Grinis v Spaulding, No 20cv10738 (filed Apr 27)

Martinez-Brooks v Easter, Case No. 3:20cv569 (D.Conn.)

Chunn v Edge, Case No. 1:20cv1590 (EDNY)

Fernandez-Rodriguez v Licon-Vitale, Case No. 1:20-cv-03315 (SDNY)

Wilson v Williams, Case No. 4:20cv794 (NDOH)

Dallas News, 3 deaths and rampant infections at a Fort Worth lockup are fueling criticism of how federal prisons are handling the pandemic (Apr 29)

Los Angeles Times, Coronavirus outbreak at Terminal Island prison worsens: 5 dead, 600 infected (May 1)
<><>

BOP TAKING IT ON THE CHIN OVER COVID-19 HOME CONFINEMENT MOVING TARGET

Hand in hand with criticism of the BOP's COVID-19 management, courts and the media are blasting the Bureau's bungling of its CARES Act home confinement authority.

Forbes noted, "Attorney General Barr gave some direction to the BOP and it dropped the ball. Individuals who were told they were being released from prison have now been told they are staying put. This could have been avoided. The strain on the court system has been burdened with Compassionate Release motions that have wasted the time of judges, defense attorneys and prosecutors when all along the BOP could have acted to release vulnerable inmates. These resources, this personal pain, could have been avoided if the BOP just used its own policies."

AP wrote, "The Bureau of Prisons has given contradictory and confusing guidance how it is deciding who is released to home confinement in an effort to combat the virus, changing requirements, setting up inmates for release and backing off and refusing to explain how it decides who gets out and when."

NBC analyst and former US Attorney Glenn Kirschner last week blamed Barr. "Shifting and changing inmate release policies have caused widespread confusion. The lack of a clear, common-sense Justice Department/Bureau of Prisons policy prompted one federal judge to sternly rebuke the government, saying the procedures were 'illogical' and 'kafkaesque.' Simply put, the Bureau of Prisons flip-flops are yet another example of Barr's lack of leadership and a sign of a Justice Department in free fall."

In the Devens suit, the BOP explained to the court that some of the petitioning inmates were ineligible for CARES Act release under the BOP's 50%-of-sentence standard. The petitioners shot back, "Although Respondents use words like "required criteria" and "ineligible" to describe their decision to bar so many people from being transferred to home confinement, they cannot defeat a claim of deliberate indifference by arguing they have tied their own hands with bureaucratic red tape. That is not a defense; it's a confession."

Forbes, The Federal Bureau Of Prisons' "List" Has Caused Confusion in Courts and Prisons (Apr 24)

AP, Federal inmates battle mixed messages on home confinement (Apr 28)

NBC, Why Barr's coronavirus release rules deserve scrutiny (Apr 28)
<><>

LISA is not a female. In fact, she is not even a person. LISA is Legal Information Services Associates, LLC. If you want a brochure describing LISA's other services, send us an email request. We'll mail you one right away. If you want copies of any of the cases or documents we cover, send us or have your family send us $24.00. We take MasterCard, VISA, Discover, Amex, checks or Paypal. We'll mail the document the same day.

Your family may read our newsletter online at www.lisa-legalinfo.com. If you want to receive the newsletter, send a Corrlinks

*Page 2*

TRULINCS ████████████████████ - Unit: COM-A-A

----------------------------------------------------------------------------------------

invitation to newsletter@lisa-legalinfo.com.

If you have a question, please send us a fresh email to newsletter@lisa-legalinfo.com. PLEASE DO NOT HIT "REPLY" TO THIS NEWSLETTER. BECAUSE WE HAVE NO ROOM IN THE EMAIL TO RESPOND, WE CANNOT ANSWER THOSE.

EXHIBIT 5

TRULINCS ██████████████████████ - Unit: COM-A-A

--------------------------------------------------------------------

FROM: newsletter@lisa-legalinfo.com
TO: ██████████████████████
SUBJECT: Beaten Up On Its COVID-19 Response, BOP Announces More Testing   LISA Newsletter for April 27, 2020
DATE: 04/27/2020 02:19 AM

LISA publishes a free newsletter sent every Monday to inmate subscribers in the Federal system.

Edited by Thomas L. Root, M.A.., J.D.

Vol. 6, No. 17

After A Punishing Week, BOP Announces Wider COVID-19 Testing
Home Confinement Re-Explained (Yet Again)
A Couple of Fair Sentencing Act Decisions
<><>

AFTER A PUNISHING WEEK, BOP ANNOUNCES WIDER COVID-19 TESTING

Last Wednesday, an ND Ohio judge ordered the release or transfer of hundreds of elderly and vulnerable inmates at FCI Elkton, which has seen a particularly deadly and widespread outbreak of COVID-19.

The ruling from Judge James Gwin appeared to be the first of several that could lead to a group release of inmates as a result of the ongoing pandemic.

Gwin said he was granting a preliminary injunction because efforts to combat the virus at Elkton were failing. Six inmates have died in recent weeks, with 59 inmates and 48 staff having confirmed cases.

But with fewer than 100 of Elkton's 2,400 inmates tested, the actual infection rate could be much higher, the judge said. He called the lack of testing at the prison a "debacle," especially compared with a state prison 80 miles west of Elkton that last week conducted thousands of tests after 17 confirmed inmate cases (and found over 2,000 inmates carried the COVID-19 virus without symptoms). In a North Carolina state prison, more than 90% of the 458 infected inmates were found last week to display no common symptoms.

The Elkton decision came the same day a federal court rejected a similar class-action habeas corpus case, ruling that the Prison Litigation Reform Act foreclosed the court from offering FCI Oakdale inmates the same relief granted in the Ohio case. What the Oakdale plaintiffs sought, the Western District of Louisiana court held, "falls squarely within BOP's authority and outside the purview of this Court. To rule otherwise would make this Court a de facto 'super' warden of Oakdale."

The Bureau of Prisons' efforts to combat the coronavirus are failing not just at Elkton. A month ago, the BOP reported 10 inmates and 8 staff ill with COVID-19, in nine facilities. As of last night, the Bureau admitted to 799 inmates and 319 staff being sick. A month ago, there were no deaths. As of last night, 27 inmates had died, the latest four from FCI Milan and FMC Ft Worth.

