FILED BY _PCS_ D.C.

AUG 26 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S/D. OF FLA. - W.P.B.

Letter To The Court

These are trying times and more than ever Covid-19 is devastating and continuing affect many people, as it continue to spread rapidly. There is currently no specific treatment for or vaccine to prevent Covid-19. The best way to prevent illness is to avoid being exposed to this virus, keep space between yourself and others, avoid people who are sick and avoid sharing personal household items. Social Distancing is practice of increasing the space between individuals and decreasing the frequency of contact to reduce the risk of spreading a disease (ideally to maintain atleast 6 feet between all individuals, even those who are asymptomatic). Social distancing strategies can be applied on an individual level. Symptoms of Covid-19 include fever, cough, lost of taste, and shortness of breath. Like other respiratory infections, Covid-19 can vary in severity from mild to severe. When severe, pneumonia, respiratory failure, and death are possible. The lack of testing here at F.C.I Coleman Medium is a "debacle". The quarantine policies at F.C.I Coleman put inmates and the community at greater risk of contracting Covid-19. I have witness several inmates get sick from the virus and when

Page 1 of 3

one do the staff will move him to A1 to
further quarantine for 14 days, without
recieving no medication and leave his
cellmate in their 6x9 cell as if he hasn't
contracted the virus. This inmate then inner-
acts and come in contact with other inmates
at shower time and phone time. There has
been several inmates hospitalize with severe
illness from Covid-19. On August 6 I was
throwed in a 6x9 cell with 3 inmates, which
is unconstitutionally and do to an concern
staff one inmate was moved. We are on top of
each other in here. When my cellmate sneeze, burp,
and pass gas I can't avoid it. It is like we
is animals waiting to be slaughtered. I live in
fear everyday of contracting the virus, not being
able to see my family and kids again. BOP communi-
cation policies are leaving our families in the
dark about us, the potentially life threatening
condition. My family have tried continuously to
call FCI Coleman, Regional Office and Central
Office to get no answer. FCI Coleman has violated
the 8th Amendment. I pray this Honorable Court
see the importance of my situation and the
danger of it and don't judge me by my

Page 2 of 3

past. Life is present and the future, not the past. If my past is what dictate the safety of my health, then its possible I will contract Covid-19 and my sentence of 56 months will end up being a death sentence. Do to many years of drug abuse I caused my heart great damage, and with my long term pre-existing medical conditions Covid-19 would do me great harm, or perhaps cause me to die. How could this be explained to my kids? My kids are my everything and the reason I have been striving to change. I don't have my parents and I know the pain of not having them. Both of my parents died a violent death at a young age. The absence of them altered my life. My kids need me and me not being there is affecting their life. I pray this Honorable Court take consideration my life, also my family and kids. All we have is hope and prayers. I appreciate the compassion and leniency this Honorable Court showed me. May God guide and protect this Honorable Court judgement.

Sincerely,
Norword Jackson

Page 3 of 3



Marious Jackson 17483-104
Federal Correctional Complex
Coleman Medium
P.O. Box 1032
Coleman, FLA. 33521

Tampa/St Pete FL 336
MON 24 AUG 2020 PM

United States District Cou.
Southern District of Florid
Office of the Clerk
701 Clematis Street. Room
West Palm Beach, FLA. 33

Legal Mail