Dear Your Honor, 9-2-2021

FILED BY ___ D.C.
SEP 07 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

My reason for writing you is my concern for a violation of probation I have pending in St. Lucie, County Florida for a sales of cocaine and conspiracy to sale cocaine. Several times I tried to bring this up to my former attorney Mr. Martin Roth and he showed no concern and stated he was only required to represent me on my federal case. Your Honor, I received 3 points on my PSI for the violation of probation. My federal sentence end on April 10, 2022, but I have the prospect of more incarceration for this violation. The maximum sentence for this violation of probation is 15 years. For 26.4 grams of cocaine that is a harsh punishment. Since the age of 13, I have struggled with drug addiction. I have overdosed several times and done deplorable acts, to the detriment of my family and children all due to my severe addiction to cocaine and opiods. The help and support that I have received at F.C.C Coleman, specifically "The Skills Program" has been nothing short of a God send. The program is run by Dr. Benitez, treatment specialists Mr. Cherry

1 of 3

and Mr. Delgado have guided me to the road of recovery with hands-on treatment, encouragement, and positive reinforcement of successfully continuing to battle my addictions and criminal behaviors which led to my drug abuse and incarceration. The man I was when I first got arrest I am not today. Never in my life have I felt proud of myself and sure about my future. I have much to offer my family, children, and society. Despite all the obstacles and challenges, I have spent the last 3 years in prison in introspection, rehabilitating myself. See Attachment. I serve as Mental Health Companion in the skills program. As a mentor, my job is to help inmates in this program who have mental and learning disabilities. I also mentor sex offenders. It is a honor to help these guys. Your Honor, I'm striving everyday to become a better man and father. I'm still serving out my sentence, programming, staying disciplinary free. What else could St. Lucie County want from me? The case is non-violent. Case # 562011CF2894A. I served 21 months in St. Lucie County Jail from December 14, 2011 to September 13, 2013. Plus doing this sentence, not being able to attend

2 of 3

RDAP and go to the halfway because of the violation. My kids need me. There is nothing else to accomplish by further punishing me, so much damage has already been done to my kids do to me not being present in their life. The probation violation threatens not only my freedom, but the success and progress I have made due to the Skills Program, but ultimately my sobriety all of which would be travesty if manifested. This is a fear that is very real for me. And lets not forget the threat of Covid-19 which claimed millions of lives and some of my relatives and friends. I have a good job available working with other addicts and at-risks youths at a therapist center. Please contact Mr. Brown 443-769-8517. Your Honor I seek your assistance in any capacity to prevent any further incarceration when my federal sentence is completed. Thank you very much for your concern and time.

Sincerely,
Nervord Jackson
Case # 9:18-CR-80076-012
USM # 17483-104

3 of 3

**Bureau of Prisons**        **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Inmate Companion Program - Administrative Note**

| Inmate Name: | JACKSON, KEVIOUS | | | | Reg #: | 17483-104 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/08/1977 | Sex: | M | Facility: COM | Unit Team: | B 3-4 |
| Date: | 05/08/2020 13:05 | Provider: | Benitez, P. PhD | | | |

**Comments**

Inmate Jackson, Kevious is currently a MH Companion in the Skills program. He has been in the Skills Program since 1-31-2019. He is a good role model to other inmates and implements the philosophy and methodology of the program on a daily basis. Inmate is respected by both staff and other inmates due to his pro-social values and respectful manner.

PROGRAM OVERVIEW
The Skills Program is a unit-based Mental Health Residential Treatment Program designed to improve the institutional adjustment of inmates who have intellectual and social deficiencies. Past trends have demonstrated that inmates with lower IQs, neurological deficits from acquired brain injuries, fetal alcohol syndrome, and/or remarkable social skill deficits have often become victimized and manipulated by more sophisticated inmates in the general population. As a result, they may be placed in the Special Housing Unit (SHU) for their protection or may have frequent misconduct reports because of their limited decision making skills.

The Skills Program employs a multi-disciplinary treatment approach aimed at teaching participants basic educational and social skills over a 16 month period. The goal of the program is to increase the academic achievement and adaptive behaviors of this special needs population, thereby improving their institutional adjustment and the likelihood for successful community reentry.

SKILLS PROGRAM MH Companions/Mentors are responsible for:
- Encouraging Participant's medication compliance
- Assisting Participants develop healthy personal and housing hygiene
- Assisting Participants with physical disabilities
- Knowing the Group Rules and the Skills Participant's Schedule
- Helping and encouraging the Skills Participant's to attend all assigned groups and classes
- Assisting and encouraging the Skills Participant's to complete all assignments, to include group workbook, treatment related homework and GED homework assignments
- Actively participating in the Community Morning Meeting, including facilitating the meeting
- Employing common courtesy and respect to both staff and inmates
- Maintaining treatment confidentiality
- Maintaining a "Willingness" to participate in the Skills Community Activities, Special Functions, and in the offering of Service and Topic Groups
- Demonstrating the desire to make positive changes not only within themselves, but to help facilitate positive growth within ALL members of the Skills Program Community
- Being a positive role model within the Skills Program and the institution

Inmate Jackson has been an asset to the Skills Program. He helps de-escalate situation between inmates that if not addressed could result in serious matters. Inmate has been dependable, compassionate and works well independently and/or as part of a team.


