9-9-2024

Dear Judge Rosenberg

Ma'am I have been out of prison since April 14, 2022. Since May, 2022 I have been on probation, I have reported faithful every month on time, I haven't failed a drug test, I have maintaining trouble free and held employment. I got married December 30, 2023, my wife and me own a trucking business and two office that support people with mental disabilities. We own a house in Westlake, Fla and Ft. Pierce Fla. I have gotten my CDL. I have been govern by the system probation since 2009 and I only want to put this all behind me and be a free man. I appreciate your time and concern.

FILED BY CDS D.C.
SEP 27 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Sincerely,
Kerrous Jackson
17483-104

Case: 18-CR-80076-RLR-12



Kevious Jackson
5267 Saint Vincent lane
Westlake, Fla. 33470

WEST PALM BCH FL 334
24 SEP 2024 PM 1 L

USMS INSPECTED
BY Rosenberg

Judge Robin Rosenberg
U.S. Courthouse
701 Clematis St
West Palm Beach, Fla. 3340

33401-510199