Public criticism of the BOP's COVID-19 response is getting louder. An SDNY federal judge slammed the Bureau last week for "illogical" and "Kafkaesque" quarantine policies that she says put inmates and the community at greater risk of contracting COVID-19. Judge Alison Nathan blasted the BOP over the practice of putting inmates approved for home confinement into pre-release quarantine. "Community spread through individuals not showing symptoms is inevitable," Nathan wrote. "This is an illogical and self-defeating policy that appears to be inconsistent with the directive of the Attorney General, ungrounded in science, and a danger to both [the defendant] and the public health of the community."

The MCC New York and MDC Brooklyn wardens reported in a court filing last Friday that 19 out of over 2,400 inmates have been tested for COVID-19. Only three inmates have been tested since Apr 2. The FDC Philadelphia warden admitted in a court filing that not a single test had been administered there.

The Appeal reported that at FCI Ft Dix, while 12 prisoners were confirmed to have COVID-19 as of Apr 23 (it is 30 as of last night), "the only inmates that are being tested to see whether they have COVID are the ones who are being carried out on stretchers," according to attorney Matthew Stiegler. "Getting testing available to inmates and guards is critical to managing what seems to be an outbreak there."

Page 4

TRULINCS ███████████████████ - Unit: COM-A-A

---

The Ft Worth, Texas, Star-Telegram reported that despite a COVID-19 outbreak at FMC Ft Worth, no testing had been conducted.

One is unable to monitor the effectiveness of the BOP COVID-19 response, Forbes magazine wrote, "because of a lack of testing and 'presumed positive' inmates not being recorded at all. As an example of "Presumed positives," assume there are ten (10) inmates in a room and one has a high temperature and is taken to the local hospital where she tests positive for COVID-19. While that inmate is at the hospital, five other inmates start to have symptoms but are not taken to the hospital because their cases are not as severe. Those inmates are 'presumed positive,' quarantined from other inmates in the compound, but not reported on the BOP's COVID-19 web page."

Gwin wrote in his Elkton order that the BOP has acted with "deliberate indifference" by not sufficiently testing inmates. Forbes asked, "So what is the real number of inmates in federal prison that have been infected? According to science, you can expect it to hit 177,000, the total number of inmates in federal prison. It is simply not possible to conclude otherwise given the facts."

The Charlotte, NC, Observer reported a week ago that the BOP's case tracking does not include privately run prisons holding federal prisons. NC Central University law professor Irving Joyner called that lack of reporting "dereliction of duty as it relates to the safety of that population that's incarcerated by our government."

Perhaps due to the public and judicial whipping the agency was suffering, the BOP announced on Thursday it would "expand testing to seek out previously hidden asymptomatic inmates in an attempt to control the spread."

"Asymptomatic inmates who test positive for COVID-19 can transmit the virus to other inmates," the agency admitted.. "Expanding the testing on asymptomatic inmates will assist the slowing of transmission with isolating those individuals who test positive and quarantining contacts  The deployment of these additional resources will be based on facility need to contain widespread transmission and the need for early, aggressive interventions required to slow transmission at facilities with a high number of at-risk inmates such as medical referral centers."

Politico, Judge orders transfer or release for some inmates at virus-wracked Ohio federal prison (Apr 22)

Forbes, Federal Judge In Ohio Says FCI Elkton Meets "Cruel And Unusual Punishment" Standard (Apr 23)

Wilson v Williams, 2020 U.S. Dist. LEXIS 70674 (NDOH Apr 22, 2020)

Livas v Myers, 2020 U.S. Dist. LEXIS 71323 (WDLA Apr 22, 2020)

Politico, Judge rips feds over prison quarantine policies (Apr 20)

Philadelphia Inquirer, One Philadelphia prison has yet to report a single case of the coronavirus.. But it hasn't tested any inmates (Apr 22)

The Appeal, Coronavirus Is Ready To Explode Inside Fort Dix Federal Prison, Incarcerated People And Their Loved Ones Say (Apr 23)

Fort Worth Star-Telegram, Sick, elderly and fearing coronavirus: Life inside Fort Worth's women's federal prison (Apr 20)

Forbes, Bureau Of Prisons Had A Response Plan For A Pandemic But Delayed Action (Apr 23)

Charlotte, NC Observer, A second federal prison in NC has coronavirus cases, and U.S. officials aren't tracking it (Apr 19)

Bureau of Prisons, Expanding Testing (Apr 23)
<><>

HOME CONFINEMENT RE-EXPLAINED (YET AGAIN)

Everyone thought that Attorney General William Barr was pretty clear in his March 26 and April 3 memos directing the BOP's standards for emergency home confinement under The CARES Act. But, as I reported last week, the BOP moved the cheese, deciding that in addition to the AG's standards, it should add the requirement that an inmate have served half of his or her sentence to be eligible for immediate home confinement placement.

By the way, everything indicates that the BOP means one-half of the entire sentence, not just the 85% that good time lets an inmate serve.

EXHIBIT 5

TRULINCS ██████████████████ - Unit: COM-A-A

----------------------------------------------------------------------------

Following the Dept of Justice Inspector General's decision to investigate whether the BOP is complying with available guidance and best practices on COVID-19 outbreaks, Senators Durbin and Chuck Grassley (R-Iowa) asked the IG to also look at whether the BOP is properly using its legislative authority to transfer at-risk inmates to home confinement.

"We are concerned that BOP is not fully and expeditiously implementing relevant statutory authority and directives from the Attorney General. We are also concerned about how closely BOP is following CDC guidance or taking other preventive measures to adequately protect BOP staff and inmates from the spread of COVID-19," the Senators wrote. "We also worry that BOP is significantly underestimating the rate of COVID-19 infection in BOP facilities because BOP has not yet conducted the number of tests on staff or inmates appropriate for facilities where a highly contagious virus can be easily spread."

Although an ACLU class action case against FCI Oakdale was dismissed ten days ago, at least five other cases are active. In Massachusetts, the judge in the FMC Devens case heard argument on a preliminary injunction last week.

A motion for preliminary injunction has been filed in Connecticut federal court by FCI Danbury inmates, seeking to have female inmates and vulnerable male inmates placed in home confinement immediately. The plaintiffs argue that at FCI Danbury, site of a what they call a "dangerous and uncontrolled" COVID-19 outbreak, the BOP has failed to effectively protect inmates.