Completed by Benitez, P. PhD on 05/08/2020 13:08

Non-Residential Clinical Treatment Team Note          Date: 8/21/2019

Inmate Name: Jackson                                  Reg #: 17483-104

Reason for Clinical Teaming: Inmate Jackson attends group sessions consistently and his participation is adequate. Inmate Jackson spoke several times with the inmate who committed suicide.

Content/Discussion: Inmate Jackson stated he spoke with the inmate the day prior to his death. Although he was not aware of his intentions, he could see he was 'struggling'. Inmate Jackson displayed his sorrow and disbelief associated with the incident. Additionally, this led him to share with the group the suicide of his nephew several years ago.

Interventions/Recommendations: Overall, it appears inmate Jackson is handling this event appropriately and was offered additional services should the need arise. Furthermore, the group as a whole was offered the same, as it appeared other inmates knew who he was, but was not as forthcoming as inmate Jackson was in the group setting.

DAPC Signature: _____

DTS Signature: _____

DTS Signature: _____

# Certificate of Achievement

Awarded to:

**KEVIOUS JACKSON**

For the successful completion of the

*Bridge to Re-Entry*

Through the A-2 Re-Entry Program at Coleman Medium

This 15th day of July, 2019

_T. Collier_
T. Collier / Re-Entry Program Manager

# Certificate of Completion

**Presented to**

**KEVIOUS JACKSON**

For successfully completing the

**Drug Abuse Education Course**

*The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his/her alcohol/drug use and consider the need for treatment.*

L. Manfra, M.A., DTS 3/4/2019
FCC Coleman Institution



Federal Bureau of Prisons
FCC Coleman
Certificate of Completion

This is to certify that

KEVIOUS JACKSON

satisfactorily completed

*BREAKING THE CYCLE*

as a part of

NON-RESIDENTIAL DRUG ABUSE TREATMENT

This certificate is hereby issued this 16th day of October 2019.

L. Manfra, M.A. Drug Treatment Specialist

# Certificate of Completion

FCC Coleman Medium

is hereby granted to

**Jackson, Kevious**

Reg No. 17483-104

to certify that he has completed to satisfaction

For completing the

**Basic Cognitive Skills**

MAY 20, 2021
FCC COLEMAN MEDIUM

**SKILLS MENTAL HEALTH TREATMENT PROGRAM**

Dr. P. Benitez, Skills Mental Health Treatment Program Coordinator
J. Delgado, Skills Program Treatment Specialist

FCC Coleman Medium

# Certificate of Completion

is hereby granted to

*Jackson, Kevious*

Reg. No. 17483-104

to certify that he has completed to satisfaction

For completing the
Criminal Thinking

JULY 22, 2021
FCC COLEMAN MEDIUM

**SKILLS MENTAL HEALTH TREATMENT PROGRAM**

Dr. P. Benitez, Skills Mental Health Treatment Program Coordinator
J. Delgado, Skills Program Treatment Specialist



# CERTIFICATE OF COMPLETION

is hereby granted to

## KEVIOUS JACKSON

*Register Number #17483-104*

For completing the 10 week Skills Program, SAMHSA approved,

## ANGER MANAGEMENT CLASS

"Control your anger, or it will control you"

**April 21, 2021**

FCC Coleman Medium

Skills Mental Health Treatment Program

Dr. P. Benitez, Skills Program Coordinator
C. Cherry, Skills Program Treatment Specialist



# Excellence
## CERTIFICATE OF COMPLETION

is hereby granted to

### KEVIOUS JACKSON

*Register Number #17483-104*
For completing the 10 week Skills Program

## HEALTH & WELLNESS GROUP

"Beast mode"
April 22, 2021

FCC Coleman Medium

Skills Mental Health Treatment Program

_____
Dr. P. Benitez, Skills Program Coordinator

_____
C. Cherry, Skills Program Treatment Specialist

# Philippi Freedom Ministry
## Certificate of Completion

THIS ACKNOWLEDGES THAT

# Kevious Jackson

HAS SUCCESSFULLY COMPLETED
BIBLE BASIC BOOK #1 – "WHO LOVES YOU"

MAY 22, 2019

TIMOTHY D. HUNT

# Philippi Freedom Ministry
## Certificate of Completion

THIS ACKNOWLEDGES THAT

# Kevious Jackson

HAS SUCCESSFULLY COMPLETED
BIBLE BASIC BOOK #2 – "GOD EXISTS"

JUNE 14, 2019

GARY WATSON - PRESIDENT

# Philippi Freedom Ministry
## Certificate of Completion

THIS ACKNOWLEDGES THAT

# Kevious Jackson

HAS SUCCESSFULLY COMPLETED
BIBLE BASIC BOOK #2 – "GOD EXISTS"

JULY 2, 2019

GARY WATSON - PRESIDENT

# Philippi Freedom Ministry
# Certificate of Completion

THIS ACKNOWLEDGES THAT

## Kevious Jackson

HAS SUCCESSFULLY COMPLETED
BIBLE STUDY BOOK #2 – "GOD EXISTS"

JULY 24, 2019

GARY WATSON, PRESIDENT

Kaylouba Tambadou 17742-104
Federal Correctional Complex
P.O. Box 1032
Coleman, Fla. 33521

Judge Robin Rosenberg
U.S. Courthouse
701 Clematis Street
West Palm Beach, Fla. 33401