In a suit against MDC Brooklyn, the report of the plaintiffs' expert  Dr. Homer Venters   criticizes the sick call request system, hygiene, and using temperature measurement to diagnose COVID-19. Of more concern, the report accused MDC Brooklyn of destroying records of inmate sick call. Dr. Venters, an epidemiologist specializing in disease in prisons, told the court he was "alarmed by the facility's failure to implement simple procedures, in-line with the Center for Disease Control guidelines, that could identify patients ill with COVID-19, prevent the spread of COVID-19 throughout the facility, and ensure that high-risk patients receive adequate care."

In a similar suit against the MCC New York, the warden complained to the court last Friday that the BOP should not permit a similar inspection of its facility by a plaintiff's expert. "Allowing an inspector to enter MCC would not only raise the usual security concerns," the warden said in a filing, "but would present particular concerns given the COVID-19 pandemic. One key element of BOP's protocol in response to the pandemic is to limit to an absolute minimum the number of people entering the facility, as discussed above. Permitting an outside inspector to enter MCC would run counter to those efforts."

In Ohio, where a federal judge ruled that the BOP's operation of FCI Elkton amounted to an 8th Amendment violation, BOP lawyers argued last week that the measures Elkton took to curb the virus's spread had been effective. In an emergency motion to the 6th Circuit for a stay of the district court's order, the BOP contended that its COVID-19 containment "efforts have been working as the number of new cases has been reduced." The 6th Circuit denied the BOP's request for stay.

Writing in Forbes, Walter Pavlo said, "I'm not sure where the attorneys got their stats but according to the BOP's own website that tracks (under-reports) COVID-19 spread showed a marked increase in cases. Between the judge's order on April 22 and the government response with this claim on April 28, positive COVID-19 cases went from 566 to 1,313... so I'm calling that one a Pinocchio. In fact, since the BOP first started tracking the outbreak, the numbers have increased every day and they are going up at higher rates since more testing began."

The judge ordered the BOP to publish a list of Elkton inmates who were medically vulnerable to COVID-19. The list of 837 inmates, released on Thursday, amounted to half of the institution.

Meanwhile, The Dallas News reported that FMC Ft Worth, a "federal prison that houses sick and elderly inmates has emerged as a COVID-19 hot spot, setting staff and inmates on edge and fueling controversy over how the prison system is handling the pandemic." As of last night, FMC Ft Worth had 445 inmate cases, with four dead.

But the worst outbreak is in California, at FCI Terminal Island, just south of Los Angeles. The prison's 620 coronavirus cases followed mass testing of more than 1,000 inmates by Los Angeles County Public Health officials, according to the BOP. The facility now accounts for more than a third of documented federal prison inmates with the coronavirus.

USA Today, More than 1,500 federal prisoners now have COVID-19 as officials expand testing (Apr 29)

The New York Times, U.S. Federal Inmate Dies of COVID-19 Weeks After Giving Birth While on a Ventilator (Apr 28)

The Marshall Project, A State-by-State Look at Coronavirus in Prisons (May 1)

AP, Over 70% of tested inmates in federal prisons have COVID-19 (Apr 29)

*Exhibit #6*

**UNITED STATES GOVERNMENT**

# memorandum

**FEDERAL BUREAU OF PRISONS**
**Federal Correctional Complex**
**Coleman, Florida 33521**

May 19, 2020

MEMORANDUM FOR INMATE POPULATION
                FCC COLEMAN-MEDIUM

FROM:         J. M. Henger, Warden

SUBJECT:      National Observation COVID-19 – Update

As part of our response plan to the COVID-19 virus, the following operations will continue through June 30, 2020, at which time the plan will be re-evaluated. The goal is to continue to manage the evolving pandemic within the facility while taking proactive operational measures to mitigate exposure of COVID-19.  We will need to continue to practice sound community measures and assimilate with the below restrictions to ensure the continued health and safety of the inmate population.

Changes to the current plan are bolded below:

- Mainline - Inmates will be provided grab and go meals by unit, allowing for cleaning/disinfecting high touch areas between each unit).
- **UNICOR operations will continue. Tentatively, five additional inmates will be added to the work detail each week.**
- Psychology, Religious Services, and Education staff will make rounds in the units. **GED testing will continue on a limited basis.**
- Work details will be limited to a minimal number of inmates as needed by the work supervisor.
- **An outside recreation schedule is currently being developed.**
- Commissary and Laundry schedules are posted on Trulincs. The Commissary spending limit will be set at $50 during this time.
- Health Services - Pill line and Sick Call sign up will be conducted when the unit is called for mainline.
- Unit Sanitation - As a reminder constant sanitation of the units is imperative.
- Access to showers, phones and computers will be given three times a week. The schedule is posted on Trulincs.

BOP's COVID-19 action plan, outlined below, while a prisoner held in a local jail would be subject to any steps that facility takes to prevent the spread of COVID-19 in its facility.

If a defendant is convicted of or pleads guilty to a federal offense, USMS is to turn the prisoner over to the custody of BOP, which is responsible for confining the prisoner until completion of his or her sentence. BOP is to assign prisoners to one of its facilities based on a series of factors, including the level of security and supervision the prisoner requires, the level of security and staff supervision the facility is able to provide, and the prisoner's program needs (i.e., sex offender, substance abuse treatment, educational/vocational training, individual counseling, group counseling, or medical/mental health treatment).[12]

# COVID-19 and the Prison Environment

According to the Vera Institute of Justice,[13] "it is not a matter of if, but when, coronavirus shows up in courts, jails, detention centers, prisons, and other places where the work of the criminal and immigration systems occur."[14] While prisons may appear to be closed environments, because prisoners cannot leave and return to the facility on their own volition, there are opportunities for the disease to be introduced into any prison.[15] COVID-19 could be introduced by the prison's staff, who could be exposed when they are not at the prison and subsequently introduce it to the facility when they come to work.[16] COVID-19 could also be transmitted to a prisoner though face-to-face visits with family, friends, or attorneys. Also, while prisoners cannot freely leave the facility, they do travel outside it for things such as court appearances or medical appointments.[17]

The introduction of COVID-19 into a prison raises the concern that the nature of the prison environment can facilitate its spread. Prisons typically hold hundreds of prisoners who live in close proximity to one another. In some facilities, prisoners might live in dormitory-style housing where many share the same space.[18] Even if prisoners are housed in individual cells, they typically share the same ventilation system with prisoners in other cells. There are also concerns about hygiene. Prisoners might not have regular access to soap and water to wash their hands, and

---

[12] U.S. Department of Justice, Bureau of Prisons, *Inmate Security Designation and Custody Classification*, Program Statement 5100.08, p. 1, http://www.bop.gov/policy/progstat/5100_008.pdf.

[13] The Vera Institute of Justice is a national research and policy organization in the United States that describes its mission as "to tackle the most pressing injustices of our day — from the causes and consequences of mass incarceration, racial disparities, and the loss of public trust in law enforcement, to the unmet needs of the vulnerable, the marginalized, and those harmed by crime and violence." Vera Institute of Justice, "About Us," https://www.vera.org/about.

[14] Vera Institute of Justice, "Guidance for Preventive and Responsive Measures to Coronavirus for Jails, Prisons, Immigration Detention and Youth Facilities," March 18, 2020, p. 1, https://www.vera.org/downloads/publications/coronavirus-guidance-jails-prisons-immigration-youth.pdf.

[15] Maria Morris, "Are Our Prisons and Jails Ready for COVID-19?", American Civil Liberties Union, March 6, 2020, https://www.aclu.org/news/prisoners-rights/are-our-prisons-and-jails-ready-for-covid-19/ (hereinafter, "ACLU, 'Are Our Prisons and Jails Ready for COVID-19?'").

[16] Ibid.

[17] Ibid.

[18] Ibid.

*Page 1*

EXHIBIT 7

hand sanitizer can be considered contraband because it contains alcohol.[19] These concerns are especially acute for prison systems that are operating over capacity.[20]

There are also concerns about whether prisoners will have access to adequate medical care if a prison's staff is hit hard by the disease. If COVID-19 were to spread among prison staff resulting in wide spread quarantines, there could be fewer medical staff to deliver care or fewer correctional staff available to transport critically ill prisoners to outside medical facilities.[21] Also, prison infirmaries tend to have fewer medical resources, such as isolation beds, compared to hospitals.[22] However, one expert at the National Commission on Correctional Health Care[23] believes that the prisons are prepared to handle potential COVID-19 infections because prisons have experience with preventing the spread of communicable diseases.[24]

Currently, BOP has approximately 175,500 prisoners under its jurisdiction, who are held in a combination of BOP-operated facilities (122 in total), privately operated prisons, Residential Reentry Centers (RRCs; i.e., halfway houses), and state prisons.[25] While the federal prison population decreased by approximately 42,000 prisoners (19%) from FY2013 to FY2019, the federal prison system operated at 12% over its rated capacity in FY2019.[26] According to USMS, in FY2019 they received approximately 248,900 prisoners and their average daily detention population was approximately 61,500 prisoners.[27]

While BOP does not publish data on the number of prisoners that have health conditions that might make them more susceptible to serious complications if they were to contract COVID-19, as of March 14, 2020, approximately 10,400 prisoners (6% of all prisoners) under BOP's jurisdiction were age 61 or older.[28] BOP also notes, "the average age of offenders in BOP-managed facilities is 41 years and average length of sentence is 128 months. The average age of offenders in BOP facilities has increased by 8 percent over the past decade. Approximately 45 percent of offenders have multiple chronic conditions that, despite management with medications

---

[19] Chris Francescani and Luke Barr, "Fearing Outbreaks and Riots, Nation's Prison and Jail Wardens Scramble to Respond to Coronavirus Threat," *ABC News*, March 19, 2020, https://abcnews.go.com/Health/fearing-outbreaks-riots-nations-prison-jail-wardens-scramble/story?id=69676840 (hereinafter, "Francescani and Barr, 'Fearing Outbreaks and Riots, Nation's Prison and Jail Wardens Scramble to Respond to Coronavirus Threat'").

[20] According to the most recent data available from the Bureau of Justice Statistics, 13 states and BOP were operating over their highest capacity at the end of 2017; Jennifer Bronson and E. Ann Carson, *Prisoners in 2017*, U.S. Department of Justice, Office of Justice Programs, Bureau of Justice Statistics, NCJ 252156, Washington, DC, April 2019, pp. 25-26, https://www.bjs.gov/content/pub/pdf/p17.pdf.

[21] ACLU, "Are Our Prisons and Jails Ready for COVID-19?"

[22] Ibid.

[23] The NCCHC, supported by the major national organizations representing the fields of health, mental health, law, and corrections, seeks to improve the quality of health care in jails, prisons, and juvenile confinement facilities. National Commission on Correctional Health Care, "About Us," https://www.ncchc.org/about.

[24] Francescani and Barr, "Fearing Outbreaks and Riots, Nation's Prison and Jail Wardens Scramble to Respond to Coronavirus Threat."

[25] U.S. Department of Justice, Bureau of Prisons, Population Statistics, https://www.bop.gov/about/statistics/population_statistics.jsp (accessed March 19, 2020).

[26] The FY2013 federal prison population was taken from U.S. Department of Justice, Bureau of Prisons, Statistics: Population Statistics, https://www.bop.gov/about/statistics/population_statistics.jsp. The FY2019 federal prison population and percentage crowding figure were taken from U.S. Department of Justice, Bureau of Prisons, *Federal Prison System, FY2021 Performance Budget, Congressional Submission*, p. 7, https://www.justice.gov/doj/page/file/1246231/download (hereinafter, "BOP FY2021 congressional budget request").

[27] USMS prisoner operations fact sheet.

[28] U.S. Department of Justice, Bureau of Prisons, Inmate Statistics: Inmate Age, https://www.bop.gov/about/statistics/statistics_inmate_age.jsp (accessed March 19, 2020).

---

*Page 2*

**UNITED STATES GOVERNMENT**

# memorandum

**FEDERAL BUREAU OF PRISONS**
**Federal Correctional Complex**
**Coleman, Florida 33521**

*Exhibit 7*

May 19, 2020

MEMORANDUM FOR INMATE POPULATION
FCC COLEMAN-MEDIUM

FROM:        J. M. Henger, Warden

SUBJECT:        National Observation COVID-19 - Update

As part of our response plan to the COVID-19 virus, the following operations will continue through June 30, 2020, at which time the plan will be re-evaluated. The goal is to continue to manage the evolving pandemic within the facility while taking proactive operational measures to mitigate exposure of COVID-19.  We will need to continue to practice sound community measures and assimilate with the below restrictions to ensure the continued health and safety of the inmate population.

Changes to the current plan are bolded below:

- Mainline - Inmates will be provided grab and go meals by unit, allowing for cleaning/disinfecting high touch areas between each unit).
- **UNICOR operations will continue. Tentatively, five additional inmates will be added to the work detail each week.**
- Psychology, Religious Services, and Education staff will make rounds in the units. **GED testing will continue on a limited basis.**
- Work details will be limited to a minimal number of inmates as needed by the work supervisor.
- **An outside recreation schedule is currently being developed.**
- Commissary and Laundry schedules are posted on Trulincs. The Commissary spending limit will be set at $50 during this time.
- Health Services - Pill line and Sick Call sign up will be conducted when the unit is called for mainline.
- Unit Sanitation - As a reminder constant sanitation of the units is imperative.
- Access to showers, phones and computers will be given three times a week. The schedule is posted on Trulincs.

*Page 3*

EXHIBIT 8

# Bureau of Prisons
## Psychology Services
## Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** | JACKSON, KEVIOUS | | **Reg #:** | 17483-104 |
| **Date of Birth:** | 08/08/1977 | **Sex:** M | **Facilitator:** | (P)Manfra, L. MA/DTS |
| **Date:** | 04/24/2019 | **Group Facility:** COM | **Group Title:** | [1015] WESDESDAY MALE NON-RESIDENTIAL |

**Status:** Completed

**Enroll Date:** 04/24/2019    **End Date:** 10/02/2019

**Total Hours:** 28.0

## SESSION DATA:

**Number of Sessions:** 23    **First Session Date:** 04/24/2019    **Last Session Date:** 10/02/2019

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 10/02/2019 | Session 21 | 60 | Incomplete Session | Good | Satisfactory |
| 09/25/2019 | Session 20 | 90 | Complete Session | Good | Satisfactory |
| 09/17/2019 | Session 19-Institutional Lockdown all week | 0 | Absent Excused | Not Apply | Not Apply |
| 09/11/2019 | Session 18 | 90 | Complete Session | Good | Satisfactory |
| 08/28/2019 | Session 17 | 90 | Complete Session | Good | Satisfactory |
| 08/21/2019 | Session 16 | 90 | Complete Session | Good | Satisfactory |
| 08/14/2019 | Session 15 | 90 | Complete Session | Good | Satisfactory |
| 08/07/2019 | No GRP this week/PST Activated and no staff available | 0 | Absent Excused | Not Apply | Not Apply |
| 08/02/2019 | Session 14 | 90 | Complete Session | Good | Satisfactory |
| 07/26/2019 | Session 13 | 0 | Absent Excused | Not Apply | Not Apply |
| 07/19/2019 | Session 12 | 90 | Complete Session | Good | Satisfactory |
| 07/10/2019 | Session 11 | 90 | Complete Session | Good | Satisfactory |
| 07/03/2019 | Session 10 | 90 | Complete Session | Good | Satisfactory |
| 06/26/2019 | Session 9 | 90 | Complete Session | Good | Satisfactory |
| 06/21/2019 | Session 8 | 90 | Complete Session | Good | Not Apply |
| 06/12/2019 | Session 7 | 90 | Complete Session | Good | Satisfactory |
| 06/06/2019 | Session 6 | 90 | Complete Session | Good | Satisfactory |
| 05/29/2019 | Session 5 | 90 | Complete Session | Good | Satisfactory |
| 05/22/2019 | Session 4 | 90 | Complete Session | Good | Satisfactory |
| 05/17/2019 | Session 3 | 90 | Complete Session | Good | Satisfactory |
| 05/08/2019 | Institutional Lockdown all week | 0 | Absent Excused | Not Apply | Not Apply |
| 05/01/2019 | Session 2 | 90 | Complete Session | Good | Satisfactory |
| 04/24/2019 | Session 1 | 90 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 78.3 % | Good | 82.6 % | Not Apply | 26.1 % |
| Incomplete Session Excused | 4.3 % | Fair | 0.0 % | Satisfactory | 73.9 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 17.4 % | Not Apply | 17.4 % | | |
| Absent Not Excused | 0.0 % | | | | |



Federal Bureau of Prison
FCC Coleman
Certificate of Completio

This is to certify that

KEVIOUS JACKSON

satisfactorily completed

*BREAKING THE CYCLE*

as a part of

**NON-RESIDENTIAL DRUG ABUSE TREATMENT**

This certificate is hereby issued this 16th day of October 2019.

L. Manfra, M.A. Drug Treatment Specialist



# Certificate of Achieveme

Awarded to:

## KEVIOUS JACKSON

For the successful completion of the

### *Bridge to Re-Entry*

Through the A-2 Re-Entry Program at Coleman Mediu

This 15th  day of July, 2019

*T. Collier*

T. Collier/ Re-Entry Program Ma

# Certificate of Completion

## Presented to

### KEVIOUS JACKSON

## For successfully completing the

## Drug Abuse Education Course

*The Drug Abuse Education Course is a minimum of 12 hours. The goal of this pr[...] the offender to make an accurate evaluation of the consequences of his/her alcoh[...] consider the need for treatment.*

L. Manfra, M.A., DTS          3/4/2019
FCC Coleman                   Institution



# Philippi Freedom Ministry
# Certificate of Completion

THIS ACKNOWLEDGES THAT

# Kevious Jackson

HAS SUCCESSFULLY COMPLETED
BIBLE BASIC BOOK #1 – "WHO LOVES YOU"

TIMOTHY D. HUNT

MAY 22, 2019



# Philippi Freedom Ministry
## Certificate of Completion

THIS ACKNOWLEDGES THAT

# Kevious Jackson

HAS SUCCESSFULLY COMPLETED
BIBLE BASIC BOOK #2 – "GOD EXISTS"

JUNE 14, 2019

GARY WATSON - PRESIDENT



# Philippi Freedom Ministry
# Certificate of Completion

THIS ACKNOWLEDGES THAT

# Kevious Jackson

HAS SUCCESSFULLY COMPLETED
BIBLE STUDY BOOK #3 – "SAFE TO DIE"

GARY WATSON, PRESIDENT

JULY 24, 2019

# Exhibit 8

## Goals

1. Give back to the community, help single mothers and at risk youths.

2. Get involve with local law enforcement agencies to reach out to the youth about selling and using drugs.

3. Volunteer at the local Salvation Army and help the elderly.

4. Set up a food drive for the homeless.

## Business Plans

1. Open (LLCOD) Love, Life and Christ Over Destruction Ministry program. This program will also be for addicts, ex-addict, mental ill individuals and women who suffer from domestic violence.

2. Open (ODFTH) Open Doors For The Homeless group home. This program will help feed, clothe, education the homeless and help them get employment, medical assistant.

EXHIBIT 4

# Bureau of Prisons
## Psychology Services

**SENSITIVE BUT UNCLASSIFIED**

### Inmate Companion Program - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JACKSON, KEVIOUS | | | | Reg #: 17483-104 |
| Date of Birth: | 08/08/1977 | Sex: M | Facility: COM | | Unit Team: B 3-4 |
| Date: | 05/08/2020 13:05 | Provider: | Benitez, P. PhD | | |

**Comments**

Inmate Jackson, Kevious is currently a MH Companion in the Skills program. He has been in the Skills Program since 1-31-2019. He is a good role model to other inmates and implements the philosophy and methodology of the program on a daily basis. Inmate is respected by both staff and other inmates due to his pro-social values and respectful manner.

PROGRAM OVERVIEW
The Skills Program is a unit-based Mental Health Residential Treatment Program designed to improve the institutional adjustment of inmates who have intellectual and social deficiencies. Past trends have demonstrated that inmates with lower IQs, neurological deficits from acquired brain injuries, fetal alcohol syndrome, and/or remarkable social skill deficits have often become victimized and manipulated by more sophisticated inmates in the general population. As a result, they may be placed in the Special Housing Unit (SHU) for their protection or may have frequent misconduct reports because of their limited decision making skills.

The Skills Program employs a multi-disciplinary treatment approach aimed at teaching participants basic educational and social skills over a 16 month period. The goal of the program is to increase the academic achievement and adaptive behaviors of this special needs population, thereby improving their institutional adjustment and the likelihood for successful community reentry.

SKILLS PROGRAM MH Companions/Mentors are responsible for:
- Encouraging Participant's medication compliance
- Assisting Participants develop healthy personal and housing hygiene
- Assisting Participants with physical disabilities
- Knowing the Group Rules and the Skills Participant's Schedule
- Helping and encouraging the Skills Participant's to attend all assigned groups and classes
- Assisting and encouraging the Skills Participant's to complete all assignments, to include group workbook, treatment related homework and GED homework assignments
- Actively participating in the Community Morning Meeting, including facilitating the meeting
- Employing common courtesy and respect to both staff and inmates
- Maintaining treatment confidentiality
- Maintaining a "Willingness" to participate in the Skills Community Activities, Special Functions, and in the offering of Service and Topic Groups
- Demonstrating the desire to make positive changes not only within themselves, but to help facilitate positive growth within ALL members of the Skills Program Community
- Being a positive role model within the Skills Program and the institution

Inmate Jackson has been an asset to the Skills Program. He helps de-escalate situation between inmates that if not addressed could result in serious matters. Inmate has been dependable, compassionate and works well independently and/or as part of a team.

Completed by Benitez, P. PhD on 05/08/2020 13:08

EXHIBIT 9

# Bureau of Prisons
# Psychology Services
# Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** JACKSON, KEVIOUS | | | **Reg #:** 17483-104 | |
| **Date of Birth:** 08/08/1977 | **Sex:** M | **Facilitator:** (P)Benitez, P. PhD | | |
| **Date:** 01/02/2020 | **Group Facility:** COM | **Group Title:** [1139] Weekly MH Companion Contact | | |

**Status:** Enrolled
**Enroll Date:** 02/03/2020    **End Date:**
**Total Hours:** 13.0

## SESSION DATA:

**Number of Sessions:** 13    **First Session Date:** 02/04/2020    **Last Session Date:** 05/01/2020

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 05/01/2020 | Cell Door Check In - Due to Covid-19 Lockdown | 15 | Complete Session | Good | Not Apply |
| 04/24/2020 | Cell Door Check In due to Covid-19 Lockdown | 15 | Complete Session | Good | Not Apply |
| 04/17/2020 | Cell Door Check In - due to Covid-19 Lockdown | 15 | Complete Session | Good | Not Apply |
| 04/09/2020 | Covid-19 Lockdown/Cell Door Contact | 30 | Complete Session | Good | Not Apply |
| 03/31/2020 | Values | 90 | Complete Session | Good | Not Apply |
| 03/24/2020 | Identifying Healthy and Unhealthy relations | 60 | Complete Session | Good | Not Apply |
| 03/20/2020 | Team Building Games | 75 | Complete Session | Good | Not Apply |
| 03/10/2020 | Healthy Relationship | 60 | Complete Session | Good | Not Apply |
| 03/03/2020 | My Change Plan | 90 | Complete Session | Good | Not Apply |
| 02/25/2020 | My Change Plan | 90 | Complete Session | Good | Not Apply |
| 02/18/2020 | Responsible Thinking | 60 | Complete Session | Good | Not Apply |
| 02/11/2020 | Responsible Thinking | 60 | Complete Session | Good | Not Apply |
| 02/04/2020 | Antisocial behavior and healthy communication | 120 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % | Not Apply | 100.0 % |
| Incomplete Session | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Excused | | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Not Apply | 0.0 % | | |
| Absent Excused | 0.0 % | | | | |
| Absent Not Excused | 0.0 % | | | | |

EXHIBIT Q

# Bureau of Prisons
# Psychology Services
# Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | |
|---|---|---|---|---|---|
| **Inmate Name:** | JACKSON, KEVIOUS | | | **Reg #:** | 17483-104 |
| **Date of Birth:** | 08/08/1977 | **Sex:** M | **Facilitator:** | (P)Manfra, L. MA/DTS | |
| **Date:** | 02/25/2019 | **Group Facility:** COM | **Group Title:** | [976] MALE MONDAY DRUG EDUCATION CLASS | |

| | | | |
|---|---|---|---|
| **Status:** | Completed | | |
| **Enroll Date:** | 02/25/2019 | **End Date:** | 03/04/2019 |
| **Total Hours:** | 12.0 | | |

## SESSION DATA:

**Number of Sessions:** 4     **First Session Date:** 02/25/2019     **Last Session Date:** 03/04/2019

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 03/04/2019 | Review/RDAP Programming Q & A | 30 | Complete Session | Fair | Not Apply |
| 03/04/2019 | Test | 60 | Complete Session | Not Apply | Not Apply |
| 03/04/2019 | Self-Guided Interactive Journaling | 540 | Complete Session | Not Apply | Not Apply |
| 02/25/2019 | Sessoin 1 | 90 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 25.0 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 25.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| | | Not Apply | 50.0 % | | |
| Absent Excused | 0.0 % | | | | |
| Absent Not Excused | 0.0 % | | | | |

## TEST DATA:

| Date | Title | Type | Score |
|---|---|---|---|
| 03/04/2019 | Test | *Other* | 90 |

EXHIBIT 9

# Bureau of Prisons
# Psychology Services
# Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | |
|---|---|---|
| **Inmate Name:** JACKSON, KEVIOUS | | **Reg #:** 17483-104 |
| **Date of Birth:** 08/08/1977 | **Sex:** M | **Facilitator:** (P)Delgado, Jose Skills Treatment Specialist |
| **Date:** 07/01/2019 | **Group Facility:** COM | **Group Title:** [1046] Skills Service Group- Pullups (Constructive) |

**Status:** Completed
**Enroll Date:** 02/03/2020   **End Date:** 02/13/2020
**Total Hours:** 1

## SESSION DATA:

**Number of Sessions:** 1     **First Session Date:** 02/12/2020     **Last Session Date:** 02/12/2020

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 02/12/2020 | Constructive Feedback Roleplaying | 60 | Complete Session | Good | Not Apply |

| **Attendance** | | **Participation** | | **Homework** | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 0.0 % | Not Apply | 0.0 % | | |
| Absent Not Excused | 0.0 % | | | | |

EXHIBIT 9

## Bureau of Prisons
## Psychology Services
## Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | |
|---|---|---|---|---|---|
| **Inmate Name:** | JACKSON, KEVIOUS | | | **Reg #:** | 17483-104 |
| **Date of Birth:** | 08/08/1977 | **Sex:** M | **Facilitator:** | (P)Delgado, Jose Skills Treatment Specialist | |
| **Date:** | 02/19/2016 | **Group Facility:** COM | **Group Title:** | [464] Skills Service Group-Welcoming (Orientation) | |

**Status:** Completed
**Enroll Date:** 02/03/2020   **End Date:** 02/14/2020
**Total Hours:** 2

## SESSION DATA:

**Number of Sessions:** 2   **First Session Date:** 02/12/2020   **Last Session Date:** 02/14/2020

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 02/14/2020 | Orientation Meeting | 60 | Complete Session | Good | Not Apply |
| 02/12/2020 | Orientation Meeting | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 0.0 % | Not Apply | 0.0 % | | |
| Absent Not Excused | 0.0 % | | | | |

*Exhibit*

```
COMHE  535.03 *                    INMATE PROFILE                    *      05-21-2020
PAGE 001                                                                   12:48:46
                17483-104                    REG
REGNO: 17483-104                    FUNCTION: PRT DOB/AGE.: 08-08-1977 / 42
NAME.: JACKSON, KEVIOUS                              R/S/ETH.: B/M/O    WALSH: NO
RSP..: COM-COLEMAN MED FCI                           MILEAGE.: 59 MILES
PHONE: 352-689-5000        FAX: 352-689-5027
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE          FBI NO..: 357058WA4
 PROJ REL DATE..: 04-10-2022                         INS NO..:
 PAR ELIG DATE..: N/A                                SSN.....: 261812130
 PAR HEAR DATE..:                   PSYCH: NO        DETAINER: YES        CMC..: YES
OFFN/CHG RMKS: 9:18-CR-80076-012. CONSP TO POSSESS WITH INTENT TO DISTRIBUTE
OFFN/CHG RMKS: 500 GRAMS OR MORE OF COCAINE. 70M/5Y SRT.
```

| FACL | CATEGORY | - - - - | CURRENT ASSIGNMENT - - - - - | EFF DATE | TIME |
|------|----------|---------|------------------------------|----------|------|
| COM | ADM-REL | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-05-2020 | 1152 |
| COM | CARE LEVEL | CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 11-07-2018 | 0649 |
| COM | CARE LEVEL | CARE1-MH | CARE1-MENTAL HEALTH | 02-06-2019 | 0743 |
| COM | COR COUNSL | B-4 | L. BERARD, EXT 5208 | 02-05-2020 | 1152 |
| COM | CASE MGT | BIR CERT N | BIRTH CERTIFICATE - NO | 01-10-2019 | 1822 |
| COM | CASE MGT | DEPEND Y | DEPENDENTS UNDER 21 - YES | 01-10-2019 | 1822 |
| COM | CASE MGT | PHOTO ID N | PHOTO ID - NO | 01-10-2019 | 1822 |
| COM | CASE MGT | RPP NEEDS | RELEASE PREP PGM NEEDS | 01-14-2019 | 1025 |
| COM | CASE MGT | SSN CARD N | SOCIAL SECURITY CARD - NO | 01-10-2019 | 1822 |
| COM | CASE MGT | VET P/S N | PARENT/SPOUSE VETERAN - NO | 01-10-2019 | 1822 |
| COM | CASE MGT | VETERAN N | VETERAN - NO | 01-10-2019 | 1822 |
| COM | CASE MGT | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 01-14-2019 | 1020 |
| COM | CASE MGT | V94 PV | V94 PAST VIOLENCE | 01-14-2019 | 1020 |
| COM | CASE MGT | WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 11-08-2018 | 1410 |
| COM | CASEWORKER | B-4 | S. BRAXTON, CASE MANAGER X5206 | 02-05-2020 | 1152 |
| COM | CUSTODY | IN | IN CUSTODY | 11-06-2018 | 1219 |
| COM | DRUG PGMS | DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 11-29-2019 | 1249 |
| COM | DRUG PGMS | ED COMP | DRUG EDUCATION COMPLETE | 03-04-2019 | 0947 |
| COM | DRUG PGMS | NR COMP | NRES DRUG TMT/COMPLETE | 10-02-2019 | 1100 |
| COM | DESIG/SENT | FFLS PART | FFLS-PARTIAL COMPLY W/JUD REC | 11-09-2018 | 1135 |
| COM | DESIG/SENT | LIMA | TEAM LIMA | 11-08-2018 | 1410 |
| COM | EDUCATION | GED0730R1 | GED, 0730-0930 M-F, MR. GANNON | 05-21-2019 | 1021 |
| COM | EDUC INFO | ESL HAS | ENGLISH PROFICIENT | 12-31-2018 | 0844 |
| COM | EDUC INFO | GED EN | ENROLL GED NON-PROMOTABLE | 12-31-2018 | 0843 |
| COM | EDUC INFO | GED SAT | GED PROGRESS SATISFACTORY | 08-20-2019 | 0826 |
| COM | FIN RESP | COMPLT | FINANC RESP-COMPLETED | 12-11-2019 | 1551 |
| COM | FIRST STEP | FTC ELIG | FTC-ELIGIBLE - REVIEWED | 12-09-2019 | 0914 |
| COM | FIRST STEP | R-HI | HIGH RISK RECIDIVISM LEVEL | 12-09-2019 | 0914 |
| COM | LEVEL | MEDIUM | SECURITY CLASSIFICATION MEDIUM | 11-08-2018 | 1412 |
| COM | MED DY ST | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 11-13-2018 | 0001 |
| COM | MED DY ST | YES F/S | CLEARED FOR FOOD SERVICE | 11-13-2018 | 0001 |
| COM | PGM REVIEW | JUN | JUNE PROGRAM REVIEW | 06-07-2020 | 1159 |
| COM | PT OTHER | ANG M WAIT | ANGER MANAGEMENT CBT WAIT | 04-10-2020 | 1127 |
| COM | PT OTHER | EM SR WAIT | EMOTIONAL SELF-REG CBT WAIT | 04-10-2020 | 1314 |
| COM | QUARTERS | A01-021L | HOUSE A/RANGE 01/BED 021L | 03-19-2020 | 1252 |
| COM | RELIGION | RASTA | RASTAFARIAN | 07-17-2019 | 0815 |
| COM | UNIT | B 3-4 | P. FLOYD, 5201 | 04-15-2020 | 1524 |
| COM | WAITNG LST | A&O COMPLT | ADMISSION & ORIENTATION COMPLT | 12-20-2018 | 0948 |
| COM | WAITNG LST | CIM PEND | CIM PENDING | 12-20-2018 | 1334 |

```
G0002      MORE PAGES TO FOLLOW . . .
```

*Page 1.*

*Exhibit 10*

```
   COMHE  531.01 *              INMATE HISTORY           *      05-21-2020
   PAGE 001 OF 001 *              WRK DETAIL             *      12:47:50

   REG NO..: 17483-104 NAME....: JACKSON, KEVIOUS
   CATEGORY: WRK         FUNCTION: PRT        FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| COM | BARBER | BARBER SHOP | 02-05-2020 1152 | CURRENT |
| COM | SKL PEER | SKILLS BUILDING PEER | 02-05-2020 1152 | CURRENT |
| COM | SKL PEER | SKILLS BUILDING PEER | 02-03-2020 1222 | 02-05-2020 0449 |
| COM | BARBER | BARBER SHOP | 02-05-2020 0411 | 02-05-2020 0449 |
| COM | UNASSG/AD | UNASSIGNED/ADMIN. DETENTION | 02-04-2020 2039 | 02-05-2020 0411 |
| COM | BARBER | BARBER SHOP | 11-06-2019 1438 | 02-04-2020 2039 |
| COM | B4 UNT EXT | B4 UNIT ORDERLY - EXTRA | 08-27-2019 1056 | 11-06-2019 1438 |
| COM | B4 UNT EXT | B4 UNIT ORDERLY - EXTRA | 07-25-2019 1436 | 08-27-2019 0813 |
| COM | B4 UNT EXT | B4 UNIT ORDERLY - EXTRA | 05-22-2019 1140 | 07-23-2019 0853 |
| COM | A&O COMPLT | A & O COMPLETED | 12-20-2018 0948 | 05-22-2019 1140 |
| COM | A&O | ADMISSION AND ORIENTATION/ | 12-18-2018 0931 | 12-20-2018 0948 |
| MIM | C EAST ORD | 7TH FLOOR ORDERLY EAST SIDE | 11-15-2018 1408 | 12-18-2018 0232 |
| MIM | C EAST UNA | C EAST UNA | 11-08-2018 0754 | 11-15-2018 1408 |
| MIM | R/D UNASSG | R/D UNASSG | 11-06-2018 1219 | 11-08-2018 0754 |

```
   G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit 10

```
     COMHE          *      INMATE EDUCATION DATA      *      05-21-2020
   PAGE 001 OF 001 *           TRANSCRIPT            *      12:46:47


REGISTER NO: 17483-104      NAME..: JACKSON                FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: COM-COLEMAN MED FCI


------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
COM  ESL HAS    ENGLISH PROFICIENT       12-31-2018 0844 CURRENT
COM  GED EN     ENROLL GED NON-PROMOTABLE 12-31-2018 0843 CURRENT
COM  GED SAT    GED PROGRESS SATISFACTORY 08-20-2019 0826 CURRENT


------------------------- EDUCATION COURSES -------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
COM         GED, 0730-0930 M-F, MR. GANNON 05-21-2019 CURRENT


------------------------- HIGH TEST SCORES -------------------------
TEST       SUBTEST     SCORE    TEST DATE     TEST FACL   FORM      STATE
TABE M     MATH APPL    3.8     05-20-2019    COM          9
           MATH COMP    4.2     05-20-2019    COM          9
           READING      6.6     05-20-2019    COM          9
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
   COMHE  535.03 *                INMATE PROFILE               *       05-21-2020
 PAGE 002 OF 002                                                       12:48:46
           17483-104                    REG
 REGNO: 17483-104                    FUNCTION: PRT DOB/AGE.: 08-08-1977 / 42
 NAME.: JACKSON, KEVIOUS                           R/S/ETH.: B/M/O     WALSH: NO
 RSP..: COM-COLEMAN MED FCI                        MILEAGE.: 59 MILES
 PHONE: 352-689-5000         FAX: 352-689-5027
   FACL CATEGORY   - - - - CURRENT ASSIGNMENT - - - - - -  EFF DATE  TIME
   COM  WAITNG LST PARENT WT  PARENTING CLASS WAITING LIST  03-19-2019 1334
   COM  WRK DETAIL BARBER     BARBER SHOP                   02-05-2020 1152
   COM  WRK DETAIL SKL PEER   SKILLS BUILDING PEER          02-05-2020 1152
   COM  WASPB     PAR IODW    INSIDE OUT DAD WAITING        01-30-2020 1536
   COM  WASPB     PAR ONEW    PHASE ONE WAIT                02-08-2020 0000




 G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

Page 4